ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.  536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>          Plaintiff,<br>    vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>          Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>          Third-Party<br>          Plaintiffs<br>    vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>          Third-Party<br>          Defendants. | CIVIL NO. CV04-00285 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>Re:  Robert Fink, M.D.<br>     Joanna Moss, Ph.D.<br>     Victoria Vasquez, MPH<br>     Meredith Minkler, Dr.Ph.<br>     Kulveen Sachdeva, Dr.Ph.<br>     Glenda Evans Shaw<br>     Thomas Yankowski, M.S.<br>     Ilene Dillon, M.S.W.<br>     Jeffrey Randall, M.D. |

CERTIFICATE OF SERVICE RE:
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I HEREBY CERTIFY that a copy of the Notice of Taking Deposition Upon Oral Examination (Re: Robert Fink, M.D.; Joanna Moss, Ph.D.; Victoria Vasquez, MPH; Meredith Minkler, Dr.Ph.; Kulveen Sachdeva, Dr.Ph.; Glenda Evans Shaw; Thomas Yankowski, M.S.; Ilene Dillon, M.S.W.; and Jeffrey Randall, M.D.) was duly served on the following attorneys by hand delivery or by placing the same in the United States mail, postage prepaid, on January 4, 2006.

        MICHAEL K. LIVINGSTON, ESQ.
        MARK S. DAVIS, ESQ.
        400 Davis Levin Livingston Grande Place
        851 Fort Street
        Honolulu, Hawaii  96813
        Attorneys for Plaintiff
        LISA ROMERO

        TERRANCE M. REVERE, ESQ.
        JACQUELINE THURSTON, ESQ.
        1000 Bishop Street, Suite 801
        Honolulu, Hawaii  96813
        Attorneys for Defendant
        MATTHEW RAY SEVERSON

        KATHARINE M. NOHR, ESQ.
        Miyagi, Nohr & Myhre
        1001 Bishop Street
        Pauahi Tower, Suite 1200
        Honolulu, Hawaii  96813
        Attorney for Defendants
        BRETT SCHELAND, BENJAMIN ALLEN WILDER,
        MINDY WILDER and GEORGE KLAUS, III

```
            JOELLE SEGAWA KANE, ESQ.
            Henderson Gallagher & Kane
            Topa Financial Center
            745 Fort Street, Suite 1550
            Honolulu, Hawaii  96813
            Attorney for Third-Party Defendants
            STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,   January 4, 2006


                           _____
                           RANDALL Y.S. CHUNG
                           WARD F.N. FUJIMOTO
                           Attorneys for Defendants
                           and Third-Party Plaintiffs
                           JEFFREY LOWE and LINDA LOWE
```

2