# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 04-00285DAE-BMK

CASE NAME:         Lisa Romero v. Jeffrey Lowe

ATTYS FOR PLA:     Michael K. Livingston

ATTYS FOR DEFT:    Ward F.N. Fujimoto, Katharine M. Nohr, Jacqueline Thurston

INTERPRETER:

|        |                  |           |           |
|--------|------------------|-----------|-----------|
| JUDGE: | Barry M. Kurren  | REPORTER: | No Record |
| DATE:  | 1/5/2006         | TIME:     | 4:20 - 5  |

COURT ACTION:  EP: Discovery Conference held.

Re IME of Lisa Romero:  permitted, but close to pltf's residence.
Re Personal Journal:  court to review redactions of pltf's personal journal.
Re Settlement Video Tape:  will not be produced.  Livingston to prepare order.

Klaus and Scheland subject to approval of good faith settlement.
Lowes and Severson remain in the case.


Submitted by Richlyn Young, Courtroom Manager