IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO.CV04-00285 DAE BMK |
| Plaintiff, | ) AFFIDAVIT OF KATHARINE M. NOHR; EXHIBITS "A" and "B" |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; JANE DOE 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants. | ) |

AFFIDAVIT OF KATHARINE M. NOHR

STATE OF HAWAII          )
                         )  ss.
CITY AND COUNTY OF HONOLULU )

KATHARINE M. NOHR, being first duly sworn on oath, deposes and says:

1. I am an attorney licensed to practice law in the State of Hawaii and a Director and Shareholder of the law firm of Miyagi, Nohr & Myhre, attorneys for Defendants GEORGE KLAUS III and BRETT SCHELAND in the above captioned matter.

2.   That a Settlement Agreement had been reached between Plaintiff Lisa Romero and Defendants George Klaus III and Brett Scheland.

3.   Plaintiff Lisa Romero has agreed to settle all of her claims against Defendant George Klaus III for the sum of $62,500.00 and against Defendant Brett Scheland for the sum of $62,500.00 with $25,000.00 of the total to be structured.

4.   As the attorney for Defendants George Klaus III and Brett Scheland, it is my opinion that the settlement Agreement is in the best interest of George Klaus III and Brett Scheland under the circumstances of this case.

5.   The Settlement Agreement was made in good faith and without the intent to harm the interests of the non-settling defendants.  All settlement negotiations were conducted at arms length with the proposed settlement being reached only after a full consideration of the facts and circumstances available at the time.

6.   That George Klaus III and Brett Scheland and its insurers began settlement negotiations

2

separately after the Court ordered mediation held on February 24-25, 2005 had taken place.

7. Attached hereto as Exhibit "A" is a copy of the Settlement, Release and Indemnity Agreement regarding Defendant George Klaus, III.

8. Attached hereto as Exhibit "B" is a copy of the Settlement, Release and Indemnity Agreement regarding Defendant Brett Scheland.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KATHARINE M. NOHR

Subscribed and sworn to before me
this _____5th_____ day of January, 2006

_____
Christina L. Dilliner
Notary Public, State of Hawaii
My commission expires: 03/29/09

3