IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO.CV04-00285 DAE BMK |
| | ) |
| Plaintiff, | ) [Proposed] ORDER |
| | ) DETERMINING SETTLEMENT TO |
| vs. | ) BE IN GOOD FAITH |
| | ) |
| JEFFREY LOWE; LINDA LOWE; | ) |
| MATTHEW RAY SEVERSON; | ) |
| BRETT SCHELAND; BENJAMIN | ) |
| ALLEN WILDER; MINDY | ) |
| WILDER; GEORGE KLAUS, | ) |
| III; JOHN DOES 1-10; JANE | ) |
| DOES 1-10; JANE DOE 1-10; | ) |
| DOE CORPORATION 1-10; DOE | ) |
| PARTNERSHIPS 1-10; and | ) |
| DOE GOVERNMENTAL ENTITIES | ) |
| 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

(PROPOSED) ORDER DETERMINING
SETTLEMENT TO BE IN GOOD FAITH

Defendants GEORGE KLAUS, III and BRETT SCHELAND
(hereinafter collectively "Klaus and Scheland") having
filed or about _____, 2006, Defendants
Wilder's Petition for Determination of Good Faith
Settlement; said petition having regularly come on for
hearing before the Honorable David A. Ezra in his
courtroom on _____, 2006, at _____
____.m.; Plaintiff Lisa Romero being represented by

Michael Livingston, Esq., Defendants George Klaus, III and Brett Scheland being represented by Katharine M. Nohr, Esq., Defendants Jeffrey Lowe and Linda Lowe being represented by Ward F.N. Fujimoto, Esq., Defendant Matthew Severson being represented by Terrance M. Revere, Esq. and Jacqueline Thurston, Esq. and Third-Party Defendants Steven J. Kott and Kott, Inc. being represented by Joelle Segawa Kane, Esq.; the court having reviewed the petition and memorandum submitted by the parties, and after having heard and considered the argument of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the settlement  between Plaintiff Lisa Romero and Defendants Klaus and Scheland has been entered into in good faith.

IT IS FURTHER ORDERED that as a result of the finding of good faith and pursuant to Section 663-15.5, *Hawaii Revised Statues*, Defendants Klaus and Scheland

are discharged from all liability for any contribution

to any other joint tortfeasor or co-obligator.

 This order may be approved as to form in

counterparts.

 DATED:  Honolulu, Hawaii, _____.


_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:


_____
MICHAEL LIVINGSTON
Attorney for Plaintiff
LISA ROMERO



_____
WARD F.N. FUJIMOTO
Attorney for Defendants
JEFFREY LOWE AND LINDA LOWE



_____
TERRANCE M. REVERE
JACQUELINE THURSTON
Attorney for Defendant
MATTHEW SEVERSON


_____
*Romero v. Lowe, et.al.,* Civil No. CV04-00285 DAE BMK; (Proposed Order
Determining Good Faith Settlement)

3

_____

JOELLE SEGAWA KANE
Attorney for Third-Party Defendants
STEVEN J. KOTT AND KOTT, INC.

_____

*Romero v. Lowe,* et.al., Civil No. CV04-00285 DAE BMK;
(Proposed Order Determining Good Faith Settlement)