IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; JANE DOE 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants. | ) |
| and | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| v. | ) |
| STEVEN J. KOTT and KOTT, INC., | ) |
| Third-Party Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2006, a copy of the foregoing document in the above-entitled action was served upon the following via hand delivery and/or U.S. Mail, postage prepaid at their last known addresses:

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston
 Grande Plaza
851 Fort Street
Honolulu, Hawaii 96813

Attorney for Plaintiff
Lisa Romero

TERRANCE M. REVERE, ESQ.
JACQUELINE E. THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Defendant
MATTHEW RAY SEVERSON


WARD F.N. FUJIMOTO, ESQ.
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

Attorney for Defendants
JEFFREY LOWE and LINDA LOWE

2

JOELLE SEGAWA KANE, ESQ.
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED:   Honolulu, Hawaii, January 5, 2006.


*Katharine M. Nohr*
KATHARINE M. NOHR
Attorney for Defendants
GEORGE KLAUS, III and
BRETT SCHELAND