Of Counsel:
MIYAGI, NOHR & MYHRE

KATHARINE M. NOHR    #4828
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorney for Defendants
GEORGE KLAUS, III and BRETT SCHELAND

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br><br>   vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON;<br>BRETT SCHELAND; BENJAMIN<br>ALLEN WILDER; MINDY<br>WILDER; GEORGE KLAUS,<br>III; JOHN DOES 1-10; JANE<br>DOES 1-10; JANE DOE 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and<br>DOE GOVERNMENTAL ENTITIES<br>1-10,<br><br>        Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>NOTICE OF HEARING ON DEFENDANTS GEORGE KLAUS, III, and BRETT SCHELAND'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; DEFENDANTS GEORGE KLAUS, III and BRETT SCHELAND'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, AFFIDAVIT OF KATHARINE M. NOHR; EXHIBITS "A" and "B"; (PROPOSED) ORDER DETERMINING SETTLEMENT TO BE IN GOOD FAITH; CERTIFICATE OF SERVICE<br><br>HEARING:<br><br>DATE: _____<br><br>TIME: _____<br><br>Judge David A. Ezra |

NOTICE OF HEARING ON DEFENDANTS GEORGE
KLAUS, III and BRETT SCHELAND PETITION
FOR DETERMINATION OF GOOD FAITH SETTLEMENT

TO: MICHAEL K. LIVINGSTON, ESQ.
    MARK S. DAVIS, ESQ.
    400 Davis Levin Livingston
     Grande Plaza
    851 Fort Street
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    Lisa Romero

    TERRANCE M. REVERE, ESQ.
    BRIAN A. BILBERRY, ESQ.
    JACQUELINE E. THURSTON, ESQ.
    1000 Bishop Street, Suite 801
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    MATTHEW RAY SEVERSON


    WARD F.N. FUJIMOTO, ESQ.
    737 Bishop Street, Suite 1400
    Honolulu, Hawaii 96813

    Attorney for Defendants
    JEFFREY LOWE and LINDA LOWE

    JOELLE SEGAWA KANE, ESQ.
    745 Fort Street, Suite 1550
    Honolulu, Hawaii 96813

    Attorney for Third-Party Defendants
    STEVEN J. KOTT and KOTT, INC.

    NOTICE IS HEREBY GIVEN that the above-identified Petition for Determination of Good Faith Settlement shall come on for hearing before the Honorable David Alan Ezra,

Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____, 2006, at _____, \_\_\_\_.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, January 5, 2006.

*/s/ Katharine M. Nohr*
KATHARINE M. NOHR
Attorney for Defendants
GEORGE KLAUS, III. and
BRETT SCHELAND