ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiff,<br><br> vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants<br><br>_____<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>    Third-Party<br>    Plaintiffs<br><br> vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>    Third-Party<br>    Defendants. | CIVIL NO. CV04-00285 DAE KSC<br><br>CERTIFICATE OF SERVICE RE:<br>FIRST AMENDED NOTICE OF TAKING<br>DEPOSITION UPON ORAL<br>EXAMINATION<br><br>Re: Robert Fink, M.D.<br>   Joanna Moss, Ph.D.<br>   Victoria Vasquez, MPH<br>   Meredith Minkler, Dr.Ph.<br>   Kulveen Sachdeva, Dr.Ph.<br>   Glenda Evans Shaw<br>   Thomas Yankowski, M.S.<br>   Ilene Dillon, M.S.W.<br>   Jeffrey Randall, M.D. |

CERTIFICATE OF SERVICE RE: FIRST AMENDED
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I HEREBY CERTIFY that a copy of the First Amended Notice of Taking Deposition Upon Oral Examination (Re: Robert Fink, M.D.; Joanna Moss, Ph.D.; Victoria Vasquez, MPH; Meredith Minkler, Dr.Ph.; Kulveen Sachdeva, Dr.Ph.; Glenda Evans Shaw; Thomas Yankowski, M.S.; Ilene Dillon, M.S.W.; and **Jeffrey Randall**, M.D.) was duly served on the following attorneys by hand delivery or by placing the same in the United States mail, postage prepaid, on January 4, 2006.

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii  96813
Attorneys for Plaintiff
LISA ROMERO

TERRANCE M. REVERE, ESQ.
JACQUELINE THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Attorneys for Defendant
MATTHEW RAY SEVERSON

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii  96813
Attorney for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III

JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii  96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,  January 5, 2006

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE