ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON   4161-0
MARK S. DAVIS                     1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii  96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>　　　　　Defendants. | CV04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br><br><br><br><br>Trial: February 28, 2006 |

**JEFFREY LOWE AND LINDA**

**LOWE,**

       Third-Party Plaintiffs,

vs.

**STEVEN J. KOTT AND KOTT, INC.**

       Third-Party Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Notice of Taking Videotaped Deposition Upon Oral Examination was duly served on the following parties by hand delivery on the date indicated below.

    TERRANCE M. REVERE, ESQ.
    JACQUELINE E. THURSTON, ESQ.
    1000 Bishop Street, Suite 801
    Honolulu, Hawaii 96813

     Attorneys for Defendant
     Matthew Ray Severson


    RANDALL Y.S. CHUNG, ESQ.
    WARD F.N. FUJIMOTO, ESQ.
    Suite 1400 Mauka Tower
    737 Bishop Street
    Honolulu, Hawaii 96813

     Attorneys for Defendants
     Jeffrey Lowe and Linda Lowe

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

  Attorney for Defendants
  Benjamin Allen Wilder, George Klaus, III,
  Mindy Wilder and Brett Scheland


J. PATRICK GALLAGHER, ESQ.
JOELLE SEGAWA KANE, ESQ.
LEAH M. REYES, ESQ
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

  Attorneys for Third-Party Defendants
  Steven J. Kott and Kott, Inc.

DATED:   Honolulu, Hawaii, January 5, 2006.

                            DAVIS LEVIN LIVINGSTON GRANDE

                            _____
                            MICHAEL K. LIVINGSTON
                            MARK S. DAVIS
                            Attorneys for Plaintiff