ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON     4161-0
MARK S. DAVIS                    1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>Defendants. | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF'S JOINDER IN MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, DATED JANUARY 12, 2006; CERTIFICATE OF SERVICE<br><br>Hearing Date: January 18, 2006<br>Time: 2:30 p.m.<br>Judge: Barry M. Kurren |
| JEFFREY LOWE AND LINDA LOWE,<br><br>Third-Party Plaintiffs, | Trial Date: February 28, 2006 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 17 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

vs.

STEVEN J. KOTT AND KOTT, INC.

Third-Party Defendants.

**PLAINTIFF'S JOINDER IN DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, DATED JANUARY 12, 2006**

Comes now Plaintiff, by and through her undersigned counsel, Davis Levin Livingston Grande, and, pursuant to Local Rule 7.9 of the Local Rules of Practice for the United States District Court of the District of Hawaii, hereby joins in Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement, dated January 12, 2006 and currently set for hearing before the Honorable Barry M. Kurren on January 18, 2006 at 2:30 p.m.

DATED:   Honolulu, Hawaii, January 17, 2006.

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>    Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>    Third-Party Defendants. | CV04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

  Attorneys for Defendants
  Jeffrey Lowe and Linda Lowe

TERRANCE M. REVERE, ESQ.
JACQUELINE E. THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

  Attorneys for Defendant
  Matthew Ray Severson

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

  Attorney for Defendants
  Benjamin Allen Wilder, George Klaus, III,
  Mindy Wilder and Brett Scheland

J. PATRICK GALLAGHER, ESQ.
JOELLE SEGAWA KANE, ESQ.
LEAH M. REYES, ESQ
745 Fort Street, Suite 1550
Honolulu, Hawaii  96813

  Attorneys for Third-Party Defendants
  Steven J. Kott and Kott, Inc.

DATED:     Honolulu, Hawaii, January 17, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff