IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) AFFIDAVIT OF WARD F. N. |
| vs. | ) FUJIMOTO |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

AFFIDAVIT OF WARD F. N. FUJIMOTO

STATE OF HAWAII           )
                         : SS.
CITY AND COUNTY OF HONOLULU )

WARD F. N. FUJIMOTO, being first duly sworn, on oath, deposes and says:

1. That he is licensed to practice law in all courts of the State of Hawaii and the United States District Court for the District of Hawaii;

2. That he is a member of the law firm of MATSUI CHUNG SUMIDA & TSUCHIYAMA, attorneys for Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE;

3. That he has personal knowledge of the matters set forth herein except and unless stated to be upon information and belief;

4. That attached hereto as Exhibit "A" is a true, correct and complete copy of the Court's November 3, 2005 Order (1) Granting Third-Party Defendants Steven J. Kott And Kott Inc.'s Motion For Summary Judgment Filed 3/31/05; (2) Granting In Part And Denying In Part Defendant Matthew Ray Severson's Motion For Summary Judgment Filed 3/23/05; (3) Granting In Part And Denying In Part In Part And Denying In Part Defendants Jeffrey Lowe And Linda Lowe's Motion For Summary Judgment Filed 3/7/05; and (4) Granting In Part And Denying In Part Defendants George Klaus III And Brett Scheland's Motion For Summary Judgment Filed 5/11/05;

5. That attached hereto as Exhibit "B" is a true, correct and complete copy of Defendant GEORGE KLAUS' statement, authenticated as Deposition Exhibit "3" in Mr. KLAUS' deposition;

6. That attached hereto as Exhibit "C" is a true, correct and complete copy of a letter from Your Affiant to Mr. James McGallon dated April 23, 2004;

7. That attached hereto as Exhibit "D" is a true, correct and complete copy of Defendants And Third-Party Plaintiffs Jeffrey Lowe And Linda Lowe's First Request For Answers To Interrogatories To Defendant Matthew Ray Severson, served January 17, 2006;

8. That attached hereto as Exhibit "E" is a true, correct and complete copy of Defendants And Third-Party Plaintiffs Jeffrey Lowe And Linda Lowe's First Request For Answers To Interrogatories To Defendant George Klaus III, served January 17, 2006;

9. That attached hereto as Exhibit "F" is a true, correct and complete copy of Defendants And Third-Party

Plaintiffs Jeffrey Lowe And Linda Lowe's First Request For Answers To Interrogatories To Defendant Brett Scheland, served January 17, 2006; and

Further Affiant Sayeth Naught.

_____
WARD F. N. FUJIMOTO

Subscribed and sworn to before me this 17th day of January, 2006.

JoDen D. Ancog
Notary Public, State of Hawaii

My Commission Expires: 05/13/08

4