# RECORDED STATEMENT

| RE: POLICYHOLDER: | GEORGE HENRY KLAUS III |
|---|---|
| MEMBER NUMBER: | 1250 13 93 |
| INTERVIEWEE: | GEORGE KLAUS III |
| DATE OF LOSS: | 1-1-03 |

THIS IS HERB CORNELL, INTERVIEWING GEORGE KLAUS THE III, REFERENCE INCIDENT THAT OCCURRED ON OR ABOUT JANUARY 1, 2003, THIS INTERVIEW IS TAKING PLACE AUGUST 1, 2003, TAKING PLACE OVER THE PHONE. GEORGE IS USING PHONE NUMBER 808-261-1282, I'M USING PHONE NUMBER 800-531-8222 EXTENSION 3-2049.

Q: GEORGE, WOULD YOU GIVE ME YOUR FULL NAME, SPELL YOUR LAST NAME FOR ME, PLEASE?

A: GEORGE HENRY KLAUS, K L A U S, THE III.

Q: IS THIS RECORDING BEING MADE WITH YOUR FULL KNOWLEDGE AND CONSENT?

A: YES, IT IS.

Q: AND WHAT IS YOUR ADDRESS, GEORGE?

A: UH, 111 HAUOLI STREET, SPELLED H A U O L I, CITY KAILUA, K A I L U A, STATE OF HAWAII 96734.

Q: OKAY, AND WHAT IS YOUR SOCIAL SECURITY NUMBER?

A: 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.

Q: 8723?

A: YEP,

Q: OKAY, I'M CALLING UH, TAKING THIS STATEMENT CONCERNING A CLAIM IN WHICH UH, LISA, LISA ROMERO WAS INJURED IN UH, I GUESS YOUR CONDO?

A: UH, IT'S, IT'S A HOUSE.

Q: IT'S A HOUSE.


EXHIBIT B

DEPOSITION EXHIBIT 3 Klaus

```
MEMBER NUMBER - 1250 13 93
INTERVIEWEE:    GEORGE KLAUS III
```

A: YEP.

Q: OKAY, DO YOU KNOW LISA?

A: YES, I DO.

Q: OKAY, UH, LET ME GET SOME BACKGROUND INFORMATION ON THE HOUSE. ARE YOU THE OWNER OF THE HOUSE?

A: NO UH, I'M JUST ONE OF THE, ONE OF THE RENTERS OF THE HOUSE.

Q: OKAY, HOW MANY RENT THE HOUSE?

A: THERE ARE THREE NAMES ON THE LEASE, AND THERE'S ACTUALLY FOUR INDIVIDUALS WHO UH, ACTIVELY PARTICIPATE UH, LIVING IN THE HOUSE.

Q: OKAY, WHAT ARE THE NAMES ON THE LEASE?

A: UH, NAMES ARE BEN WILDER UH, MYSELF, AND MATT SEVERSON(?).

Q: OKAY, AND YOU SAID THERE'S A FORTH ONE WHO LIVES THERE.

A: YEP, HE JUST, HE JUST HELPS UH, UH, SUPPORT THE, THE RENT MONEY.

Q: OKAY, AND UH, WHO IS THE FORTH?

A: HIS NAME IS BRET SCHELAND.

Q: DO YOU KNOW HOW BRET SPELLS HIS LAST NAME?

A: UH, S C H E L A N D.

Q: OKAY, HE, HE BASICALLY RENTS SPACE FROM YOU THREE?

A: YEP.

Q: OKAY.

A: HE'S GOT A SMALL ROOM.

Q: OKAY, HOW MANY UH, BEDROOMS ARE IN THIS HOUSE?

A: IT'S FOUR BEDROOMS.

Q: WHEN DID YOU LEASE THE HOUSE?

2

| MEMBER NUMBER: | 1250 13 93 |
| --- | --- |
| INTERVIEWEE: | GEORGE KLAUS III |

A: UH, WE STARTED LEASING IT IN APRIL OF 2001. WE SIGNED A THREE LEASE ON IT.

Q: APRIL, 2001?

A: YEP.

Q: THREE YEAR LEASE YOU SAID?

A: YEP, SO WE, WE GET KICKED OUT NEXT LIKE THE END OF NEXT MARCH, WE WONT GET KICKED OUT.

Q: OKAY, AND ALL THREE OF YOU STARTED AT THE SAME TIME?

