# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

April 23, 2004

**VIA TELECOPIER AND U.S. MAIL**

Mr. James McGallon
United Services Automobile Assn.
P.O. Box 33490
San Antonio, Texas 78265

      RE:  Lisa Romero vs. Jeffrey Lowe, et al
             Civil No. 04-1-0642-04 (DDD) (Haw. 1st Cir.)
             Date of Loss: January 1, 2003
             USAA Claim No.: 012493295006
             LM File No.:   LH658-003422742-0001

Dear Mr. McGallon:

      This office has been retained by Liberty Mutual Fire Insurance Company to defend its insureds, Jeffrey and Linda Lowe in connection with the above-referenced lawsuit. We have enclosed, for your review, information and file, a copy of the Complaint filed April 6, 2004, which arises out a underlying fall occurring on January 1, 2003. We understand that USAA is the liability insurer of Matthew Ray Severson in connection with this loss.

      Under Hawai`i law, "passively negligent" parties are entitled to equitable indemnity from "actively negligent" parties. Equitable indemnity obligations have been recognized between a product manufacturer and a product seller on strict products liability claims, <u>Boudreau v. General Electric Co.</u>, 2 Hawai`i App. 10, 625 P.2d 384 (1981), between a premises owner/developer and a construction contractor on premises liability claims, Messier v. Association of Apartment Owners of Mount Terrace, 6 Hawai`i App. 525, 735 P.2d 939 (1987), and between and employer and employee. <u>Saranillio v. Silva</u>, 78 Hawai`i 1, 889 P.2d 685 (1995). In the case of <u>In re All Asbestos Cases</u>, 603 F. Supp. 599, 606-07 (D. Hawai`i 1984) (applying Hawaii law), the United States District Court for the District of Hawaii summarized the law as follows:

> Courts have used various terms to distinguish between the grades of faults attributable to the participating wrongdoers so as to justify the imposition of the entire loss on the one

---

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*



EXHIBIT C

who is regarded as the principal offender. Tort or 'equitable' indemnity will be recognized when the indemnitor is guilty of 'active,' 'primary,' or 'original' fault as opposed to the merely 'passive,' 'secondary,' or 'implied' fault of the indemnitee.

The right to indemnification is invoked where the indemnitee has been held absolutely liable for the wrongful acts of another, e.g., where liability is based solely on respondeat superior, the bailor-bailee relationship, or ownership of property (for injury resulting from a dangerous condition created by a third party). Further, indemnity is available where the indemnitee was induced to act by misrepresentations by or directions of the indemnitor. The right is also recognized where the indemnitee has without fault or only through passive negligence failed to discover a dangerous condition created by the indemnitor.

(Footnotes and citations omitted).

The Complaint alleges, among other things, that Mr. Severson actively removed a metal railing/barrier that surrounded a fireman's pole and that such removal led to the Plaintiff's injury. We further understand that such removal was done without our clients' knowledge or approval. While our clients would dispute liability, causation, and damages and many of the allegations asserted against them, it would appear that the liability, if any, to the Plaintiff rests with your insured under the circumstances of this case.

On behalf of our clients, we hereby tender the defense and indemnity on the claims against our clients to USAA as the liability insurer for Mr. Severson and that USAA confirm its acceptance of this tender, in writing, as soon as possible.

We also understand that, despite our client's insurer's prior requests, USAA has not provided it with a copy of the USAA insurance policy issued to Mr. Severson. We request a complete copy of that USAA policy (including all declarations, policy forms, and endorsements) at your earliest convenience.

Mr. James McGallon
April 23, 2004
Page 3

**CONFIDENTIAL AND PRIVILEGED**

      Thank you for your time and attention to this matter. Should you have any questions or comments, please do not hesitate to contact the undersigned. We look forward to your response.

                              Very truly yours,

                              MATSUI CHUNG

                              By _____
                                 WARD F. N. FUJIMOTO

WFNF:jda
Enclosures as stated.

cc.:    Mr. Jeffrey Lowe/Ms. Linda Lowe
       Ms. Claudine Barayuga

MATSUI CHUNG
A Law Corporation
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 536-3711
Fax: (808) 599-2979

FACSIMILE HEADER

DATE:  April 23, 2004

**Via Facsimile (866) 547-3763**

TO:  **JAMES McGALLON**

FROM:  Ward F.N. Fujimoto, Esq.

NO. OF PAGES (including header):  14

THIS IS A PRIVATE AND CONFIDENTIAL COMMUNICATION INTENDED TO BE REVIEWED ONLY BY THE PERSON(S) TO WHOM IT IS ADDRESSED. IF THIS COMMUNICATION WAS TRANSMITTED TO YOU IN ERROR, PLEASE DO NOT READ FURTHER. INSTEAD, PLEASE CALL US AT 536-3711 TO ARRANGE TO HAVE THIS COMMUNICATION RETURNED.

IF YOU DO NOT RECEIVE ALL PAGES,
PLEASE TELEPHONE (808) 536-3711

CONTACT PERSON: JoDen Ancog

RE:  Lisa Romero vs. Jeffrey Lowe, et al
Civil No. 04-1-0642-04 (DDD) (Haw. 1st Cir.)
Date of Loss: January 1, 2003
USAA Claim No.: 012493295006
LM File No.:  LH658-003422742-0001

Remarks:  Correspondence to James McGallon from Ward Fujimoto, Esq. along with Complaint; Demand for Jury Trial; Summons to Answer Civil Complaint

# MESSAGE CONFIRMATION

```
                                04/23/2004  16:24
                                ID=MATSUI CHUNG


DATE      S/R-TIME   DISTANT STATION ID    MODE     PAGES   RESULT

                      1 866 547 3763      CALLING    14      OK
```

04/23/2004    16:23    MATSUI CHUNG → 18665473763                              NO.132    P.1

MATSUI CHUNG
A Law Corporation
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813
Tel: (808) 536-3711
Fax: (808) 599-2979


FACSIMILE HEADER


DATE:      April 23, 2004

Via Facsimile (866) 547-3763

TO:        JAMES McGALLON

FROM:      Ward F.N. Fujimoto, Esq.

NO. OF PAGES (including header):    14

THIS IS A PRIVATE AND CONFIDENTIAL COMMUNICATION INTENDED TO BE
REVIEWED ONLY BY THE PERSON(S) TO WHOM IT IS ADDRESSED.  IF THIS
COMMUNICATION WAS TRANSMITTED TO YOU IN ERROR, PLEASE DO NOT
READ FURTHER.  INSTEAD, PLEASE CALL US AT 536-3711 TO ARRANGE TO