ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG     2929-0
WARD F.N. FUJIMOTO     4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.  (808) 536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>      Plaintiff,<br>   vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>      Third-Party<br>      Plaintiffs<br>   vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>      Third-Party<br>      Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS JEFFREY LOWE AND<br>LINDA LOWE'S FRCP RULE 26(A)(2)<br>DISCLOSURE OF EXPERT WITNESSES<br>(DAMAGES ISSUES); EXHIBIT "A"<br>CERTIFICATE OF SERVICE |

DEFENDANTS JEFFREY LOWE AND LINDA LOWE'S FRCP
RULE 26(A)(2) DISCLOSURE OF EXPERT WITNESSES (DAMAGES ISSUES)

Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, MATSUI CHUNG SUMIDA & TSUCHIYAMA, and, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Rule 16 Scheduling Order in this case, and further extensions agreed upon herein, hereby disclose that the following person may be used at trial to present expert testimony evidence on damages-related issues pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence:

> JACK P. SUYDERHOUD, PH.D.
> 7149 Kukii Street
> Honolulu, Hawaii  96825

A copy of Professor Suyderhoud's report is attached hereto as Exhibit "A" and incorporated herein by reference.

This disclosure is made subject to and without waiver of the right to a FRCP Rule 35 examination and/or the right to present expert testimony on damages-related issues, rebuttal expert testimony and/or the right to withdraw said witness.  In addition, this disclosure is made subject to and without waiver of the right to file appropriate dispositive motions, procedural motions, and/or motions to exclude, strike or limit expert witnesses and/or opinion testimony presented by any party to

this case and the right to cross-examine any expert witness presented by any party to this case.

DATED: HONOLULU, HAWAII, January 17, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; et al., | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Defendants Jeffrey Lowe And Linda Lowe's FRCP Rule 26(A)(2) Disclosure Of Expert Witnesses (Damages Issues); Exhibit "A"* was duly served on the following attorneys by hand delivery on January 17, 2006.

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii  96813
Attorneys for Plaintiff
LISA ROMERO

TERRANCE M. REVERE, ESQ.
JACQUELINE THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Attorneys for Defendant
MATTHEW RAY SEVERSON

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii  96813
Attorney for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III

JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii  96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,   January 17, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2