Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG        2929-0
WARD F.N. FUJIMOTO        4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.  536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | CERTIFICATE OF SERVICE RE: DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT GEORGE KLAUS, III |
| vs. | |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | Trial:  November 8, 2005 |
| Defendants | |
| JEFFREY LOWE and LINDA LOWE, | |
| Third-Party Plaintiffs | |
| vs. | |
| STEVEN J. KOTT and KOTT, INC. | |
| Third-Party Defendants. | |

CERTIFICATE OF SERVICE RE:
DEFENDANTS AND THIRD-PARTY PLAINTIFFS
JEFFREY LOWE AND LINDA LOWE'S FIRST REQUEST FOR
ANSWERS TO INTERROGATORIES TO DEFENDANT GEORGE KLAUS, III

I HEREBY CERTIFY that a copy of DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT GEORGE KLAUS, III was duly served on the following attorneys by hand delivery on January 17, 2006.

> MICHAEL K. LIVINGSTON, ESQ.
> MARK S. DAVIS, ESQ.
> 400 Davis Levin Livingston Grande Place
> 851 Fort Street
> Honolulu, Hawaii 96813
> Attorneys for Plaintiff
> LISA ROMERO
>
> TERRANCE M. REVERE, ESQ.
> JACQUELINE THURSTON, ESQ.
> 1000 Bishop Street, Suite 801
> Honolulu, Hawaii 96813
> Attorneys for Defendant
> MATTHEW RAY SEVERSON
>
> KATHARINE M. NOHR, ESQ.
> Miyagi, Nohr & Myhre
> 1001 Bishop Street
> Pauahi Tower, Suite 1200
> Honolulu, Hawaii 96813
> Attorney for Defendants
> BRETT SCHELAND, BENJAMIN ALLEN WILDER,
> MINDY WILDER and GEORGE KLAUS, III

JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,    January 17, 2006

*[signature]*

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE