ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.    536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at 3 o'clock and 40 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>　　　　Third-Party<br>　　　　Plaintiffs<br>　vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>　　　　Third-Party<br>　　　　Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MATTHEW RAY SEVERSON<br><br>Trial:  November 8, 2005 |

CERTIFICATE OF SERVICE RE:
DEFENDANTS AND THIRD-PARTY PLAINTIFFS
JEFFREY LOWE AND LINDA LOWE'S FIRST REQUEST FOR
ANSWERS TO INTERROGATORIES TO DEFENDANT MATTHEW RAY SEVERSON

I HEREBY CERTIFY that a copy of DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MATTHEW RAY SEVERSON was duly served on the following attorneys by hand delivery on January 17, 2006.

>MICHAEL K. LIVINGSTON, ESQ.
>MARK S. DAVIS, ESQ.
>400 Davis Levin Livingston Grande Place
>851 Fort Street
>Honolulu, Hawaii  96813
>Attorneys for Plaintiff
>LISA ROMERO
>
>TERRANCE M. REVERE, ESQ.
>JACQUELINE THURSTON, ESQ.
>1000 Bishop Street, Suite 801
>Honolulu, Hawaii  96813
>Attorneys for Defendant
>MATTHEW RAY SEVERSON
>
>KATHARINE M. NOHR, ESQ.
>Miyagi, Nohr & Myhre
>1001 Bishop Street
>Pauahi Tower, Suite 1200
>Honolulu, Hawaii  96813
>Attorney for Defendants
>BRETT SCHELAND, BENJAMIN ALLEN WILDER,
>MINDY WILDER and GEORGE KLAUS, III

JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii  96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,   January 17, 2006

                                                    _____
                                                    RANDALL Y.S. CHUNG
                                                    WARD F.N. FUJIMOTO
                                                    Attorneys for Defendants
                                                    and Third-Party Plaintiffs
                                                    JEFFREY LOWE and LINDA LOWE