IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | Civil No. CV04-00285 JMS BMK |
| Plaintiff, | DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |
| vs. | |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.; | |
| Defendants. | |
| JEFFREY LOWE and LINDA LOWE, | |
| Third-Party Plaintiffs, | |
| vs. | |
| STEVEN J. KOTT and KOTT, INC., | |
| Third-Party Defendants. | |

Motion for Approval of Good Faith Settlement.doc (50-420)

## DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Defendant MATTHEW RAY SEVERSON ("Defendant Severson"), by and through his attorneys, Motooka Yamamoto & Revere, hereby petitions this Court to issue an Order finding that the terms of the proposed settlement between Defendant Severson and Plaintiff LISA ROMERO ("Plaintiff"), as set forth in **Exhibit "A",** is in good faith.

This motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Hawaii Revised Statutes § 663-15.5, and is based on the attached Declaration of Counsel and the entire records and files herein.

Defendant Severson respectfully submits that the settlement agreement in question between he and Plaintiff was reached in good faith based upon the arms length negotiations of the parties involving Keith Hunter as mediator and agreement to pay the full personal liability policy for Defendant Severson of $100,000.00 as full and final settlement of Plaintiff's claims against Defendant Severson in connection with this matter.

DATED: Honolulu, Hawaii, _____ JAN 1 2 2006 _____.

_____
TERRANCE M. REVERE
JACQUELINE E. THURSTON

Attorneys for Defendant
MATTHEW RAY SEVERSON

2