IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.;<br><br>  Defendants. | Civil No. CV04-00285 JMS BMK<br><br>DECLARATION OF COUNSEL |
| JEFFREY LOWE and LINDA LOWE,<br><br>  Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.,<br><br>  Third-Party Defendants. | |

Motion for Approval of Good Faith Settlement.doc (50-420)

## DECLARATION OF COUNSEL

The undersigned hereby declares that:

1. I am an attorney licensed to practice law before all the courts of the state of Hawaii and one of the attorneys for Defendant Matthew Ray Severson ("Defendant Severson") in the above captioned matter.

2. I have personal knowledge of the matters set forth herein, am competent to testify thereto, and make this Declaration in Support of Defendant Severson's Motion For Determination Of Good Faith Settlement.

3. In consideration of $100,000.00, Plaintiff LISA ROMERO ("Plaintiff") has agreed to release, defend, indemnify, and hold harmless Defendant Severson against loss or liability from any and all claims, liens, demands, or actions that have or may hereafter at any time be made or brought by Plaintiff or anyone claiming by or through Plaintiff for damages on account of the loss or injuries allegedly sustained or which may be sustained by the Plaintiff which are connected or related to the accident involving Defendant Severson that occurred on New Year's Eve 2002/New Year's Day 2003 at 111 Hauoli Street Home in Kailua ("Accident"). A true and correct copy of the Joint Tortfeasor Release and Indemnity Agreement proposed is attached as Exhibit "A" to the Motion.

5. Defendant Severson and Plaintiff seek a ruling pursuant to Hawaii Revised Statutes § 663-15.5 that the settlement and Joint Tortfeasor Release and Indemnity Agreement between Defendant Severson and Plaintiff was made in good faith in connection with this Accident.

6. Defendant Severson and Plaintiff agree that the proposed Order Approving Good Faith Settlement attached hereto in this matter shall act has a full

and total release and covenant not to sue as defined in Hawaii Revised Statutes §663-15.5 between Defendant Severson and Plaintiff.

7. As good cause exists for granting this motion, Defendant Severson respectfully requests that this Court find and order that the settlement by and between Defendant Severson and Plaintiff and the Joint Tortfeasor Release and Indemnity Agreement executed by Plaintiff in favor of Defendant Severson is in good faith.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATED: Honolulu, Hawaii, _____JAN 12 2006_____.

_____
JACQUELINE E. THURSTON