ORIGINAL

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE          5857-0
JACQUELINE E. THURSTON   7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email: terry@myrhawaii.com

Attorneys for Defendant
MATTHEW RAY SEVERSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at __11__ o'clock and __?__ min. __✓__ M
SUE BEITIA, CLERK

LODGED

JAN 12 2006
3:09 pm ay

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>         Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.;<br><br>         Defendants.<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>         Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.,<br><br>         Third-Party Defendants. | Civil No. CV04-00285 JMS BMK *Dae*<br><br>NOTICE OF HEARING MOTION; DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBIT "A"; ORDER DETERMINING SETTLEMENT TO BE IN GOOD FAITH; CERTIFICATE OF SERVICE<br><br>1-18-06 @ 230, BMK<br><br>**HEARING:**<br>Date:   2-15-06<br>Time:   10:00 a.m.<br>Judge:  Honorable Barry M. Kurren<br><br>Trial Date: February 28, 2006 |

Motion for Approval of Good Faith Settlement.doc (50-420)

## NOTICE OF HEARING MOTION

TO: MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
LISA ROMERO

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
JEFFREY LOWE and LINDA LOWE

KATHARINE M. NOHR, ESQ.
Miyagi Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III

J. PATRICK GALLAGHER
JOELLE SEGAWA KANE
LEAH M. REYES
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

Attorneys for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

NOTICE IS HEREBY GIVEN that the above-identified motion shall come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at _____, on _____, 2006, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, JAN 1 2 2006.

TERRANCE M. REVERE
JACQUELINE E. THURSTON

Attorneys for Defendant
MATTHEW RAY SEVERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.;<br><br>    Defendants. | Civil No. CV04-00285 JMS BMK<br><br>CERTIFICATE OF SERVICE |
| JEFFREY LOWE and LINDA LOWE,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.,<br><br>    Third-Party Defendants. | |

Motion for Approval of Good Faith Settlement.doc (50-420)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____JAN 1 2 2006_____, a copy of the foregoing document in the above-entitled action was served upon the following via hand delivery and/or U.S. Postal Service, postage prepaid at the address indicated:

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
LISA ROMERO


RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
JEFFREY LOWE and LINDA LOWE


KATHARINE M. NOHR, ESQ.
Miyagi Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III


J. PATRICK GALLAGHER
JOELLE SEGAWA KANE
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

Attorneys for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED: Honolulu, Hawaii,        JAN 1 2 2006                          .

_____
TERRANCE M. REVERE
JACQUELINE E. THURSTON

Attorneys for Defendant
MATTHEW RAY SEVERSON

3