# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00285DAE-BMK

CASE NAME:       Lisa Romero v. Jeffrey Lowe, et al.

ATTYS FOR PLA:   Michael K. Livingston

ATTYS FOR DEFT:  Ward F.N. Fujimoto, Katharine M. Nohr, Jacqueline Thurston,

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    1/18/2006                TIME:       3 - 3:32

COURT ACTION:  EP:  Defendants George Klaus, III and Brett Scheland's Petition for Determination of Good Faith Settlement GRANTED.  Nohr to prepare order.

Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement - GRANTED.  Thurston to prepare order.


Submitted by Richlyn Young, Courtroom Manager