ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG        2929-0
WARD F.N. FUJIMOTO        4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | CIVIL NO. CV04-00285 DAE KSC |
| Plaintiff, | CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION |
| vs. | |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | Re:  Angela Costanzo<br>Sharie Sierra<br>Alice Romero<br>Gilbert Romero<br>Richard Gill, Ph.D.<br>Richard Griswold |
| Defendants | |
| JEFFREY LOWE and LINDA LOWE, | |
| Third-Party Plaintiffs | |
| vs. | |
| STEVEN J. KOTT and KOTT, INC. | |
| Third-Party Defendants. | |

CERTIFICATE OF SERVICE RE:
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I HEREBY CERTIFY that a copy of the Notice of Taking Deposition Upon Oral Examination (Re: Angela Costanzo, Sharie Sierra, Alice Romero, Gilbert Romero, Richard Gill, Ph.D., and Richard Griswold) was duly served on the following attorneys by hand delivery or by placing the same in the United States mail, postage prepaid, on January 18, 2006.

>MICHAEL K. LIVINGSTON, ESQ.
>MARK S. DAVIS, ESQ.
>400 Davis Levin Livingston Grande Place
>851 Fort Street
>Honolulu, Hawaii  96813
>Attorneys for Plaintiff
>LISA ROMERO
>
>TERRANCE M. REVERE, ESQ.
>JACQUELINE THURSTON, ESQ.
>1000 Bishop Street, Suite 801
>Honolulu, Hawaii  96813
>Attorneys for Defendant
>MATTHEW RAY SEVERSON
>
>KATHARINE M. NOHR, ESQ.
>Miyagi, Nohr & Myhre
>1001 Bishop Street
>Pauahi Tower, Suite 1200
>Honolulu, Hawaii  96813
>Attorney for Defendants
>BRETT SCHELAND, BENJAMIN ALLEN WILDER,
>MINDY WILDER and GEORGE KLAUS, III

JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,   January 18, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2