ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at 11 o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>　　　　Third-Party<br>　　　　Plaintiffs<br>　vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>　　　　Third-Party<br>　　　　Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS JEFFREY LOWE AND LINDA LOWE'S OFFER OF JUDGMENT; CERTIFICATE OF SERVICE |

DEFENDANTS JEFFREY LOWE AND LINDA LOWE'S OFFER OF JUDGMENT

Come now Defendants JEFFREY LOWE and LINDA LOWE, by and through their attorneys, and, subject to and without waiver of any defense or objection to which they are entitled, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, Rule 408 of the Federal Rules of Evidence, and Rule 408 of the Hawaii Rules of Evidence, as amended, hereby offers to stipulate to the entry of judgment in favor of Plaintiff LISA ROMERO and against said Defendants, in the total amount of TWENTY-FIVE THOUSAND AND NO/100 DOLLARS ($25,000.00), including any and all general, special and punitive damages claims, as well as any and all claims for attorney's fees, costs, and interest.

This offer is deemed withdrawn if not accepted within ten (10) days after service hereof, and evidence of this offer of settlement is not admissible at trial except in a proceeding to determine costs. If the judgment finally obtained by the offeree is not more favorable than the offer, the offeree must pay the costs incurred by the offerors after making the offer.

DATED: HONOLULU, HAWAII, January 4, 2006

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS JEFFREY LOWE AND LINDA LOWE'S OFFER OF JUDGMENT was duly served on the following attorneys, in the manner specified thereto, on January 4, 2006.

> MICHAEL K. LIVINGSTON, ESQ. (HAND-DELIVERY)
> MARK S. DAVIS, ESQ.
> 400 Davis Levin Livingston Grande Place
> 851 Fort Street
> Honolulu, Hawaii  96813
> Attorneys for Plaintiff
> LISA ROMERO
>
> TERRANCE M. REVERE, ESQ. (U.S. MAIL)
> JACQUELINE THURSTON, ESQ.
> 1000 Bishop Street, Suite 801
> Honolulu, Hawaii  96813
> Attorneys for Defendant
> MATTHEW RAY SEVERSON
>
> KATHARINE M. NOHR, ESQ. (U.S. MAIL)
> Miyagi, Nohr & Myhre
> 1001 Bishop Street
> Pauahi Tower, Suite 1200
> Honolulu, Hawaii  96813
> Attorney for Defendants
> BRETT SCHELAND, BENJAMIN ALLEN WILDER,
> MINDY WILDER and GEORGE KLAUS, III

```
          JOELLE SEGAWA KANE, ESQ. (U.S. MAIL)
          Henderson Gallagher & Kane
          Topa Financial Center
          745 Fort Street, Suite 1550
          Honolulu, Hawaii  96813
          Attorney for Third-Party Defendants
          STEVEN J. KOTT and KOTT, INC.

DATED: HONOLULU, HAWAII,   January 4, 2006
                          _____

                          _____
                          RANDALL Y.S. CHUNG
                          WARD F.N. FUJIMOTO
                          Attorneys for Defendants
                          and Third-Party Plaintiffs
                          JEFFREY LOWE and LINDA LOWE
```

2