ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG       2929-0
WARD F.N. FUJIMOTO       4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at 3 o'clock and 20 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>  vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party<br>        Plaintiffs<br>  vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party<br>        Defendants. | CIVIL NO. CV04-00285 DAE KSC<br><br>CERTIFICATE OF SERVICE RE: FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>Re:  Angela Costanzo<br>      Sharie Sierra<br>      Alice Romero<br>      Gilbert Romero<br>      Richard Gill, Ph.D.<br>      Richard Griswold |

CERTIFICATE OF SERVICE RE: FIRST AMENDED
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I HEREBY CERTIFY that a copy of the First Amended Notice of Taking Deposition Upon Oral Examination (Re: Angela Costanzo, Sharie Sierra, Alice Romero, Gilbert Romero, Richard Gill, Ph.D., and Richard Griswold) was duly served on the following attorneys by hand delivery or by placing the same in the United States mail, postage prepaid, on January 19, 2006.

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Attorneys for Plaintiff
LISA ROMERO

TERRANCE M. REVERE, ESQ.
JACQUELINE THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Attorneys for Defendant
MATTHEW RAY SEVERSON

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813
Attorney for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III

```
JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii  96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.
```

DATED: HONOLULU, HAWAII,  January 19, 2006

                                      */s/ signature*

                              RANDALL Y.S. CHUNG
                              WARD F.N. FUJIMOTO
                              Attorneys for Defendants
                              and Third-Party Plaintiffs
                              JEFFREY LOWE and LINDA LOWE