ORIGINAL

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE          5857-0
JACQUELINE E. THURSTON   7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email: terry@myrhawaii.com

Attorneys for Defendant
MATTHEW RAY SEVERSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

LODGED

JAN 12 2006
3:05 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.;<br><br>Defendants.<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.,<br><br>Third-Party Defendants. | Civil No. CV04-00285 JMS BMK<br><br>DEFENDANT MATTHEW RAY SEVERSON'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; DECLARATION OF COUNSEL; ORDER GRANTING DEFENDANT MATTHEW RAY SEVERSON'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; CERTIFICATE OF SERVICE<br><br>Trial Date: February 28, 2006 |

Ex Parte Motion to Shorten Time for Hearing on Motion for Approval of Good Faith Settlement.doc (50-420)

## DEFENDANT MATTHEW RAY SEVERSON'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Defendant MATTHEW RAY SEVERSON, by and through his attorneys Motooka Yamamoto & Revere, and for good cause shown herein hereby moves this Honorable Court *ex parte* to shorten time for the hearing on Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement, filed concurrently herewith. The basis of this motion is that there are numerous mainland depositions scheduled during the month of January 2006 and trial is scheduled to commence on February 28, 2006, thus unless hearing is had immediately Defendant Severson will be forced to continue to incur legal expenses for his counsel's attendance at the depositions and to prepare for trial. The other parties will suffer no prejudice by shortening time for hearing on Defendant Severson's Motion for Determination of Good Faith Settlement. It is our understanding that no party will oppose Defendant Severson's Motion for Determination of Good Faith Settlement. The settlement between Plaintiff and Defendant Severson was reached with assistance of mediator, Keith Hunter. The settlement amount offered and accepted represents Defendant Severson's total liability policy limits.

This motion is brought pursuant to Rule 6(d) and 7(b) of the Federal Rules of Civil Procedure, and is supported by the declaration of counsel attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii  JAN 1 2 2006  .

_____
TERRANCE M. REVERE
JACQUELINE E. THURSTON

Attorneys for Defendant
MATTHEW RAY SEVERSON