IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.;<br><br>    Defendants. | Civil No. CV04-00285 JMS BMK<br><br>CERTIFICATE OF SERVICE |
| JEFFREY LOWE and LINDA LOWE,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.,<br><br>    Third-Party Defendants. | |

Ex Parte Motion to Shorten Time for Hearing on Motion for Approval of Good Faith Settlement.doc (50-420)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on ___JAN 1 2 2006___, a copy of the foregoing document in the above-entitled action was served upon the following via hand delivery and/or U.S. Postal Service, postage prepaid at the address indicated:

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
LISA ROMERO


RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
JEFFREY LOWE and LINDA LOWE


KATHARINE M. NOHR, ESQ.
Miyagi Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III


J. PATRICK GALLAGHER
JOELLE SEGAWA KANE
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

Attorneys for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

3

DATED: Honolulu, Hawaii, JAN 12 2006.

TERRANCE M. REVERE
JACQUELINE E. THURSTON

Attorneys for Defendant
MATTHEW RAY SEVERSON