IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.; <br><br> Defendants. | Civil No. CV04-00285 JMS BMK <br><br> ORDER GRANTING DEFENDANT MATTHEW RAY SEVERSON'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |
| JEFFREY LOWE and LINDA LOWE, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> STEVEN J. KOTT and KOTT, INC., <br><br> Third-Party Defendants. | |

Ex Parte Motion to Shorten Time for Hearing on Motion for Approval of Good Faith Settlement.doc (50-420)

**ORDER GRANTING DEFENDANT MATTHEW RAY SEVERSON'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

Defendant MATTHEW RAY SEVERSON'S Ex Parte Motion to Shorten Time for Hearing on Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement, having been duly considered by the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that MATTHEW RAY SEVERSON'S Motion for Determination of Good Faith Settlement shall come on for hearing on _____, at _____. m. before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii.

DATED: Honolulu, Hawaii, _____.



JUDGE OF THE ABOVE-ENTITLED COURT

***Romero v. Lowe, et al.;*** Civil No. CV04-00285 DAE BMK; Order Granting Defendant Matthew Ray Severson's Ex Parte Motion to Shorten Time for Hearing on Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement