ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON   4161-0
MARK S. DAVIS                    1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 18 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>    Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE,<br>    Third-Party Plaintiffs, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' DISCOVERY REQUESTS SUBMITTED FOR DETERMINATION PURSUANT TO LOCAL RULE 37.1<br><br><br>Hearing Date: January 5, 2006<br>Time: 4:30 p.m.<br>Judge: Barry M. Kurren<br><br>Trial Date: February 28, 2006 |


vs.

**STEVEN J. KOTT AND KOTT, INC.**

Third-Party Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' DISCOVERY REQUESTS SUBMITTED FOR DETERMINATION PURSUANT TO LOCAL RULE 37.1**

By agreement of the Parties, the following discovery issues were submitted to this Court for determination pursuant to Local Rule 37 of the Local Rules of Practice for the United States District Court for the District of Hawaii ("LR"):

1. Whether or not Plaintiff Lisa Romero should be ordered to make herself available in Honolulu, Hawaii before a local physician for her FRCP Rule 35 examination.

2. Whether or not Plaintiff should be compelled to produce an unredacted copy of her "personal" journal.

3. Whether or not Plaintiff should be compelled to produced a videotape shown to Defendants and Defendants' counsel by Plaintiff's counsel during a prior mediation.

In addition, to opposing Defendants' discovery requests, Plaintiff urged this Court as a threshold matter to deny all three of Defendants' requests on the basis that they were not timely raised.

Letter Briefs were filed by the Parties on December 12, 2005, pursuant to LR 37.1(c). This Court subsequently ordered a discovery conference to address these discovery issues, and that conference was held on January 5, 2006, with Michael K. Livingston appearing on behalf of Plaintiff, Ward F.N. Fujimoto appearing on behalf of Defendants Jeffrey and Linda Lowe, Jacqueline E. Thurston appearing on behalf of Defendant Matthew Severson, and Katharine M. Nohr appearing on behalf of Defendants Brett Scheland and George Klaus, III. This Court, having reviewed the submissions of the Parties and having heard the arguments of counsel during the Discovery Conference, and being fully advised in the premises, hereby enters the following Order with respect to the three discovery issues submitted for determination:

The Court denies the Defendants request for an Order that Plaintiff Lisa Romero appear in Honolulu, Hawaii before a local physician for an FRCP Rule 35 examination. However, the Court will permit Defendants to obtain a FRCP Rule 35 examination of Plaintiff in a location convenient to where Plaintiff currently resides. The Court notes, in making this ruling, that Plaintiff has already traveled to Hawaii twice in connection with this case, once at Defendants' insistence in order to have her deposition taken over a two-day period, and again for a two-day court-ordered mediation. The Court also finds that it would be impractical to require Plaintiff to return to Hawaii for a Rule 35 examination in light of the

February 28, 2006 trial date. Finally, the Court is concerned that requiring Plaintiff to return to Hawaii for a Rule 35 examination that could have been done during either of her prior trips to Hawaii may constitute a financial and medical hardship for Plaintiff.

In response to Defendants contention that the redacted portions of Plaintiff's journal are not privileged and are discoverable, Plaintiff's counsel has submitted to this Court for *in camera* review a copy of Plaintiff's "personal" journal. The Court will review the redacted portions of this journal and determine whether the redacted portions are discoverable and should be produced to Defendants.

This Court denies Defendants' request that Plaintiff produce a copy of the videotape prepared explicitly and exclusively for use in the court-ordered mediation.

SO ORDERED.

DATED:   Honolulu, Hawaii,   1-19-2006   .

JUDGE OF THE ABOVE-ENTITLED COURT

---

CIVIL NO. 04-00285 DAE-BMK; Romero v. Lowe, et al.; *ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' DISCOVERY REQUESTS SUBMITTED FOR DETERMINATION PURSUANT TO LOCAL RULE 37.1*

APPROVED AS TO FORM:

_____
WARD F.N. FUJIMOTO, ESQ.
Attorney for Defendants
Jeffrey Lowe and Linda Lowe


_____
JACQUELINE E. THURSTON, ESQ.
Attorney for Defendant
Matthew Ray Severson


_____
KATHARINE M. NOHR, ESQ.
Attorney for Defendants
Brett Scheland, Benjamin Allen Wilder,
Mindy Wilder and George Klaus, III

---

CIVIL NO. 04-00285 DAE-BMK; Romero v. Lowe, et al.; *ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' DISCOVERY REQUESTS SUBMITTED FOR DETERMINATION PURSUANT TO LOCAL RULE 37.1*