IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>et al.,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party Plaintiffs<br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants Jeffrey Lowe And Linda Lowe's Pretrial Statement was duly served on the following attorneys by hand delivery on January 31, 2006.

        MICHAEL K. LIVINGSTON, ESQ.
        MARK S. DAVIS, ESQ.
        400 Davis Levin Livingston Grande Place
        851 Fort Street
        Honolulu, Hawaii 96813
        Attorneys for Plaintiff
        LISA ROMERO

TERRANCE M. REVERE, ESQ.
JACQUELINE THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Attorneys for Defendant
MATTHEW RAY SEVERSON

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii  96813
Attorney for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER,
MINDY WILDER and GEORGE KLAUS, III

JOELLE SEGAWA KANE, ESQ.
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii  96813
Attorney for Third-Party Defendants
STEVEN J. KOTT and KOTT, INC.

Mr. KEITH HUNTER
Dispute Prevention and Resolution, Inc.
1001 Bishop Street
Suite 1155, Pauahi Tower
Honolulu, Hawaii  96813
Court-Appointed Mediator

DATED: HONOLULU, HAWAII,   January 31, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2