ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON        4161-0
MARK S. DAVIS                1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email:  mlivingston@davis1evin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 1 2006

at _____ o'clock and _____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **LISA ROMERO,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;**<br><br>Defendants.<br><br>**JEFFREY LOWE AND LINDA LOWE,** | **CIVIL NO. 04-00285 DAE-BMK**<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S PRETRIAL STATEMENT; CERTIFICATE OF SERVICE**<br><br><br><br>**PRETRIAL CONFERENCE**:<br>Date:  February 7, 2006<br>Time:  9:00 a.m.<br>Judge: Barry M. Kurren<br><br>Trial Date: February 28, 2006 |

Third-Party Plaintiffs,

vs.

**STEVEN J. KOTT AND KOTT, INC**.

Third-Party Defendants.

## PLAINTIFF'S PRETRIAL STATEMENT

Plaintiff LISA ROMERO, by and through her counsel, DAVIS LEVIN LIVINGSTON GRANDE, hereby submits her Pretrial Statement pursuant to Rule 16.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

**I.     PARTY**

      Plaintiff:    Lisa Romero
      Age:        34
      Occupation: National Director for Adolescence at Risk Program
                     Center for Disease Control, Atlanta, Georgia

2

## II.    JURISDICTION AND VENUE

This case was originally filed by Plaintiff in the First Circuit Court of the State of Hawaii and subsequently was removed to this Court at the request of Defendants Jeffrey and Linda Lowe.  Plaintiff has not objected to the removal. This Court has subject matter jurisdiction and venue over the claims set forth in this Complaint pursuant to 28 U.S.C. § 1332.   The act or omissions giving rise to Plaintiff's claims occurred in this district.

## III.   SUBSTANCE OF ACTION

This case arises from Plaintiff Lisa Romero's fall through an exposed, 3+-foot diameter opening surrounding a fire pole on the second floor of a rental home located in Kailua on Oahu's Windward side. Romero fell approximately 12 feet to the ground floor breaking her back. Romero suffered a L1 burst fracture, requiring major reconstructive surgery, plus lung and ankle injuries.  Her subsequent course has been characterized by intractable pain, limited mobility and acute discomfort compromising all aspects of her personal and professional life.  Plaintiff Romero now faces a lifetime of chronic pain and partial disability as a direct result of her fall through the fire pole hole.

Plaintiff originally filed claims against the owners and landlords of the rental home, Jeffrey and Linda Lowe, and against the five tenants of the property, Matthew Ray Severson, Brett Scheland, George Klaus, III, Benjamin Allen Wilder

and Mindy Wilder. Various cross claims were filed among the Defendants, and the Lowe Defendants filed a Third-Party Complaint against Steven J. Kott and Kott, Inc. The Kott Defendants prevailed on their motion for summary judgment, and have been dismissed from the case. Plaintiff has settled her claims against all of the tenants, and all of these settlements have been determined to have been entered in good faith pursuant to HRS 663-15.5. Accordingly, all of the cross claims, including claims for indemnification and contribution, have been dismissed. The only remaining claims in this case are Plaintiffs' affirmative claims against Defendants Jeffrey Lowe and Linda Lowe.

On or around April 8, 2001, Defendants Jeffrey and Linda Lowe, as Landlords (hereinafter "Landlords"), and Defendants Severson, Scheland, Benjamin Wilder, Mindy Wilder and Klaus, as Tenants (hereinafter "Tenants"), entered into a lease agreement for the rental of that certain residential property located at 111 Hauoli Place, Kailua, Oahu. The terms of the agreement provided for a three-year lease terminating on April 8, 2004.

The bedroom occupied by Defendant Severson at the 111 Hauoli Street location was on the second floor. This room had a pole of the type seen in fire stations running from the second story ceiling through a hole cut in the floor of the second story down to the floor of the first story living room. The hole in floor of the second story bedroom constituted an extreme hazard to visitors to the premises.

On or around December 31, 2002, Plaintiff Romero arrived in Honolulu for a vacation with her then boyfriend, Defendant Severson. She was picked up at the airport by Defendant Severson and driven to the residence at 111 Hauoli Street, where they had dinner then went to bed in the second floor bedroom.

Plaintiff Romero awakened in the middle of the night to use the bathroom. The room was dark, and as she walked around the bed to access the bathroom, she fell through the open fire pole hole to the ground floor below, resulting in a burst fracture to her L1 vertebrae and other injuries.

Plaintiff Romero was taken to Straub Hospital on New Year's Day. On January 4, 2003, she underwent a T12 - L1 laminectomy with rod implantation to repair the injury to her lower spine. She was discharged from Straub Hospital on January 9, 2003.

