IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiffs,<br><br> vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>    Defendants. | **CV04-00285 DAE-BMK**<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |
| JEFFREY LOWE AND LINDA LOWE,<br><br>    Third-Party Plaintiffs,<br><br> vs.<br><br>**STEVEN J. KOTT AND KOTT, INC.**<br><br>    Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

  Attorneys for Defendants
  Jeffrey Lowe and Linda Lowe

TERRANCE M. REVERE, ESQ.
JACQUELINE E. THURSTON, ESQ.
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

  Attorneys for Defendant
  Matthew Ray Severson

KATHARINE M. NOHR, ESQ.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

  Attorney for Defendants
  Benjamin Allen Wilder, George Klaus, III,
  Mindy Wilder and Brett Scheland

J. PATRICK GALLAGHER, ESQ.
JOELLE SEGAWA KANE, ESQ.
LEAH M. REYES, ESQ
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

  Attorneys for Third-Party Defendants
  Steven J. Kott and Kott, Inc.

DATED:   Honolulu, Hawaii, January 31, 2006.

                                    MICHAEL K. LIVINGSTON
                                    MARK S. DAVIS
                                    Attorneys for Plaintiff