# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00285DAE-BMK

CASE NAME:        Lisa Romero v. Jeffrey Lowe, et al.

ATTYS FOR PLA:    Michael K. Livingston

ATTYS FOR DEFT:   Ward F.N. Fujimoto

INTERPRETER:

---

JUDGE:   Barry M. Kurren        REPORTER:   C6 no record

DATE:    2/7/2006                TIME:       9:05 - 9:27

---

COURT ACTION:  EP: Final Pretrial Conference held.
10 day trial.

Mr. Livingston and Mr. Fujimoto need not served settled parties with documents.


Submitted by Richlyn Young, Courtroom Manager