# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII  

2/9/2006  4:30 pm  

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00285DAE-BMK

CASE NAME:       Lisa Romero v. Jeffrey Lowe; Linda Lowe

ATTYS FOR PLA:   Michael Livingston

ATTYS FOR DEFT:  Ward Fujimoto

INTERPRETER:

---

JUDGE:   David Alan Ezra          REPORTER:

DATE:    2/9/2006                  TIME:    9:45am-10:15am

---

COURT ACTION:  EO: Status Conference.

Status Conference held.

Counsel agreed to start jury selection on 2/24/2006 @900amDAE.

Motions in Limine due: 2/13/2006  
Oppositions due: 2/17/2006

Further settlement conference set for 2/16/2006 @10amDAE.

Mr. Livingston allowed to have Ms. Costanzo and plaintiff's mother testify via video conferencing.

Submitted by:  Theresa Lam, Courtroom Manager