ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at 9 o'clock and __ min __ M
SUE BEITIA, CLERK

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE         5857-0
JACQUELINE E. THURSTON     7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email: terry@myrhawaii.com

Attorneys for Defendant
MATTHEW RAY SEVERSON

LODGED

FEB 0 7 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; ET AL.;<br><br>    Defendants. | Civil No. CV04-00285 JMS BMK<br><br>ORDER GRANTING DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED JANUARY 13, 2006 |
| JEFFREY LOWE and LINDA LOWE,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.,<br><br>    Third-Party Defendants. | **HEARING:**<br>Date:    January 18, 2006<br>Time:    3:00 p.m.<br>Judge:    Honorable Barry M. Kurren<br><br>Trial Date: February 28, 2006 |

Order Granting Motion for Determination of Good Faith Settlement.doc (50-420)

# ORDER GRANTING DEFENDANT MATTHEW RAY SEVERSON'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED JANUARY 13, 2006

Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement filed January 13, 2006; said motion having come on for hearing before the Honorable Barry M. Kurren in his courtroom on January 18, 2006, at 3:00 p.m.; Plaintiff Lisa Romero being represented by Michael Livingston, Esq., Defendants George Klaus, III, and Brett Scheland being represented by Katharine M. Nohr, Esq., Defendants Jeffrey Lowe and Linda Lowe being represented by Ward F.N. Fujimoto, Esq., and Defendant Matthew Ray Severson being represented by Jacqueline E. Thurston, Esq.; the Court having reviewed the motion and memoranda submitted by the parties, and after having heard and considered the argument of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion is GRANTED.

DATED: Honolulu, Hawaii, 2·8·2006

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
MICHAEL LIVINGSTON
Attorney for Plaintiff
LISA ROMERO

_____
WARD F.N. FUJIMOTO
Attorney for Defendants
JEFFREY LOWE and LINDA LOWE

_____
KATHARINE M. NOHR
Attorney for Defendants
GEORGE KLAUS, III and BRET SCHELAND

---

*Romero v. Lowe, et al.;* Civil No. CV04-00285 DAE BMK; Order Granting Defendant Matthew Ray Severson's Motion for Determination of Good Faith Settlement Filed January 13, 2006