COPY                                                1

1                 IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF HAWAII

3

4    LISA ROMERO                    ) CIVIL NO. CV04-00285 DAE KSC
                                    )
5              Plaintiff,           )
                                    )
6         vs.                       )
                                    )
7    JEFFREY LOWE, LINDA LOWE,      )
     MATTHEW RAY SEVERSON, BRETT    )
8    SCHELAND; BENJAMIN ALLEN       )
     WILDER, MINDY WILDER, GEORGE   )
9    KLAUS, III,  et al.,           )
                                    )
10             Defendants.          )
     _____)
11                                  )
     JEFFREY LOWE and LINDA LOWE,   ) VOLUME I
12                                  ) PAGES 1 THROUGH 190
               Third-Party         )
13             Plaintiffs,          )
                                    )
14        vs.                       )
                                    )
15   STEVEN J. KOTT and KOTT, INC.,)
                                    )
16             Third-Party          )
               Defendants.          )
17   _____)

18

19            DEPOSITION OF LISA ROMERO

20   Taken on behalf of Defendants and Third-Party Plaintiffs
     Jeffrey Lowe and Linda Lowe, at the law offices of Davis
21   Levin Livingston Grande, 400 Davis Levin Livingston Grande
     Place, 851 Fort Street, Honolulu, Hawaii 96813, commencing
22   at 10:10 a.m., on Monday, January 10, 2005, pursuant to
     Notice.

23

24   BEFORE:

25        Donna Kohls, CSR 146
          Notary Public, State of Hawaii

              CARNAZZO COURT-REPORTING CO., LTD.
                         532-0222

                         EXHIBIT A

54

1  A    I think it's obvious that this is something

2  significant, so I noted that.  I think it's significant to

3  me.

4  Q    In other words, it's significant to you whether or

5  not the gate was there as opposed to the gate wasn't

6  there?

7  A    No, that is not what I'm saying.  This is

8  significant-- you are talking about what I have in

9  parenthesis?

10  Q    Yes.

11  A    This is significant-- obviously I wrote this after

12  the injury.  This is significant to me because it was at

13  this trip that Matt Severson bought the desk that later

14  was the cause of him to remove the safety rail, and that

15  is significant to me.

16  Q    Why is it significant to you?

17  A    It's significant to me because had he not removed

18  that safety rail, I feel we wouldn't be here today.

19  Q    In other words, you would not have fallen through the

20  hole?

21  A    Yes.

22  Q    Any other reason?

23  A    No.

24  Q    To your knowledge, were the Lowes aware that you

25  would be on the property during this trip?

76

1   Q   (By Mr. Fujimoto)  To the best of your recollection,

2   what time did you go to sleep that night?

3   A   To the best of my recollection, it was after 1:00

4   a.m.

5   Q   So you had sexual relations for approximately an

6   hour?

7   A   Yes.

8   Q   What happened next?

9   A   Rephrase that question.  I don't know exactly what

10  you are asking.

11  Q   Did you go to sleep at about 1:00 o'clock in the

12  morning?

13  A   Yes.

14  Q   Did you wake up at any time after going to sleep at

15  about 1:00 o'clock?

16  A   I woke up to go to the restroom, yes.

17  Q   What time was that, to the best of your estimation?

18  A   Again, this is an approximate and this is a guess,

19  but it is an estimate.  I'm assuming it was around 3:00

20  a.m.

21  Q   Why did you wake up at about 3:00 o'clock a.m.?

22  A   To go to the restroom.

23  Q   Did you at any time use the restroom after you had

24  sexual relations but before falling asleep at about 1:00

25  o'clock?

1    disoriented when you woke up because you were on the

2    opposite side of the bed than you normally sleep on?

3    A    What do you mean by disoriented?

4    Q    Do you feel that you were disoriented because you

5    were on a different side of the bed than you normally

6    sleep on when going to the restroom?

7            MR. LIVINGSTON:   Calling for speculation

8            THE WITNESS:   No, I didn't feel disoriented.   I

9    don't recall what I felt when I woke up in the middle of

10   the night to go to the restroom.   I don't recall thinking

11   I'm disoriented or anything like that.

12   Q    (By Mr. Fujimoto)   Do you have any explanation as to

13   why you fell in the hole as opposed to going to the

14   restroom?

15   A    Ask that again.

16   Q    Do you have any explanation in your mind as to why

17   you fell in the hole as opposed to going to the restroom,

18   because you had planned to go to the restroom?

19   A    Obviously I walked in a different direction than the

20   restroom.   I didn't make it to the restroom.   I fell

21   through the hole.

22   Q    And your testimony is that you walked in a different

23   direction than it would have taken you to get to the

24   restroom, correct?

25   A    From the left side of the bed, yes.

189

1    I, LISA ROMERO, do hereby certify that I have read

2    the foregoing typewritten pages 1 through 188, inclusive,

3    and corrections, if any, were noted by me; and that same

4    is now a true and correct transcript of my testimony.

5

6    Dated _Jun. 31, 2005_

7

8

9    _____

10

11

12

13    Signed before me this _31_

14    day of _Jan._ , 200_5_

15

16

17

18

19

20

21

22

23

24

25