COPY

191

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO )<br>  )<br>    Plaintiff, )<br>  )<br>  vs. )<br>  )<br>JEFFREY LOWE, LINDA LOWE, )<br>MATTHEW RAY SEVERSON, BRETT )<br>SCHELAND; BENJAMIN ALLEN )<br>WILDER, MINDY WILDER, GEORGE )<br>KLAUS, III, et al., )<br>  )<br>    Defendants. )<br>_____ )<br>  )<br>JEFFREY LOWE and LINDA LOWE, )<br>  )<br>    Third-Party )<br>    Plaintiffs, )<br>  )<br>  vs. )<br>  )<br>STEVEN J. KOTT and KOTT, INC.,)<br>  )<br>    Third-Party )<br>    Defendants. )<br>_____ ) | CIVIL NO. CV04-00285 DAE KSC<br><br><br><br><br><br><br><br><br><br><br><br><br><br>VOLUME II<br>PAGES 191 THROUGH 303 |

DEPOSITION OF LISA ROMERO

Taken on behalf of Defendants and Third-Party Plaintiffs Jeffrey Lowe and Linda Lowe, at the law offices of Davis Levin Livingston Grande, 400 Davis Levin Livingston Grande Place, 851 Fort Street, Honolulu, Hawaii 96813, commencing at 8:20 a.m., on Tuesday, January 11, 2005, pursuant to Notice.

BEFORE:

    Donna Kohls, CSR 146
    Notary Public, State of Hawaii

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

EXHIBIT B

1  remember exactly whether if was in your letter or a
2  journal or in a medical record, specifically the treatment
3  with Dillon, Ilene Dillon, you said that on the New Years
4  Eve, you needed to go to the bathroom and you went the
5  wrong way. You say you went to wrong way. Do you recall
6  using that term, the wrong way?
7  A    Yes. I went-- I obviously didn't make it to the
8  bathroom. I went the wrong way. I went toward the fire
9  pole. I didn't go towards the bathroom.
10 Q    We may all have an understanding of where the
11 bathroom is because we have looked at these pictures. But
12 to clarify the record, this is Exhibit 8. And in the
13 lower picture, on the right-hand side of the picture, is
14 that the door into the bathroom, if you can recall?
15 A    Are you talking about-- I'm sorry.
16 Q    Is there two doors in that picture?
17 A    Yes. That is the closet door there. This is the
18 bathroom door.
19 Q    You have pointed to the door on the right-hand side
20 when facing the desk, correct?
21 A    Yes.
22 Q    So the door to the bathroom was to the right of the
23 fire pole after the desk, correct? There is a fire pole
24 in the left-hand corner of the room?
25 A    Yes.

302

1    I, LISA ROMERO, do hereby certify that I have read
2  the foregoing typewritten pages 191 through 301,
3  inclusive, and corrections, if any, were noted by me; and
4  that same is now a true and correct transcript of my
5  testimony.

7  Dated  02/01/05

10  [signature]

14  Signed before me this 1st
15  day of Feb., 2005.