IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO DEFECTS IN SPIRAL STAIRCASE; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 2 TO PRECLUDE REFERENCE TO DEFECTS IN SPIRAL STAIRCASE; AFFIDAVIT OF WARD F.N. FUJIMOTO; EXHIBITS

"A" – "B"; was duly served on the following attorneys by hand delivery on February 13, 2006.

>MICHAEL K. LIVINGSTON, ESQ.
>MARK S. DAVIS, ESQ.
>Davis Levin Livingston Grande
>851 Fort Street, Suite 400
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiff
>LISA ROMERO

DATED: HONOLULU, HAWAII,  February 13, 2006

>RANDALL Y.S. CHUNG
>WARD F.N. FUJIMOTO
>Attorneys for Defendants
>and Third-Party Plaintiffs
>JEFFREY LOWE and LINDA LOWE

2