IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 3 TO PRECLUDE REFERENCE TO OUTDOOR SPA; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 3 TO PRECLUDE REFERENCE TO OUTDOOR SPA; AFFIDAVIT OF WARD

F.N. FUJIMOTO; EXHIBITS "A" – "B"; was duly served on the following attorneys by hand delivery on February 13, 2006.

    MICHAEL K. LIVINGSTON, ESQ.
    MARK S. DAVIS, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street, Suite 400
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
    LISA ROMERO

DATED: HONOLULU, HAWAII, February 13, 2006

    RANDALL Y.S. CHUNG
    WARD F.N. FUJIMOTO
    Attorneys for Defendants
    and Third-Party Plaintiffs
    JEFFREY LOWE and LINDA LOWE