ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG     2929-0
WARD F.N. FUJIMOTO     4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>                   Plaintiff,<br><br>     vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>                   Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>                   Third-Party<br>                   Plaintiffs<br><br>     vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>                   Third-Party<br>                   Defendants. | ) CIVIL NO. CV04-00285 DAE BMK<br>)<br>) NOTICE OF MOTION; DEFENDANTS<br>) AND THIRD-PARTY PLAINTIFFS<br>) JEFFREY LOWE AND LINDA LOWE'S<br>) MOTION IN LIMINE NO. 4 TO<br>) PRECLUDE REFERENCE TO ABSENCE<br>) OF BUILDING PERMIT AND/OR NON-<br>) COMPLIANCE WITH UNIFORM<br>) BUILDING CODE; DEFENDANTS AND<br>) THIRD-PARTY PLAINTIFFS JEFFREY<br>) LOWE AND LINDA LOWE'S<br>) MEMORANDUM IN SUPPORT OF THEIR<br>) MOTION IN LIMINE NO. 4 TO<br>) PRECLUDE REFERENCE TO ABSENCE<br>) OF BUILDING PERMIT AND/OR NON-<br>) COMPLIANCE WITH UNIFORM<br>) BUILDING CODE; AFFIDAVIT OF<br>) WARD F.N. FUJIMOTO; EXHIBITS<br>) "A" – "B"; CERTIFICATE OF<br>) SERVICE<br>)<br>) Date:   February 28, 2006<br>) Time:   9:00 A.M.<br>) Judge:  The Honorable David<br>)         A. Ezra<br>)<br>) **Trial:  February 28, 2006** |

NOTICE OF MOTION

TO:  MICHAEL K. LIVINGSTON, ESQ.
     MARK S. DAVIS, ESQ.
     Davis Levin Livingston Grande
     851 Fort Street, Suite 400
     Honolulu, Hawaii  96813

     Attorneys for Plaintiff
     LISA ROMERO

NOTICE IS HEREBY GIVEN that the attached DEFENDANTS
AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION
IN LIMINE NO. 4 TO PRECLUDE REFERENCE TO ABSENCE OF BUILDING
PERMIT AND/OR NON-COMPLIANCE WITH UNIFORM BUILDING CODE shall
come on for hearing before the Honorable David A. Ezra, Judge of
the above-entitled Court, in his courtroom at the U.S.
Courthouse, Prince Jonah Kuhio Kalanaianaole Federal Building,
300 Ala Moana Boulevard, Honolulu, Hawaii, at nine o'clock
(9:00) a.m. on February 28, 2006, or as soon thereafter as
counsel can be heard.

          DATED: HONOLULU, HAWAII, ___February 13, 2006_____

                              _____
                              RANDALL Y.S. CHUNG
                              WARD F.N. FUJIMOTO
                              Attorneys for Defendants
                              and Third-Party Plaintiffs
                              JEFFREY LOWE and LINDA LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LISA ROMERO,

    Plaintiff,

  vs.

JEFFREY LOWE; LINDA LOWE;
MATTHEW RAY SEVERSON; BRETT
SCHELAND; BENJAMIN ALLEN WILDER;
MINDY WILDER; GEORGE KLAUS, III;
JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATION 1-10; DOE
PARTNERSHIPS 1-10; and DOE
GOVERNMENTAL ENTITIES 1-10,

    Defendants

JEFFREY LOWE and LINDA LOWE,

    Third-Party
    Plaintiffs

  vs.

STEVEN J. KOTT and KOTT, INC.

    Third-Party
    Defendants.

CIVIL NO. CV04-00285 DAE BMK

DEFENDANTS AND THIRD-PARTY
PLAINTIFFS JEFFREY LOWE AND
LINDA LOWE'S MOTION IN LIMINE
NO. 4 TO PRECLUDE REFERENCE TO
ABSENCE OF BUILDING PERMIT
AND/OR NON-COMPLIANCE WITH
UNIFORM BUILDING CODE

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY
LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 4
TO PRECLUDE REFERENCE TO ABSENCE OF BUILDING
PERMIT AND/OR NON-COMPLIANCE WITH UNIFORM BUILDING CODE

   Comes now Defendants and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by
and through their attorneys, and subject to and without waiver
of any defense, dispute, or objection to which they are
entitled, hereby move this Honorable Court, in limine, for an
order precluding Plaintiff and her respective attorneys,

representatives, and lay and expert witnesses, from referring to, discussing, commenting upon, mentioning or in any way suggesting or introducing any evidence and/or testimony relating to or concerning the absence of a building permit covering the firepole/hole at 111 Hauoli Street and/or its alleged non-compliance with the Uniform Building Code.

This Motion is made pursuant to Rules 401, 402, and 403 of the Federal Rules of Evidence, Rules 7, 15, 16 and 56(d) of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum, affidavit and exhibits and the entire record and file herein.

DATED: HONOLULU, HAWAII, ___February 13, 2006___

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE