IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, ) | CIVIL NO. CV04-00285 DAE BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| JEFFREY LOWE; LINDA LOWE; ) | |
| MATTHEW RAY SEVERSON; BRETT ) | |
| SCHELAND; BENJAMIN ALLEN WILDER; ) | |
| MINDY WILDER; GEORGE KLAUS, III; ) | |
| JOHN DOES 1-10; JANE DOES 1-10; ) | |
| DOE CORPORATION 1-10; DOE ) | |
| PARTNERSHIPS 1-10; and DOE ) | |
| GOVERNMENTAL ENTITIES 1-10, ) | |
| ) | |
| Defendants ) | |
| ) | |
| JEFFREY LOWE and LINDA LOWE, ) | |
| ) | |
| Third-Party ) | |
| Plaintiffs ) | |
| vs. ) | |
| ) | |
| STEVEN J. KOTT and KOTT, INC. ) | |
| ) | |
| Third-Party ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 5 TO PRECLUDE REFERENCE TO OSHA STANDARDS; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 5 TO PRECLUDE REFERENCE TO OSHA STANDARDS; AFFIDAVIT

OF WARD F.N. FUJIMOTO; EXHIBITS "A" - "B"; was duly served on the following attorneys by hand delivery on February 13, 2006.

>MICHAEL K. LIVINGSTON, ESQ.
>MARK S. DAVIS, ESQ.
>Davis Levin Livingston Grande
>851 Fort Street, Suite 400
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiff
>LISA ROMERO

DATED: HONOLULU, HAWAII,   February 13, 2006

*/s/ Ward F.N. Fujimoto*

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2