COPY

191

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

1

2

3

| | |
|---|---|
| 4   LISA ROMERO | ) CIVIL NO. CV04-00285 DAE KSC |
| 5       Plaintiff, | ) |
| 6     vs. | ) |
| 7   JEFFREY LOWE, LINDA LOWE, | ) |
|     MATTHEW RAY SEVERSON, BRETT | ) |
| 8   SCHELAND; BENJAMIN ALLEN | ) |
|     WILDER, MINDY WILDER, GEORGE | ) |
| 9   KLAUS, III, et al., | ) |
| 10      Defendants. | ) |

11

| | |
|---|---|
|   JEFFREY LOWE and LINDA LOWE, | ) VOLUME II |
| 12 | ) PAGES 191 THROUGH 303 |
| 13      Third-Party | ) |
|       Plaintiffs, | ) |
| 14     vs. | ) |
| 15   STEVEN J. KOTT and KOTT, INC., | ) |
| 16      Third-Party | ) |
|       Defendants. | ) |

17

18

19              DEPOSITION OF LISA ROMERO

20   Taken on behalf of Defendants and Third-Party Plaintiffs
    Jeffrey Lowe and Linda Lowe, at the law offices of Davis
21   Levin Livingston Grande, 400 Davis Levin Livingston Grande
    Place, 851 Fort Street, Honolulu, Hawaii 96813, commencing
22   at 8:20 a.m., on Tuesday, January 11, 2005, pursuant to
    Notice.

23

24   BEFORE:

25      Donna Kohls, CSR 146
      Notary Public, State of Hawaii

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

EXHIBIT B

1  remember exactly whether if was in your letter or a

2  journal or in a medical record, specifically the treatment

3  with Dillon, Ilene Dillon, you said that on the New Years

4  Eve, you needed to go to the bathroom and you went the

5  wrong way.  You say you went to wrong way.  Do you recall

6  using that term, the wrong way?

7  A    Yes.  I went-- I obviously didn't make it to the

8  bathroom.  I went the wrong way.  I went toward the fire

9  pole.  I didn't go towards the bathroom.

10  Q    We may all have an understanding of where the

11  bathroom is because we have looked at these pictures.  But

12  to clarify the record, this is Exhibit 8.  And in the

13  lower picture, on the right-hand side of the picture, is

14  that the door into the bathroom, if you can recall?

15  A    Are you talking about-- I'm sorry.

16  Q    Is there two doors in that picture?

17  A    Yes.  That is the closet door there.  This is the

18  bathroom door.

19  Q    You have pointed to the door on the right-hand side

20  when facing the desk, correct?

21  A    Yes.

22  Q    So the door to the bathroom was to the right of the

23  fire pole after the desk, correct?  There is a fire pole

24  in the left-hand corner of the room?

25  A    Yes.

302

1        I, LISA ROMERO, do hereby certify that I have read

2   the foregoing typewritten pages 191 through 301,

3   inclusive, and corrections, if any, were noted by me; and

4   that same is now a true and correct transcript of my

5   testimony.

6

7        Dated __02/01/05__

8

9

10

11

12

13

14   Signed before me this __1st__

15   day of __Feb.__ , 200__5__

16

17   _____

18

19

20

21

22

23

24

25