IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK </br> ) </br> ) CERTIFICATE OF SERVICE |
| Plaintiff, | |
| vs. | |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | |
| Defendants | |
| JEFFREY LOWE and LINDA LOWE, | |
| Third-Party Plaintiffs | |
| vs. | |
| STEVEN J. KOTT and KOTT, INC. | |
| Third-Party Defendants. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 6 TO PRECLUDE REFERENCE TO DAVID A. KNOX; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 6 TO PRECLUDE REFERENCE TO DAVID A. KNOX; AFFIDAVIT

OF WARD F.N. FUJIMOTO; EXHIBITS "A" - "C"; was duly served on the following attorneys by hand delivery on February 13, 2006.

>MICHAEL K. LIVINGSTON, ESQ.
>MARK S. DAVIS, ESQ.
>Davis Levin Livingston Grande
>851 Fort Street, Suite 400
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiff
>LISA ROMERO

DATED: HONOLULU, HAWAII,  February 13, 2006

*/s/ Ward F.N. Fujimoto*

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2