IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) AFFIDAVIT OF WARD F.N. FUJIMOTO |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

AFFIDAVIT OF WARD F. N. FUJIMOTO

STATE OF HAWAII            )
                           : SS.
CITY AND COUNTY OF HONOLULU )

      WARD F. N. FUJIMOTO, being first duly sworn, on oath, deposes and says:

      1.   That he is licensed to practice law in all courts of the State of Hawaii and the United States District Court for the District of Hawaii;

2. That he is a member of the law firm of MATSUI CHUNG, attorneys for Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE;

3. That he has personal knowledge of the matters set forth herein except and unless stated to be upon information and belief;

4. That attached hereto as Exhibit "A" are true and correct copies of pages 54, 76 and 81 from the Deposition of Lisa Romero (Vol. I), taken on January 10, 2005;

5. That attached hereto as Exhibit "B" is a true and correct copy of page 279 from the Deposition of Lisa Romero (Vol. II), taken on January 11, 2005;

6. That attached hereto as Exhibit "C" is a true and correct copy of the May 23, 2005 Report of Robert S. Griswold produced by Plaintiff in this case;

7. That attached hereto as Exhibit "D" is a true and correct copy of pages 7-9, 29 - 31, 44, and 61 -65 from the

Deposition Of Robert S. Griswold, taken on January 27, 2006 in connection with this case; and

Further Affiant Sayeth Naught.

_____
WARD F. N. FUJIMOTO

Subscribed and sworn to before me this 13th day of February 2006.

_____
JoDen D. Ancog
Notary Public, State of Hawaii

My Commission Expires: 05/13/2008