IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| | ) |
|              Plaintiff, | ) CERTIFICATE OF SERVICE |
|     vs. | ) |
| | ) |
| | ) |
| JEFFREY LOWE; LINDA LOWE; | ) |
| MATTHEW RAY SEVERSON; BRETT | ) |
| SCHELAND; BENJAMIN ALLEN WILDER; | ) |
| MINDY WILDER; GEORGE KLAUS, III; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATION 1-10; DOE | ) |
| PARTNERSHIPS 1-10; and DOE | ) |
| GOVERNMENTAL ENTITIES 1-10, | ) |
| | ) |
|              Defendants | ) |
| | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| | ) |
|              Third-Party | ) |
|              Plaintiffs | ) |
|     vs. | ) |
| | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| | ) |
|              Third-Party | ) |
|              Defendants. | ) |

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing NOTICE
OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE
AND LINDA LOWE'S MOTION IN LIMINE NO. 7 TO PRECLUDE REFERENCE TO
ROBERT S. GRISWOLD; DEFENDANTS AND THIRD-PARTY PLAINTIFFS
JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR
MOTION IN LIMINE NO. 7 TO PRECLUDE REFERENCE TO ROBERT S.
GRISWOLD; AFFIDAVIT OF WARD F.N. FUJIMOTO; EXHIBITS___ "A" – "D";

was duly served on the following attorneys by hand delivery on
February 13, 2006.

       MICHAEL K. LIVINGSTON, ESQ.
       MARK S. DAVIS, ESQ.
       Davis Levin Livingston Grande
       851 Fort Street, Suite 400
       Honolulu, Hawaii  96813

       Attorneys for Plaintiff
       LISA ROMERO

DATED: HONOLULU, HAWAII,  February 13, 2006

       RANDALL Y.S. CHUNG
       WARD F.N. FUJIMOTO
       Attorneys for Defendants
       and Third-Party Plaintiffs
       JEFFREY LOWE and LINDA LOWE