IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LISA ROMERO, | ) | CV. NO. 04-00285 DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY LOWE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING IN PART AND DENYING IN PART
LOWE DEFENDANTS' REQUEST FOR AN UNREDACTED
COPY OF PLAINTIFF'S PERSONAL DIARY

Following a discovery conference held on January 5, 2006, the Court reviewed in camera plaintiff's personal diary in order to determine whether certain redactions based on the attorney/client privilege were appropriate. Having reviewed an unredacted copy of the diary, the Court agrees that plaintiff properly redacted attorney/client privileged material on pages P00462, P00469, P00471, P00472 and P00519. Defendants' objection to all other redactions is sustained. Further discovery with respect to the diary in accordance with this order shall be permitted.

IT IS HEREBY ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  February 13, 2006

ROMERO V. LOWE, ET AL.; CV. NO. 04-00285 DAE-BMK; ORDER GRANTING IN PART AND DENYING IN PART LOWE  DEFENDANTS' REQUEST FOR AN UNREDACTED COPY OF PLAINTIFF'S PERSONAL DIARY