ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON    4161-0
MARK S. DAVIS                      1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>　　　　　　Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFFS' MOTION IN LIMINE #1 TO PERMIT PLAINTIFF TO OFFER EVIDENCE AT TRIAL TO SHOW THAT THE LOWE DEFENDANTS BREACHED THEIR DUTY TO PROTECT AGAINST THE KNOWN RISK THAT SOMEONE WOULD BE KILLED OR SERIOUSLY**<br>(Caption Continued on Next Page)<br><br>**Hearing on Motions in Limine**:<br>Date : February 28, 2006<br>Time : 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

|  |  |
|---|---|
| Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>Third-Party Defendants. | INJURED BY FALLING THROUGH THE FIRE POLE HOLE; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5(b); AND CERTIFICATE OF SERVICE |

**PLAINTIFF'S MOTION IN LIMINE # 1 TO PERMIT PLAINTIFF TO OFFER EVIDENCE AT TRIAL TO SHOW THAT THE LOWE DEFENDANTS BREACHED THEIR DUTY TO PROTECT AGAINST THE KNOWN RISK THAT SOMEONE WOULD BE KILLED OR SERIOUSLY INJURED BY FALLING THROUGH THE FIRE POLE HOLE**

Plaintiff LISA ROMERO, by and through her attorneys, moves in limine for an order permitting Plaintiff to offer evidence at trial to show that the Lowe Defendants breached their duty to protect against the known risk that someone would be killed or seriously injured by falling through the fire pole hole. As set forth in greater detail in the attached memorandum, such evidence should be allowed because it satisfies the minimal standards of relevance set forth in the Federal Rules of Evidence. In particular, the evidence has a tendency to show that the Lowes did not act as reasonable and prudent landlords and property managers because they made their premises available for rental.

This motion is based on Rule 7 of the Rules of Civil Procedure and Rules 401 and 402 of the Federal Rules of Evidence, and the memorandum and exhibits attached hereto and the records and files herein.

DATED: Honolulu, Hawai`i, February 13, 2006.

                                    MICHAEL K. LIVINGSTON
                                    MARK S. DAVIS
                                    Attorneys for Plaintiffs