IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>　　　　　Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE,<br><br>　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>　　　　　Third-Party Defendants. | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.5(b)** |

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.5(b)

Come now Plaintiffs above named and state that the attached Motion in Limine No. 1 complies with Local Rule 7.5(b). The total word count, including footnotes is 8,542 and does not exceed 750 lines of text.

DATED:   Honolulu, Hawai`i, February 13, 2006.

*[signature]*

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff

## TABLE OF CONTENTS

Table of Authorities ............................................................................... ii - v

I. INTRODUCTION ........................................................................... 1

II. SUMMARY OF RELEVANT FACTS ........................................... 4

III. PLAINTIFF SHOULD BE PERMITTED TO OFFER ALL EVIDENCE TENDING TO SHOW THAT THE LOWE DEFENDANTS BREACHED THEIR DUTY TO PROTECT AGAINST THE KNOWN DANGER THAT SOMEONE WOULD FALL THROUGH THE FIRE POLE HOLE ............ 9

IV. IT IS PROPER FOR THE COURT TO ADJUDICATE THESE EVIDENTIARY ISSUES BY WAY OF A MOTION IN LIMINE ............. 29

V. CONCLUSION ............................................................................. 31

# TABLE OF AUTHORITIES

*Cases*

Andrade v. Oahu Railway & Land Co.,
  27 Haw. 381 (1923) .................................................................................. 10

Armstrong v. Cione,
  6 Haw. App. 652, 736 P.2d 440 (1987) .................................................... 10

Bean v. Ross Manufacturing Co.,
  344 S.W.2d 18 (Mo.1961) ........................................................................ 15

Becker v. IRM Corp.,
  698 P.2d 116 (Cal.S.Ct. 1985) .................................................................. 10

Bidar v. Amfac, Inc.,
  66 Haw. at 552, 669 P.2d at 159 ............................................................... 15

Bigbee v. Pacific Telephone and Telegraph Company,
  34 Cal 3rd 49, 665 P.2d 947, 192 Cal. Rptr. 857 (1983) ........................ 24, 25

Blancha v. Raymark Indus.,
  972 F.2d 507 (3d Cir.1992) ........................................................................ 9

Corbett v. Association of Apartment Owners of Wailua Bayview Apartments,
  70 Haw. 415, 772 P.2d 693 (1989) ............................................................. 9

DiPonzio v. Riordan,
  657 N.Y.S.2d 377 (N.Y. 1997) ................................................................. 26

Dodge v. Darritt Construction,
  934 P.2d 591 (Or.App. 1997) .................................................................... 22

Doe Parents v. Department of Education,
  100 Hawai'i 34, 58 P.3d 545 (2002) ......................................................... 14

Fazzolari v. Portland School Dist.,
  734 P.2d 1326 ........................................................................................... 22

Griggs v. Firestone Tire & Rubber Co.,
   513 F.2d 851, (8th Cir.), cert. denied .................................................................. 15

Hurley v. Atlantic City Police Dept.,
   174 F.3d 95, 109 (3rd Cir. 1990) ........................................................................... 9

Jackson v. Rider Truck Rental, Inc.,
   20 Cal. Rptr. 2nd 913 (1993) ................................................................................ 25

Kaczmarczyk v. City and County of Honolulu,
   65 Haw. 612, 656 P.2d 89 (1982) ........................................................................ 10

Knodle v. Waikiki Gateway Hotel, Inc.,
   69 Haw. 376, 385, 742 P.2d 377, 383 (1987) ................................................. passim

Kolar v. Bergo,
   280 Mont. 262, 929 P.2d 867 (1996) ................................................................... 23

Leary v. Poole,
   5 Haw.App. 596, 705 P.2d 62 (1985) ............................................................. 18, 19

Littleton v. State,
   66 Haw. 55, 656 P.2d 1336 .................................................................................. 10

Luisi v. Foodmaster Supermarkets,
   739 N.E.2d 702 (Mass. App. 2000) ..................................................................... 25

Martin v. Wilson,
   23 Haw. 74, 88 (1915) .......................................................................................... 15

McCain v. Florida Power Corporation,
   593 So.2d 500 (Fla. S. Ct. 1992) .................................................................... 23, 24

Mitchell v. Branch & Hardy,
   45 Haw. 128, 363 P.2d 969 (1961) ...................................................................... 19

Moran v. Faberge, Inc.,
   273 Md. 538, 332 A.2d 11 (1975); ....................................................................... 15

Obrey v. Johnson,
   400 F.3d 691 (9th Cir. 2005) ................................................................................ 9

Official Comm. of the Unsecured Creditors of Color Tile, Inc. v. Coopers & Lybrand,
   322 F.3d 147 (2d Cir.2003) .............................................................................. 30

Okada v. State,
   1 Haw. App. 101, 614 P.2d 407 (1980) ...................................................... 2, 18

Orr v. First National Stores, Inc.,
   280 A.2d 285 (Me. 1971) ................................................................................ 23

P.G. v. Dept. of Health and Human Services,
   4 P.3d 326 (Alaska 2000) ................................................................................ 21

Pickard v. City & County of Honolulu,
   51 Haw. 134, 452 P.2d 445 (1969) ................................................................. 10

Richardson v. Sport Shinko (Waikiki Corp.),
   76 Haw. 494, 880 P.2d 169 ............................................................................. 10

Stanford v. Kuwait Airways Corporation,
   89 F.3d 117 (2nd Cir. 1996) ............................................................................ 24

Stewart v. Jefferson Plywood Company,
   469 P.2d 783 (Ore. 1970) ................................................................................ 22

Tancredi v. Dive Makai Charters,
   823 F.Supp. 778, 786 (D.C.Haw. 1993) ...................................................... 2, 18

Tarasoff v. Regents of Univ. of Cal.,
   551 P.2d 334 (1976) ........................................................................................ 14

Taylor Rice v. State,
   91 Haw. 60, 979 P.2d 1086 (1999) ................................................................. 19

Trude v. Martin,
   660 A.2d 626 (Pa. Super. 1995) ................................................................ 20, 21

Tullgren v. Amoskeag Manufacturing Co.,
   82 N.H. 268, 133 A. 4 (1926) .................................................................... 15

United States v. Desert Gold Mining Company,
   433 F.2d 713 (9th Cir. 1970) .................................................................... 30

Walden v. Georgia-Pacific Corp.,
   126 F.3d 506 (3d Cir. 1997) ..................................................................... 30

Wiener v. Southcoast Childcare Centers, Inc.,
   132 Cal Rptr 2nd 883 (2003) .................................................................... 25

Wofford v. Eastern State Hosp.,
   795 P.2d 516 (Okla. 1990) ....................................................................... 14

Wong v. City & County,
66 Haw. 389, 665 P.2d 157 (1983) ................................................................ 15

*Statutes*

H.R.S. § 521-42 ................................................................................................ 8
H.R.S. § 521-42(a)(1) ..................................................................................... 8

*Rules*

Fed. R. Evid. 103 ............................................................................................ 30
Fed. R. Evid. 103(a) ....................................................................................... 29
Rule 401 of the Federal Rules of Evidence ................................................... 9

*Treatises*

Charles A. Wright & Kenneth W. Graham, *Federal Practice and Procedure:*
   *Evidence* § 5166, at 74 n. 47 (1978) ........................................................ 9

Prosser and Keeton on the Law of Torts (5th Ed., 1984). W.P. Keeton, § 43,
   at 299 ........................................................................................ 2, 15, 16, 17

Restatement (Second) Torts, § 435 ......................................................... 12, 13
Restatement (Second) Torts, § 442B ............................................................ 13