**ORIGINAL**

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON     4161-0
MARK S. DAVIS             1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at 3 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>　　　　　Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 2 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT AT TRIAL TO SHOW THAT THE RAILING CURED THE DANGEROUS CONDITION ASSOCIATED WITH THE FIRE POLE/HOLE, OR THAT THE FIRE POLE/HOLE WAS CODE COMPLIANT, OR THAT THE**<br>(Caption Continued on Next Page)<br><br><u>Hearing on Motions in Limine</u>:<br>Date:　February 28, 2006<br>Time:　9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

|   |   |
|---|---|
| Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>Third-Party Defendants. | RENTAL OF THE HOUSE DID NOT VIOLATE SECTION 521-42 OF THE LANDLORD-TENANT CODE, OR THAT THE RAILING DISCHARGED THE LOWE DEFENDANTS' DUTY OF REASONABLE CARE TO PROTECT OR WARN AGAINST A KNOWN DANGEROUS CONDITION ON THEIR PREMISES; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

**PLAINTIFFS' MOTION IN LIMINE NO. 2 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT AT TRIAL TO SHOW THAT THE RAILING CURED THE DANGEROUS CONDITION ASSOCIATED WITH THE FIRE POLE/HOLE, OR THAT THE FIRE POLE/HOLE WAS CODE COMPLIANT, OR THAT THE RENTAL OF THE HOUSE DID NOT VIOLATE SECTION 521-42 OF THE LANDLORD-TENANT CODE, OR THAT THE RAILING DISCHARGED THE LOWE DEFENDANTS' DUTY OF REASONABLE CARE TO PROTECT OR WARN AGAINST A KNOWN DANGEROUS CONDITION ON THEIR PREMISES**

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves this Court in Limine to preclude Defendants Jeffrey and Linda Lowe from offering any evidence or argument at

2

trial to show that the railing somehow cured the dangerous condition associated with the fire pole/hole, or that the fire pole/hole was code compliant, or that the rental of the house did not violate section 521-42 of the Landlord-Tenant Code, or that the railing discharged the Lowe Defendants' duty of reasonable care to protect or warn against a known dangerous condition on their premises.  As set forth in greater detail in the attached memorandum, such evidence should be precluded on the basis of this Court's November 3, 2005 decision to preclude *"any inquiry"* into whether a hypothetical person would have sustained injury if the railing had been in place.  **The Court need only address and adjudicate this Motion in Limine in the event that it rules that Plaintiff may not offer evidence at trial that the fireman's pole and hole were not code compliant at the time that the Lowe Defendants offered the Hauoli St. main house for rent.**

This motion is based on Rule 7 of the Rules of Civil Procedure and Rules 401 and 403 of the Federal Rules of Evidence, this Court's November 3, 2005 *Order (1) Granting Third Party Defendants Steven J. Kott and Kott Inc.'s Motion for Summary judgment filed 3/31/05; Order (2) Granting in Part and Denying in Part Defendant Matthew Ray Severson's Motion for Summary Judgment filed 3/23/05; Order (3) Granting in Part and Denying in Part Defendants Jeffrey Lowe and Linda Lowe's Motion for Summary Judgment filed 3/7/05; Order (4) Granting in Part and Denying in Part Defendant George Klaus, III, and Brett Scheland's*

*Motion for Summary Judgment filed 5/11/05*, the memorandum and exhibits attached hereto and the records and files herein.

    DATED: Honolulu, Hawaii, February 13, 2006.

                                              MICHAEL K. LIVINGSTON
                                              MARK S. DAVIS
                                              Attorneys for Plaintiffs