IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>　　　　　Defendants. | **CV04-00285 DAE-BMK**<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |
| JEFFREY LOWE AND LINDA LOWE,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>**STEVEN J. KOTT AND KOTT, INC.**<br><br>　　　　　Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

  Attorneys for Defendants
  Jeffrey Lowe and Linda Lowe

DATED:   Honolulu, Hawaii, February 13, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff