

ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON     4161-0
MARK S. DAVIS                       1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>Defendants. | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 3 TO PRECLUDE THE LOWE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT AT TRIAL TO SHOW THAT IT WAS NOT FORESEEABLE THAT A TENANT WOULD REMOVE THE RAILING; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br><u>Hearing on Motions in Limine</u>:<br>Date: February 28, 2006<br>Time: 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |
| JEFFREY LOWE AND LINDA LOWE, | |

>        Third-Party Plaintiffs,
>
> vs.
>
> **STEVEN J. KOTT AND KOTT, INC.**
>
>        Third-Party Defendants.

## PLAINTIFFS' MOTION IN LIMINE #3 TO PRECLUDE THE LOWE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT AT TRIAL TO SHOW THAT IT WAS NOT FORESEEABLE THAT A TENANT WOULD REMOVE THE RAILING

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves in Limine to preclude Defendants JEFFREY and LINDA LOWE (the "Lowe Defendants") from offering any evidence or argument at trial to show that it was not foreseeable that a tenant would remove the railing around the three- to four- foot hole in the floor of master bedroom of their rental premises. The Lowe Defendants have made a judicial admission which conclusively demonstrates their actual knowledge of the risk of removal, since they admit that they gave their young tenants "strict instructions . . . to refrain from removing or altering an iron safety railing surrounding the firepole/hole . . .." Lowe Defendants' Pretrial Statement, p. 2.

This motion is based on Rule 7 of the Rules of Civil Procedure and Rule 104 of the Federal Rules of Evidence, the memorandum and exhibits attached hereto and the records and files herein.

DATED: Honolulu, Hawaii, February 13, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs