IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| **LISA ROMERO,** | **CV04-00285 DAE-BMK** |
| Plaintiffs, | (Other Non-Vehicle Tort) |
| vs. | **CERTIFICATE OF SERVICE** |
| **JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER;  GEORGE KLAUS, III; JOHN DOES 1-10; JANE  DOES 1-10; DOE CORPORATION 1-10; DOE  PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;** | |
| Defendants. | |
| | |
| JEFFREY LOWE AND LINDA LOWE, | |
| Third-Party Plaintiffs, | |
| vs. | |
| **STEVEN J. KOTT AND KOTT, INC.** | |
| Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendants
Jeffrey Lowe and Linda Lowe

DATED:    Honolulu, Hawaii, February 13, 2006.

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff