ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON    4161-0
MARK S. DAVIS            1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 13 2006
at 3 o'clock and 44 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 5 TO PRECLUDE ANY REFERENCE TO RENTER'S INSURANCE, HOMEOWNER'S INSURANCE, MEDICAL INSURANCE, OR ANY OTHER INSURANCE COVERAGE OR PAYMENTS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br><u>Hearing on Motions in Limine</u>:<br>Date:   February 28, 2006<br>Time: 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

>             Third-Party Plaintiffs,
>
> vs.
>
> STEVEN J. KOTT AND KOTT, INC.
>
>             Third-Party Defendants.

**PLAINTIFF'S MOTION IN LIMINE NO. 5 TO PRECLUDE ANY REFERENCE TO RENTER'S INSURANCE, HOMEOWNER'S INSURANCE, MEDICAL INSURANCE, OR ANY OTHER INSURANCE COVERAGE OR PAYMENTS**

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves this Court in Limine to preclude any reference during the trial either in testimony or documents to renter's insurance, homeowner's insurance, medical insurance, or any other insurance coverage or payments. This Motion is brought pursuant to the Federal Rules of Evidence 411, 403, and 402, and Rule 7 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, February 13, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

2