ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON   4161-0
MARK S. DAVIS             1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2006

at 3 o'clock and 4 min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>　　　　　Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 6 TO PRECLUDE ANY REFERENCE TO THE FACSIMILE LETTER ALLEGEDLY SIGNED BY DR. BAUMANN; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES C. MARTIN; DECLARATION OF MICHAEL K. LIVINGSTON; EXHIBITS A-C; CERTIFICATE OF SERVICE**<br><br><u>Hearing on Motions in Limine</u>:<br>Date:　February 28, 2006<br>Time: 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

|  |  |
|---|---|
| Third-Party Plaintiffs, | |
| vs. | |
| STEVEN J. KOTT AND KOTT, INC. | |
| Third-Party Defendants. | |

### PLAINTIFF'S MOTION IN LIMINE NO. 6 TO PRECLUDE ANY REFERENCE TO THE FACSIMILE LETTER ALLEGEDLY SIGNED BY DR. BAUMANN

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves this Court in Limine to preclude any reference to the facsimile letter allegedly signed by Dr. Baumann. The letter allegedly signed by Dr. Baumann is totally unauthenticated as required by Rule 901 of the Federal Rules of Evidence. In addition, the Baumann letter is inadmissible hearsay under Rule 802, FRE. Finally, the letter is inadmissible under Rule 403, FRE.

DATED: Honolulu, Hawaii, February 13, 2006.

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

2