A: YEP.

Q: UH, THIS HOUSE UH, HOW MANY FLOORS IS IT?

A: IT'S TWO FLOORS.

Q: AND I, I UNDERSTAND THERE'S SOME KIND OF A FIRE POLE...

A: YEP.

Q: IN ON OF THE BEDROOMS?

A: YEP, THERE WAS A, I GUESS IT IS UH, I'M NOT SURE IF IT'S LIKE 20 OR 30 YEARS OLD AND THEN PROBABLY WITHIN THE PAST 10 YEARS UH, UH, ONE OF THE SET, I GUESS IT WAS A NEW SET OF OWNERS WANTED TO SPICE UP THE HOUSE UH, THEY PUT ON A, ON A ADDITION ON THE ONE SIDE OF THE HOUSE AND, AND ALSO THEY DECIDED TO PUT UH, THIS FIRE POLE IN ON THE ONE BASE PART OF THE HOUSE. UH, LEADING FROM THE ONE MASTER BEDROOM DOWN TO THE LIVING ROOM, SO THEY ESSENTIALLY CUT A HOLE IN THE ONE CORNER OF THE BEDROOM, OF THE MASTER BEDROOM AND STUCK IN A FIRE POLE THAT JUST WENT STRAIGHT DOWN, IT'S JUST POLE, SO WE CALL IT THE FIRE POLE.

Q: OKAY, NOW WHEN UH, YOU SAID ONE OF THE OWNERS IS IT ONE OF THE CURRENT OWNERS, OR WAS IT...

A: NO, I THINK IT WAS A OLD, IT WAS, IT WAS A PAST OWNER, SO IT'S NOT, I THINK IT'S PROBABLY, I'M GUESSING SEVEN YEARS AGO THAT UH, THIS, THIS UPGRADE WAS MADE TO THE HOUSE.

Q: OKAY, OKAY, WHICH, WHO'S, WHO'S BEDROOM IS THAT ROOM?

| MEMBER NUMBER: | 1250 13 93 |
| INTERVIEWEE: | GEORGE KLAUS III |

A: IT'S MATT SEVERSON(?).

Q: OKAY, NOW UH, WHEN YOU LEASED THE, THE HOUSE UH, THE FIRE POLE WAS IN PLACE WAS THERE ANY RAILINGS OR ANYTHING AROUND?

A: YES, THERE IS YES, THERE WAS.

Q: AND IS THAT THERE STILL?

A: UH, YES, YES UH, UH, THERE'S A RAILING.

Q: OKAY, WAS, WAS IT IN PLACE WHEN THIS ACCIDENT OCCURRED?

A: NO, IT WAS NOT.

Q: DO YOU KNOW WHO REMOVED IT?

A: YES, IT WAS MATT SEVERSON(?).

Q: WHEN, WHEN DID HE REMOVE IT?

A: UH, I'M GUESSING IT WAS PROBABLY ABOUT UH, PROBABLY JUST ABOUT A MONTH BEFORE THE INCIDENT HAPPENED. UH, THOSE WERE MOVED JUST 'CAUSE UH, RIGHT NEXT TO THE FIRE POLES WHERE MATT UH, PUTS HIS COMPUTER, HE'S GOT A BIG, LARGE LIKE DESK UNIT, AND HE JUST BOUGH A BRAND NEW DESK UNIT WHICH, WHICH WAS CONSIDERABLY LARGER THEN HIS OLDER ONE. AND IN ORDER FOR THE, FOR THE DESK UNIT FIT PROPERLY IN THAT ONE LITTLE SPOT UH, ON HIS ROOM UH, HE WOULD, HE HAD TO MOVE JUST REMOVE THE, THE PROTECTIVE RAILING UH, SO WE WERE ALWAYS VERY CONSCIOUS OF, OF, OF PEOPLE THAT WERE AROUND THAT AREA PRIOR TO THE INCIDENT HAPPENING, SO IT WASN'T REALLY SOMETHING THAT EVEN CROSSED, CROSSED THE MINE UH.

Q: OKAY, WERE, WERE YOU UH, STATE SIDE OR WERE YOU DEPLOYED WHEN THE RAILING WAS REMOVED?