## IV.    UNDISPUTED FACTS

1.    Plaintiff Lisa Romero was a resident of the City of Berkeley, State of California at the time of her fall, but moved from California to the City of Atlanta, State of Georgia, during 2005.

2.    Defendants Jeffrey Lowe and Linda ("Lowe Defendants") are, and at all relevant times were, residents of the City & County of Honolulu, State of Hawaii, and at all relevant times were the registered owners of that certain residential property located at 111 Hauoli Street, Kailua, Oahu.

3.     The Lowe Defendants admit that the bedroom occupied by Defendant Severson at the 111 Hauoli Street location was on the second floor. This room had a pole of the type seen in fire stations running from the second story ceiling through a hole cut in the floor of the second story down to the floor of the first story living room.

4.     The Lowes included a "Fireman's Pole" Clause in the written lease specifically noting that the fireman's pole was "a unique and possibly hazardous architectural feature of the property," to be used by the tenants only at their own risk.

5.     The "Fireman's Pole" Clause in the lease was intended to protect the Lowes as landlords from liability in the event a tenant or a guest of a tenant was killed or injured by falling through the fire pole hole.

6.     The Lowe Defendants knew or should have known at the time they leased their property that the general danger associated with the fireman's pole and hole (even with the guard rail in place) was that someone would be seriously injured or killed by falling through the fire pole hole.

7.     The Lowe Defendants knew at the time they leased their property to the tenants that the fireman's pole was "not permitted," and that the fireman's pole and the hole surrounding the fireman's pole constituted a possible hazard, even with the guard rail in place.

## V.    DISPUTED FACTUAL ISSUES

All material facts other than those set forth in the preceding section appear to be in dispute.

## VI.    RELIEF PRAYED

Plaintiff seeks special damages for her economic loss, past medical expenses and future medical and life care expenses and general damages for Plaintiff's pain and suffering, emotional distress, loss of enjoyment of life, and permanent disability.

Plaintiff's approximations of past medical expenses, past and future economic loss, and future life care costs, adjusted to present value, are as follows:

| | |
|---|---|
| Past Medical Expenses | $ 103,102 |
| Past Economic Loss | $ 91, 503 |
| Future Economic Loss | $ 770,234 |
| Life Care Costs | $ 758,779 |
| Special Future Needs | $ 114,124 |
| TOTAL SPECIAL DAMAGES | $ 1,837,742 |

In addition, Plaintiff will submit claims for general damages.

## VII.  DISPUTED POINTS OF LAW

Plaintiff anticipates that there will be an issue of law regarding the interpretation of the Court's Order Granting in Part and Denying in Part the Lowe Defendants' Motion for Summary Judgment.

Plaintiff anticipates that there will be issues of law regarding the jury instructions, including issues concerning the form of the jury instructions regarding the duty owed by the Lowe Defendants and the foreseeability of the danger associated with the fire pole and hole.

Plaintiff anticipates that there will be an issue of law regarding the application of HRS section 663-31.

Plaintiff anticipates that there will be issues of law regarding the admissibility of evidence related to insurance coverage and settlement discussions.

## VIII.  PREVIOUS MOTIONS

Motions for summary judgment were filed by the following Defendants, including Third Party Defendants:

1.  Defendants Jeffrey Lowe and Linda Lowe's Motion for Summary Judgment, filed March 4, 2005;

2.    Defendant Mathew Ray Severson's Motion for Summary Judgment, filed March 23, 2005;

3.    Third Party Defendants Steven J. Kott and Kott, Inc.'s Motion for Summary judgment filed March 31, 2005; and

4.    Defendant George Klaus, III, and Brett Scheland's Motion for Summary Judgment filed May 11, 2005.

Defendants and Third-Party Defendants' motions were heard on June 13, 2005 before the Honorable Judge David Ezra.

Judge Ezra's *Order (1) Granting Third Party Defendants Steven J. Kott and Kott Inc.'s Motion for Summary judgment filed 3/31/05; Order (2) Granting in Part and Denying in Part Defendant Matthew Ray Severson's Motion for Summary Judgment filed 3/23/05; Order (3) Granting in Part and Denying in Part Defendants Jeffrey Lowe and Linda Lowe's Motion for Summary Judgment filed 3/7/05; Order (4) Granting in Part and Denying in Part Defendant George Klaus, III, and Brett Scheland's Motion for Summary Judgment filed 5/11/05* was filed on November 3, 2005.