A: UH, LET'S SEE HERE, I MIGHT'VE BEEN OUT TO SEE AT THE TIME. I, I DON'T RECALL UH, SO I WASN'T, I WAS NOT ON DEPLOYED, I WAS NOT ON DEPLOYMENT AT THE TIME, I DEPLOYED SHORTLY AFTER IT HAPPENED, BUT UH, I WAS PROBABLY, I WAS PROBABLY, I DON'T KNOW I WAS AT SEA FOR LIKE A LOCAL, LOCAL OPERATION, SO I WAS EITHER IN THE HOUSE, I DON'T RECALL.

Q: OKAY, DID, DID HE DISCUSS WITH YOU BEFORE IT WAS REMOVED?

```
MEMBER NUMBER:   1250 13 93
INTERVIEWEE:     GEORGE KLAUS III
```

A: UH, I, I GUESS I PROBABLY KNEW THAT IT HAPPENED JUST 'CAUSE I KNEW HE HAD THIS BRAND NEW, BRAND NEW DESK UNIT AND UH, SAW IT FOR (INAUDIBLE) I'LL SAY YES.

Q: SO, SO YOU, YOU KNEW HE WAS GOING TO BE REMOVING IT?

A: UH, YEAH, YEAH.

Q: OKAY, DID YOU HAVE ANY OBJECTIONS OR ANYTHING TO IT?

A: UH, NOPE, NOPE, SO I REALIZED THAT WE WERE ALL PRETTY CONSCIOUS OF, OF, OF THE, THE HOLE TO THE FIRE POLE. IT DIDN'T SEEM LIKE ANYTHING UH, LIKE AN, LIKE AN ACCIDENT LIKE THAT COULD HAPPEN. WE WERE ALL PRETTY CONSCIOUS.

Q: OKAY, NOW UH, TO LISA UH, LISA ROMERO, YOU KNOW HER?

A: YEP, ROMERO.

Q: OKAY, HOW UH, WHERE DOES SHE COME INTO PLAY? WAS, WAS SHE RENTING A ROOM TOO?

A: NO, NO, SHE WAS THE, SHE WAS THE GIRLFRIEND OF, OF MATT AT THE TIME. THEY, THEY'VE BEEN BOYFRIEND, GIRLFRIEND AT LEAST A AND MAYBE, I'M NOT EVEN IT WAS TWO YEARS AT THAT TIME SO. IT'S JUST THE LONG DISTANCE RELATIONSHIP SHE'S FROM CALIFORNIA, MATT LIVES HERE IN HAWAII.

Q: OKAY, UH, HOW OFTEN DID SHE COME OVER TO HAWAII?

A: UH, I'D SAY ONCE EVERY TWO, THREE, FOUR MONTHS IT KINDA VARIED. UH, MATT WAS ON A (INAUDIBLE) AT THE TIME AND, AND SO HIS SCHEDULE FLUCTUATED AND STUFF BASED WHEN HE WENT ON DEPLOYMENT AND CAME BACK AND STUFF, SO JUST WHENEVER THEY COULD, THE COULD WORK GETTING HER OUT HERE UH.

Q: OKAY, ABOUT HOW LONG WOULD SHE USUALLY STAY?

A: UH, I'D SAY AVERAGE A WEEK, THINK SHE'D STAYED HERE ONE STRETCH OF LIKE THREE WEEKS OR SOMETHING LIKE THAT SO.

Q: ABOUT HOW TIMES HAD SHE STAYED IN THE HOUSE?

A: UH, I'D SAY PROBABLY FOUR OR FIVE TIMES.

Q: HAS SHE, HAD SHE'D EVER BEEN THERE WHEN THE RAILING WAS OFF?

5

| MEMBER NUMBER: | 1250 13 93 |
| INTERVIEWEE: | GEORGE KLAUS III |

A: UH, PROBABLY NOT, I'D SAY NO, I DON'T RECALL ALL THE TIME SHE'S HERE, BUT I'D SAY NO.

Q: DO YOU KNOW THAT ANYBODY UH, EVER TELL HER THAT THE RAILING WAS GONE NOW?

A: UH, SHE KNEW THAT IT WAS GONE.

Q: AND HOW, HOW DO YOU KNOW SHE KNEW?

A: UH, BECAUSE SHE WAS A, A CONSCIOUS WITH, WITH EYEBALLS AT THE TIME, SO SHE WAS (INAUDIBLE).

Q: OKAY, SO IT'S NOT SOMETHING WHERE SHE FLEW IN THAT NIGHT, CAME INTO THE DARK BEDROOM, ANYTHING LIKE THAT SHE'D BEEN THERE?