## IX.  WITNESSES TO BE CALLED

Plaintiff's potential trial witnesses are set forth in the following list:

| WITNESS | DESCRIPTION OF AREAS OF KNOWLEDGE |
|---|---|
| Lisa Romero<br>c/o Davis Levin Livingston Grande<br>400 Davis Levin Livingston Grande Pl.<br>851 Fort Street<br>Honolulu, Hawaii  96813 | Plaintiff – has knowledge regarding issues of liability and damages |
| Jeffrey Lowe<br>c/o Randall Y.S. Chung, Esq.<br>Ward F.N. Fujimoto, Esq.<br>Suite 1400 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding issues of liability and damages |
| Linda Lowe<br>c/o Randall Y.S. Chung, Esq.<br>Ward F.N. Fujimoto, Esq.<br>Suite 1400 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding issues of liability and damages |
| Matthew Ray Severson<br>c/o Terrance M. Revere, Esq.<br>Jacqueline E. Thurston, Esq.<br>1000 Bishop Street, Suite 801<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding issues of liability and damages |
| Benjamin Allen Wilder<br>c/o Katharine M. Nohr, Esq.<br>Miyagi, Nohr & Myhre<br>1001 Bishop Street<br>Pauahi Tower, Suite 1200<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding issues of liability and damages |

| | |
|---|---|
| George Klaus, III<br>c/o Katharine M. Nohr, Esq.<br>Miyagi, Nohr & Myhre<br>1001 Bishop Street<br>Pauahi Tower, Suite 1200<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding<br>issues of liability and damages |
| Mindy Wilder<br>c/o Katharine M. Nohr, Esq.<br>Miyagi, Nohr & Myhre<br>1001 Bishop Street<br>Pauahi Tower, Suite 1200<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding<br>issues of liability and damages |
| Brett Scheland<br>c/o Katharine M. Nohr, Esq.<br>Miyagi, Nohr & Myhre<br>1001 Bishop Street<br>Pauahi Tower, Suite 1200<br>Honolulu, Hawaii  96813 | Defendant – has knowledge regarding<br>issues of liability and damages |
| Steven J. Kott<br>c/o J. Patrick Gallagher, Esq.<br>Joelle Segawa Kane, Esq.<br>LEAH M. REYES, ESQ<br>745 Fort Street, Suite 1550<br>Honolulu, Hawaii  96813 | Third-Party Defendant – has knowledge<br>regarding issues of liability |
| Robert S. Griswold, CRE, CPM, ARM<br>Griswold Real Estate Management<br>5703 Oberlin Drive, Suite 300<br>San Diego, CA  92121-1743 | Plaintiff's real estate and property<br>management expert - has knowledge<br>regarding issues of liability |
| David A. Knox,  RPA<br>Knox Hoversland Architects<br>850 Mililani Street<br>Honolulu, Hawaii  96813 | Plaintiff's architectural expert - has<br>knowledge regarding issues of liability |

Richard Gill, Ph.D.
2104 West Riverside
Spokane, WA  99201

Plaintiff's human factors expert - has
knowledge regarding issues of liability

Joanna Moss, Ph.D.
Consulting Economist
5 Montrose Road
Berkeley, CA 94707-2021

Plaintiff's economics expert - has
knowledge regarding issues of damages

Thomas P. Yankowski, M.S., C.V.E.
Center for Career Evaluations, Inc.
1330 Broadway, Suite 936
Oakland, CA  94612

Plaintiff's Vocational Rehabilitation
expert - has knowledge regarding issues
of damages

Glenda Evans-Shaw
Strategic Health Alliances
P.O. Box 506
Amador City, CA  95601

Plaintiff's expert in Life Care Planning -
has knowledge regarding issues of
damages

Vincent Ritson, M.D.
HEPA
P.O. Box 1266
Kailua, Hawaii  96734

ER physician seen by Plaintiff at Castle
Medical Center, has knowledge
regarding issues of liability and
damages

Todd P. Thompson, M.D.
Physicians Office Building II
1329 Lusitana Street
Honolulu, Hawaii  96813

Initial Neurosurgeon seen by Plaintiff,
has knowledge regarding issues of
liability and damages

Elizabeth Hedelman, M.D.
University Health Services
Tang Center, 2222 Bancroft Way
Berkeley, CA  94720