A: NO, SHE, SHE ACTUALLY FLOWN IN THAT SAME DAY BUT UH, BUT SHE HAD FLOWN DURING, LIKE IN THE MORNING TIME SO, AND SHE'D OBVIOUSLY MATT'S ROOM DROPPED ALL HER STUFF OFF AND, AND CHECKED HER E-MAIL AT OF MATT'S COMPUTER AND, AND SO ON, SO FORTH, AND SO, SO IT'S NOT SOMETHING THAT CAN BE HIDDEN.

Q: OKAY, OKAY, HAS UH, WHERE YOU THERE WHEN THE ACCIDENT HAPPENED?

A: I WAS NOT.

Q: OKAY, WERE YOU DEPLOYED?

A: NO, I WAS NOT. I WAS AT, AT WORK AT THE TIME. I WAS, I WAS ON, I'M STILL ATTACHED TO MY SUBMARINE.

Q: UH-HUH.

A: SO I WAS, I WAS JUST STANDING DUTY THAT NIGHT SLEEPING OVER NIGHT.

Q: OKAY, WHAT, WHAT HAVE YOU HEARD HAPPENED?

A: UH, THE FIRST THAT I'D HEARD OF IT?

Q: UH-HUH.

A: WAS I STOOD MY, MY NIGHT OF DUTY AND CAME HOME, GOT HOME PROBABLY ABOUT 10:00 IN THE MORNING, I THINK THIS WAS NEW YEAR'S DAY, IF I RECALL AND CAME HOME AND BOTH MATT AND LISA WERE, WERE IN MY BEDROOM, MY BEDROOM IS ON THE, ON THE LOWER

6

```
MEMBER NUMBER:    1250 13 93
INTERVIEWEE:      GEORGE KLAUS III
```

FLOOR. UH, AND LISA WAS IN EXTREME PAIN AND MATT WAS BY, BY HER BEDSIDE JUST, JUST TENDING TO HER. UH, AND THAT'S WHEN I FIGURED SOMETHING, SOMETHING REALLY WRONG HAD HAPPENED.

Q: OKAY, DID SHE GO TO THE DOCTOR, DO YOU KNOW?

A: THAT NIGHT, NO. BOTH MATT AND I UH, BROUGHT HER TO THE DOCTOR.

Q: I'M SORRY THOUGH, WHAT?

A: BOTH MATT AND I HAD, AFTER I HAD GOT BACK UH, MATT WAS KINDA SCARED AT THE TIME AND, AND, AND UH, HE WANTED TO WAIT FOR ME TO COME HELP HIM TO UH, TO HELP TAKE HER TO THE DOCTOR, SO (INAUDIBLE) WERE HE WAS EXPERIENCED IN PEOPLE FALLING OFF, FALLING THROUGH FIRE POLE HOLES AND, AND UH, HE DIDN'T, AND NONE OF US INITIALLY REALIZED HOW, HOW SEVERE THE INJURY WAS. SO I THINK WE WERE ALL KINDA...

Q: OKAY.

A: KINDA SHADED AS TO THE SERIOUSNESS OF THE INCIDENT.

Q: SO, SO JUST BACKING UP A MINUTE, DID, DID YOU AND MATT BOTH TAKE HER TO THE DOCTOR?

A: YES, WE DID ACTUALLY.

Q: OKAY, OKAY, AND WHAT DID THEY DETERMINE AT THE HOSPITAL OR IS A DOCTOR?

A: UH, WE TOOK HER TO UH, A NEARBY CLINIC TO OUR HOUSE AND ONCE WE GOT HER THERE THEY UH, ONE OF THE DOCTORS CHECKED HER OUT AND THEY DIDN'T INITIALLY KNOW HOW SEVERE, SEVERE THE INCIDENT WAS UH, THEY DIDN'T KNOW IT WAS JUST A BRUISE OR, OR EXACTLY WHAT, WHAT, WHAT IT WAS, AND SO THEY PASSED THAT ON. THEY CALLED UH, A LARGER HOSPITAL DOWNTOWN HONOLULU AND HAD, I GUESS IT WAS A AMBULANCE OR SOME SORT OF, SOME SORT OF TRANSPORTATION PICKED HER UP AND BROUGHT HER DOWN THERE, SO SHE, SO SHE COULD GET X-RAYS, AND I DON'T KNOW IF SHE GOT AN MRI, OR A CAT SCAN OR SOMETHING LIKE, I GUESS MRI IS JUST FOR THE BRAIN, BUT I THINK SHE GOT UH, SOME, SOME LARGER INSPECTION OF HER BACK AND THAT'S WHEN THEY ESSENTIALLY FOUND THAT IT WAS BROKEN UH, YEAH, THAT'S WHEN THEY, THEY THAT IT WAS A FRACTURE.