Plaintiff's Primary Care Physician, has
knowledge regarding issues of damages

Robert Fink, M.D.
2500 Milvia Street
Berkeley, CA  94704

Treating physician, has knowledge
regarding issues of damages

| | |
|---|---|
| Michael Sheinberg, M.D.<br>East Bay Neurosurgical Group<br>3000 Colby #101<br>Berkeley, CA  94705 | Treating physician, has knowledge<br>regarding issues of damages |
| John Zovickian, M.D.<br>Kaiser Permanente<br>Oakland, CA  94612 | Treating physician, has knowledge<br>regarding issues of damages |
| Jeffrey Randall, M.D.<br>Pacific Brain & Spine<br>20055 Lake Chabot Road, Suite 110<br>Castro Valley, CA  94546 | Treating physician, has knowledge<br>regarding issues of damages |
| Gordon Tang, M.D.<br>Pacific Brain & Spine<br>20055 Lake Chabot Road, Suite 110<br>Castro Valley, CA  94546 | Treating physician, has knowledge<br>regarding issues of damages |
| Kulveen Sachdeva, M.D.<br>5401 Norris Canyon Road, Suite 110<br>Sam Ramon, CA  94583 | Treating physician, has knowledge<br>regarding issues of damages |
| Patricia Baumann, M.D.<br>Center for Pain Medicine<br>550 Peachtree Street, NE<br>Atlanta, GA  30308 | Plaintiff's current treating physician, has<br>knowledge regarding issues of damages |
| Deirdre McLoughlin, MSPT<br>UC Berkeley Tang Center<br>2222 Bancroft Way, #4300<br>Berkeley, CA  94720 | Physical Therapist, has knowledge<br>regarding issues of damages |
| Christina Leavitt<br>Grand Lake Health Center<br>3540 Grand Avenue<br>Oakland CA | Massage Therapist, has knowledge<br>regarding issues of damages |

Heather Rudkin, CMT
38 Mosswood Road
Berkeley, CA 94704

Massage Therapist, has knowledge
regarding issues of damages

Rebecca D'Amour
Synergy Fitness
1124 Solano Avenue
Albany, CA 94706

Pilates Specialist recommended by Dr.
Randall for personal training and
rehabilitation, has knowledge regarding
issues of damages

Peggy Grover, NMT, LMT
Grover Massage Center
1750 Century Circle, Suite 20
Atlanta, GA 30345

Massage Therapist, has knowledge
regarding issues of damages

Ilene Dillon, MFT, LCSW
P.O. Box 696
Fairfax, CA 94978

Psychotherapist, has knowledge
regarding issues of damages

Marianne Hafer, L.Ac., DOM
Calle Cinco Plaza
1500 5th Street, Suite 13
Santa Fe, NM 87505

Acupuncturist, has knowledge regarding
issues of damages

Elizabeth Padron Vos
Acupuncture and Herbal Medicine
2006 Dwight Way, Suite 204
Berkeley, CA 94704

Acupuncturist, has knowledge regarding
issues of damages

Meredith Minkler, DrPH
Professor, Head of DrPH Program
University of California, Berkeley
School of Public Heath
316 Warren Hall, #7360
Berkeley, CA 94720

Professor and Graduate Advisor, knew
Plaintiff both pre and post accident, has
knowledge regarding issues of damages

| | |
|---|---|
| Linda Neuhauser, DrPH<br>Clinical Professor<br>Director of Center for Community<br>Wellness<br>University of California, Berkeley<br>School of Public Health<br>140 Warren Hall MC 7360<br>Berkeley, CA 94720 | Co-facilitator for the DrPH Leadership<br>Seminar, knew Plaintiff both pre and<br>post accident, has knowledge regarding<br>issues of damages |
| Cheri Pies, DrPH<br>University of California, Berkeley<br>Director of California Health Services,<br>Maternal and Child Health, Contra<br>Costa County | Adjunct Professor, has knowledge<br>regarding issues of damages |
| Claire Brindis, DrPH<br>Director of the Center for Reproductive<br>Health Policy and Research<br>University of California, San Francisco | Professor, has knowledge regarding<br>issues of damages |
| Nina Wallerstein, DrPH<br>Head of the MPH Program<br>University of New Mexico | Professor, has knowledge regarding<br>issues of damages |
| Vicky Breckwich Vasquez, MPH<br>5325 Miles Avenue<br>Oakland, CA 94618 | Fellow DrPh Candidate and friend of<br>Plaintiff before and after the accident,<br>has knowledge regarding issues of<br>damages |
| Heather Kuiper, MPH<br>Berkeley, CA 94720 | DrPh Student and friend of Plaintiff<br>before and after the accident, has<br>knowledge regarding issues of damages |
| Saleena Gupte, MPH<br>Berkeley, CA 94720 | Fellow DrPh Candidate and friend of<br>Plaintiff before and after the accident,<br>has knowledge regarding issues of<br>damages |