Q: OKAY, OKAY, HAVE, HAVE YOU HEARD ANYTHING FROM HER SINCE THEN AS FAR AS HER CONDITION?

MEMBER NUMBER:   1250 13 93
INTERVIEWEE:     GEORGE KLAUS III

A: YES, YES, I KNOW THAT SHE'S BEEN DOING LOTS OF REHAB AND, AND SHE'S, SHE'S WALKING FINE NOW. UH, NOT A HUNDRED PERCENT YET PRETTY DIFFICULT RECOVER HUNDRED PERCENT AFTER BREAKING HER BACK BUT UH, I DO KNOW SHE'S IN DEFINITELY BETTER CONDITION THEN WHEN SHE FIRST HAD THE INCIDENT.

Q: OKAY, OKAY, WERE THERE ANY WITNESSES TO THIS YOU KNOW OF?

A: UH, SOMEONE WHO ACTUALLY SAW THE INCIDENT, NO. IT WAS UH, SHE WAS IN A MATT'S BEDROOM AT THE TIME AND GOT UP TO GO TO THE BATHROOM BUT WAS UH, FORESEE ABLY SLEEPWALKING AT THE TIME UH, AND SHE SO SHE WALKED OVER TO THE WRONG SIDE OF THE ROOM PRETTY MUCH I GUESS HAD NO IDEA WHERE SHE WAS GOING SINCE SHE WAS SLEEPWALKING AND FELL DOWN THE HOLE UH, AND MATT WAS ASLEEP AT THE TIME, SOUND A SLEEP AT THE TIME. UH, IT WAS NEW YEARS EVE NIGHT BUT UH, AND WE TYPICALLY WOULD, WOULD PROBABLY GET UH, HAVE A GOOD TIME PARTING AND STUFF BUT THOSE TWO, THEY WERE THE ONLY TWO IN THE HOUSE THAT NIGHT SINCE I WAS, I WAS GONE ON DUTY AND THEY DIDN'T, AND THEY DIDN'T REALLY DRINK ANYTHING, THEY WERE NOT DRUNK AT THE TIME UH, SO THEY WERE JUST TWO NORMAL PEOPLE, MATT WAS SLEEPING AND LISA WAS UH, SLEEPING ALSO.

Q: OKAY.

A: HEADED IN THE WRONG DIRECTION.

Q: THE, THEY WERE THE ONLY ONES IN THE HOUSE?

A: YES, THEY WERE. SO BRETT WAS, BEN WAS GONE ON DEPLOYMENT, BRETT WAS GONE FOR A LOCAL OPERATIONS JUST OUT AT SEA SOMEWHERE.

Q: UH-HUH, AND THEY HADN'T BEEN DRINKING, DRUGS, OR ANYTHING?

A: NOPE.

Q: OKAY.

A: NO.

Q: OKAY, ANYTHING ELSE YOU'D LIKE TO ADD?

A: UH, I GUESS THAT'S NO (INAUDIBLE) IF YOU OTHER QUESTIONS THEN I'M FINE WITH THAT.

| MEMBER NUMBER: | 1250 13 93 |
| --- | --- |
| INTERVIEWEE: | GEORGE KLAUS III |

Q: OKAY, ARE THE REMARKS MADE IN THIS RECORDING TRUE TO THE BEST OF YOUR KNOWLEDGE?

A: YES, THEY ARE.

Q: HAD THEN RECORDING BEEN MADE WITH YOUR FULL CONSENT AND KNOWLEDGE?

A: YES, IT HAS.

Q: OKAY, THIS CONCLUDES THE RECORDING OF MR. GEORGE KLAUS IN REFERENCE IN ACCIDENT THAT OCCURRED JANUARY 1, 2003.

END OF STATEMENT

TRANSCRIBED BY: DM\160314
　　　　　　　　　AUGUST 18, 2003

*This is to certify the above statement is a true transcription to the best of my ability.*