Kirsten Quigley Siemering, MPH
Berkeley, CA  94720

Fellow DrPh Candidate and friend of Plaintiff before and after the accident, has knowledge regarding issues of damages

Sallie Yosida, MPH
Berkeley, CA  94720

Fellow DrPh Candidate and friend of Plaintiff before and after the accident, has knowledge regarding issues of damages

Donna Odierna, MS
Berkeley, CA  94720

Friend of Plaintiff before and after the accident, has knowledge regarding issues of damages

Alice Romero
2088 Paseo Primero
Santa Fe, NM  87501

Mother of Plaintiff, has knowledge regarding issues of damages

Gilbert Romero
2143 Camino De Vida
Santa Fe, NM  87501

Father of Plaintiff, has knowledge regarding issues of damages

Sharie Sierra
3431 Pinnacle View Drive
Las Cruces, NM  88011

Sister of Plaintiff, has knowledge regarding issues of damages

Eva Falletta
3693 E. San Remo Avenue
Gilbert, AZ  85234

Sister of Plaintiff, has knowledge regarding issues of damages

Angela Costanzo
CNE FPAG
PSC 817 Box 35
FPO, AE  09622

Close friend of Plaintiff both before and after the accident, has knowledge regarding issues of damages

Lara Franklin
909 Maracel Loop
Crest View, FL  32536

Close friend of Plaintiff both before and after the accident, has knowledge regarding issues of damages

Debbie Hussey
4216 Comanche NE
Albuquerque, NM  87110

Close friend of Plaintiff both before and
after the accident, has knowledge
regarding issues of damages

Custodian of Records and/or Billings
Representative of
HEPA
P.O. Box 1266
Kailua, Hawaii  96734

Will authenticate Plaintiff's medical
records and/or billings

Custodian of Records and/or Billings
Representative of
Straub Clinic & Hospital
888 S. King Street
Honolulu, Hawaii  96813

Will authenticate Plaintiff's medical
records and/or billings

Custodian of Records and/or Billings
Representative of
Todd P. Thompson, M.D.
Physicians Office Building II
1329 Lusitana Street
Honolulu, Hawaii  96813

Will authenticate Plaintiff's medical
records and/or billings

Custodian of Records and/or Billings
Representative of
Elizabeth Hedelman, M.D.
University Health Services
Tang Center, 2222 Bancroft Way
Berkeley, CA  94720

Will authenticate Plaintiff's medical
records and/or billings

Custodian of Records and/or Billings
Representative of
Robert Fink, M.D.
2500 Milvia Street
Berkeley, CA  94704

Will authenticate Plaintiff's medical
records and/or billings

| | |
|---|---|
| Custodian of Records and/or Billings Representative of Michael Sheinberg, M.D. East Bay Neurosurgical Group 3000 Colby #101 Berkeley, CA 94705 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of John Zovickian, M.D. East Bay Neurosurgical Group 3000 Colby #101 Berkeley, CA 94705 and/or Kaiser Permanente Oakland, CA 94612 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Jeffrey Randall, M.D. Pacific Brain & Spine 20055 Lake Chabot Road, Suite 110 Castro Valley, CA 94546 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Gordon Tang, M.D. Pacific Brain & Spine 20055 Lake Chabot Road, Suite 110 Castro Valley, CA 94546 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Kulveen Sachdeva, M.D. 5401 Norris Canyon Road, Suite 110 Sam Ramon, CA 94583 | Will authenticate Plaintiff's medical records and/or billings |

| | |
|---|---|
| Custodian of Records and/or Billings Representative of Patricia Baumann, M.D. Center for Pain Medicine 550 Peachtree Street, NE Atlanta, GA  30308 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Deirdre McLoughlin, MSPT UC Berkeley Tang Center 2222 Bancroft Way, #4300 Berkeley, CA  94720 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Christina Leavitt Grand Lake Health Center 3540 Grand Avenue Oakland CA | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Heather Rudkin, CMT 38 Mosswood Road Berkeley, CA  94704 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Synergy Fitness Rebecca D'Amour 1124 Solano Avenue Albany, CA  94706 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Peggy Grover, NMT, LMT Grover Massage Center 1750 Century Circle, Suite 20 Atlanta, GA  30345 | Will authenticate Plaintiff's medical records and/or billings |

| | |
|---|---|
| Custodian of Records and/or Billings Representative of Ilene Dillon, MFT, LCSW P.O. Box 696 Fairfax, CA 94978 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Marianne Hafer, L.Ac., DOM Calle Cinco Plaza 1500 5th Street, Suite 13 Santa Fe, NM 87505 | Will authenticate Plaintiff's medical records and/or billings |
| Custodian of Records and/or Billings Representative of Elizabeth Padron Vos Acupuncture and Herbal Medicine 2006 Dwight Way, Suite 204 Berkeley, CA 94704 | Will authenticate Plaintiff's medical records and/or billings |

Rebuttal Witnesses as necessary

## X.   **EXHIBITS, SCHEDULES AND SUMMARIES**

At this time, Plaintiffs anticipate introducing the following exhibits at trial:

1.    Department of Planning and Permitting data on TMK # 1-4-3-27-30, 111 Hauoli Street, Kailua

2.    Building Permit Application Permit No. 395937, with Blueprints

3.    Residential Lease Agreement executed by the Lowe Defendants as Landlord and Defendants Matthew Ray Severson, Benjamin Wilder, Mindy Wilder and George H. Klaus, III, as Tenants of 111 Hauoli Street, dated in April, 2001

4.    Real Property Disclosure Statement of Sellers Steve Kott Trust and Ruth Kott Trust, dated January 23, 2001

5.   Warranty Deed, dated March 5, 2001, executed by Steven J. Kott and Ruth E. Kott

6.   Michie's Hawaii Revised Statutes Annotated, Chapter 521, Residential Landlord-Tenant Code

7.   Jeffrey Lowe Recorded Statement

8.   Benjamin Wilder Recorded Statement, taken on May 30, 2003

9.   Mindy Wilder Recorded Statement, taken on April 3,[year not listed]

10.  Matthew Ray Severson Recorded Statement, taken on February 7, 2003

11.  Matthew Ray Severson Recorded Statement, taken on March 21, 2003

12.  George Henry Klaus, III Recorded Statement, taken on August 1, 2003

13.  Summary dated August 30, 2003 of the Brett Scheland Recorded Statement

14.  Declaration of Lisa Romero

15.  Resume of Lisa Romero

16.  Declaration of Alice Romero

17.  Declaration of Ilene L. Dillon, dated May 23, 2005

18.  Photograph authenticated by J. Lowe

19.  Enlargement of Photograph authenticated by J. Lowe

20.  Assorted Photographs and Enlargements

21.  Photographic Enlargement of x-rays (4)

22.  Defendant Brett Scheland's First Amended Answer to Complaint filed April 6, 2004

23.   Defendant George Klaus, III's Answer to Complaint filed April 6, 2004

24.   Defendants Jeffrey Lowe and Linda Lowe's Answer to Complaint filed April 6, 2004

25.   Oral Deposition Transcript of Lisa Romero, Volume 1, taken on 1/10/05, including exhibits

26.   Oral Deposition Transcript of Lisa Romero, Volume 2, taken on 1/10/05, including exhibits

27.   Oral Deposition Transcript of Matthew Severson, taken on 04/12/05, including exhibits

28.   Oral Deposition Transcript of George Klaus, III, taken on 04/14/05, including exhibits

29.   Oral Deposition Transcript of Linda Lowe, taken on 04/18/05, including exhibits

30.   Oral Deposition Transcript of Brett Scheland, taken on 04/18/05, including exhibits

31.   Oral Deposition Transcript of Mindy Hebert, taken on 04/19/05, including exhibits

32.   Oral Deposition Transcript of Benjamin Wilder, taken on 04/19/05, including exhibits

33.   Oral Deposition Transcript of Jeffrey Lowe, taken on 04/21/05, including exhibits

34.   Oral Deposition Transcript of Stephanie O'Malley, taken on 04/26/05, including exhibits

35.   Oral Deposition Transcript of Sybil Klaus, taken on 04/26/05, including exhibits

36.   Oral Deposition Transcript of Mindy Hebert, taken on 05/04/05, including exhibits

37.   Oral Deposition Transcript of Benjamin Wilder, taken on 05/04/05, including exhibits

38.   Oral Deposition Transcript of Robert Fink, M.D., taken on 01/09/06, including exhibits

39.   Oral Deposition Transcript of Joanna Moss, taken on 01/09/06, including exhibits

40.   Oral Deposition Transcript of Victoria Vasquez, taken on behalf of the Lowe Defendants on 01/10/06, including exhibits

41.   Transcript of the Videotaped Preservation of Trial Testimony of Victoria Vasquez, taken on behalf of Plaintiff on 01/10/06

42.   Videotape of the Preservation of Trial Testimony of Victoria Vasquez, taken on behalf of Plaintiff on 01/10/06

43.   Oral Deposition Transcript of Meredith Minkler, taken on 01/10/06, including exhibits

44.   Oral Deposition Transcript of Kulveen Sachdeva, M.D., taken on 01/11/06, including exhibits

45.   Oral Deposition Transcript of Glenda Evans-Shaw, taken on 01/11/06, including exhibits

46.   Oral Deposition Transcript of Thomas Yankowski, taken on 01/12/06, including exhibits

47.   Oral Deposition Transcript of Ilene Dillon, taken on 01/12/06, including exhibits

48.   Oral Deposition Transcript of Angela Costanza, taken on 01/23/06, including exhibits

49.   Oral Deposition Transcript of Sharie Sierra, taken on 01/25/06, including exhibits

50.   Oral Deposition Transcript of Alice Romero, taken on 01/26/06, including exhibits

51.  Oral Deposition Transcript of Gilbert Romero, taken on 01/26/06, including exhibits

52.  Oral Deposition Transcript of Richard Gill, taken on 01/27/06, including exhibits

53.  Oral Deposition Transcript of Richard Griswold, taken on 01/27/06, including exhibits

54.  Subpoenaed Records, HEPA

55.  Subpoenaed Records, Castle Medical Center

56.  Subpoenaed Records, Straub, including diagnostic imaging, ultrasounds, x-rays and MRIs

57.  Subpoenaed Records, Kulveen Sachdeva, M.D.

58.  Subpoenaed Records, Marianne Hafer, L.Ac

59.  Subpoenaed Records, Ilene Dillon, MSW

60.  Subpoenaed Records, Pacific Brain and Spine

61.  Subpoenaed Records, UC Berkeley

62.  Subpoenaed Records, University Health Services, Berkeley

63.  Subpoenaed Records, Grand Lake Health Center

64.  Subpoenaed Records, Old Republic Title, Vol 1 of 2

65.  Subpoenaed Records, Old Republic Title, Vol 2 of 2

66.  Subpoenaed Records, East Bay Neurological Group

67.  Subpoenaed Records, University of New Mexico

68.  Subpoenaed Records, University Health Services, Berkeley

69.  Subpoenaed Records, Robert Fink, M.D.

70.  Expert Report prepared by Richard Gill, Ph.D., dated March 20, 2005

71.    Supplemental Expert Report prepared by Richard Gill, Ph.D., dated May 23, 2005

72.    Declaration of Richard Gill, dated May 23, 2005

73.    Curriculum Vitae of Richard Gill, Ph.D.

74.    History of Expert Testimony of Richard Gill, Ph.D.

75.    Fee Schedule of Richard Gill, Ph.D.

76.    Expert Report prepared by Richard Griswold, dated May 23, 2005

77.    Declaration of Richard Griswold, dated May 23, 2005

78.    Curriculum Vitae of Richard Griswold

79.    History of Expert Testimony of Richard Griswold

80.    Fee Schedule of Richard Griswold

81.    Expert Report prepared by David Knox

82.    Curriculum Vitae of David Knox

83.    History of Expert Testimony of David Knox

84.    Fee Schedule of David Knox

85.    Expert Report prepared by Joanna Moss, Ph.D.

86.    Supplemental Expert Report prepared by Joanna Moss, Ph.D.

87.    Curriculum Vitae of Joanna Moss, Ph.D.

88.    History of Expert Testimony of Joanna Moss, Ph.D.

89.    Fee Schedule of Joanna Moss, Ph.D.

90.    Expert Report prepared by Thomas Yankowski

91.    Supplemental Expert Report prepared by Thomas Yankowski

92.    Curriculum Vitae of Thomas Yankowski

93.    History of Expert Testimony of Thomas Yankowski

94.    Fee Schedule of Thomas Yankowski

95.    Expert Report prepared by Glenda Evans-Shaw

96.    Curriculum Vitae of Glenda Evans-Shaw

97.    History of Expert Testimony of Glenda Evans-Shaw

98.    Fee Schedule of Glenda Evans-Shaw

99.    Medical Receipts, Including Prescription and Special Needs Receipts, of Lisa Romero

100.    Medical records of Lisa Romero

101.    Defendant Matthew Ray Severson's Cross-Claim Against Defendants Jeffrey and Linda Lowe, filed April 30, 2004

102.    Defendants Jeffrey Lowe and Linda Lowe's Cross-Claim against Matthew Ray Severson, Brett Scheland, George Klaus, III, John Does, filed May 4, 2004

103.    Defendant George Klaus III's Cross-Claim against Defendants Jeffrey and Linda Lowe, filed May 11, 2004

104.    Defendant Benjamin Allen Wilder's Cross-Claim against Defendants Jeffrey and Linda Lowe, filed May 11, 2004

105.    Defendants Jeffrey Lowe and Linda Lowe's Third-Party Complaint Against Steven J. Kott and Kott, Inc; Third Party Summons in a Civil Action; Certificate of Service, filed May 14, 2006

106.    Defendant Mindy Wilder's Cross-Claim Against Defendants Jeffrey Lowe and Linda Lowe, filed August 16, 2004

107.    Defendant and Third Party Plaintiff Jeffrey Lowe's Response to Plaintiff's First Request for Answers to Interrogatories to Defendant and Third Party Plaintiff Jeffrey Lowe, dated March 3, 2005

108.    Defendant and Third Party Plaintiff Linda Lowe's Response to Plaintiff's First Request for Answers to Interrogatories to Defendant

and Third Party Plaintiff Linda Lowe, dated March 3, 2005

109.    Defendant Matthew Ray Severson's Response to Plaintiff's First Request for Answers to Interrogatories, dated March 3, 2005

110.    Defendant George Klaus' Response to Plaintiff's First Request for Answers to Interrogatories, dated March 3, 2005

111.    Defendant Brett Scheland's Response to Plaintiff's First Request for Answers to Interrogatories, dated March 3, 2005

112.    George Klaus' Response to Plaintiff's First Request for Answers to Interrogatories dated March 3, 2005

113.    Plaintiff's Response to Deft Matthew Ray Severson's First Request for Answers to Interrogatories to Plaintiff Lisa Romero, dated 5/11/05

114.    Chart: Lost Earnings

115.    Chart: Medical Expenses


## XI.    **FURTHER DISCOVERY OR MOTIONS**

The deadlines for filing both dispositive and non-dispositive motions have passed, and there are no motions pending. By stipulation by the parties, the discovery cutoff for agreed depositions has been extended to February 3, 2006. All expert reports have been exchanged.

## XII.  STIPULATIONS

The Parties have stipulated to extend the deadlines for their expert disclosures. However, all of these modified deadlines have now passed.

It is anticipated that the parties also will stipulate to the authenticity of most of the exhibits listed above.

## XIII.  AMENDMENTS, DISMISSALS

Plaintiff has dismissed all claims against Defendants Benjamin Allen Wilder and Mindy Wilder.  Plaintiff has agreed to dismiss all claims against Defendants Matthew Ray Severson, Brett Scheland, and George Klaus, III.  By Order of Judge Ezra filed November 3, 2005, all claims against Third Party Defendants Steven J. Kott and Kott, Inc. made by the Lowe Defendants have been dismissed by summary judgment.  No claims remain against Third Party Defendants Steven J. Kott and Kott, Inc.  The only remaining claims in this case are against Defendants Jeffrey Lowe and Linda Lowe.

## XIV.  SETTLEMENT DISCUSSION

Pursuant to Court order, a formal mediation was held in February, 2005, with Keith Hunter of Dispute Prevention Resolution serving as mediator. Subsequently, settlement conferences were held before the Honorable Magistrate

Judge Barry Kurren on March 31, 2005, September 26, 2005, November 15, 2005, and January 20, 2006, with settlement discussions continuing through Keith Hunter. With the exception of the Lowe Defendants, Plaintiff's claims have been settled. The Lowe Defendants' $25,000 Offer of Judgment was filed with this Court on January 19, 2006. Although Plaintiff has been and continues to be flexible in her settlement position, she has rejected the Lowe Defendants' Offer of Judgment. Settlement appears highly unlikely.

## XV.   AGREED STATEMENT

It is unlikely that the parties will be able to agree on a statement of the case, in whole or in part.

## XVI.  BIFURCATION, SEPARATE TRIAL OF ISSUES

Bifurcation or separate trial of issues is neither feasible nor desired.

## XVII.  REFERENCE TO MASTER OR MAGISTRATE JUDGE

Although reference to a Magistrate Judge does not appear to be necessary in light of Judge Ezra's calendar, Plaintiff does not oppose this option should circumstances change.

## XVIII.  APPOINTMENT AND LIMITATION OF EXPERTS

Appointment by the Court of an independent expert is neither feasible nor desired.

## XIX.  TRIAL

Trial is scheduled to begin on February 28, 2006. Plaintiff is ready to go forward with the trial as scheduled.

## XX.  ESTIMATE OF TRIAL TIME

Plaintiff anticipates that her case in chief will require five court days.

## XXI.  CLAIMS OF PRIVILEGE OR WORK PRODUCT

Plaintiff's personal journals have been provided to Defendants in redacted form to protect attorney client privilege.

## XXII.  MISCELLANEOUS

None.

DATED: Honolulu, Hawaii, January 31, 2006.

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs