Emory Healthcare - Confidential Document - This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use or reproduction of this information is strictly prohibited.

==Section 1 of 1: Anesthesiology Procedure Note - Final
==Final Auth  1/19/2006 1900  EMR EVENT Id: 180680389

ELECTRONICALLY SIGNED BY Patricia L. Baumann, MD ON 01/19/2006 AT 03:52 PM
THE EMORY CLINIC, INC.
DEPARTMENT OF ANESTHESIOLOGY
CENTER FOR PAIN MEDICINE AT MEDICAL OFFICE TOWER

PATIENT NAME:        ROMERO, LISA
MRN:                 25080440
ENCOUNTER NO:        12059662
DATE OF SERVICE:     12/20/2005
DOB:                 07/14/1971
DOCUMENT TYPE:       PROC
PHYSICIAN NO:        05683
ATTENDING MD:        Patricia L Baumann, MD
REFERRING PHYSICIAN:

CENTER FOR PAIN MEDICINE OUTPATIENT PROCEDURE NOTE

CHIEF COMPLAINT: Back pain.

SUBJECTIVE: This patient is a 34-year-old female with a 3-year-history of back pain after she had a fall. The patient had an L1 compression fracture and is status post T11 through L3 spinal fusion. Patient complains of a constant, dull, achy pain in her mid back with no radiation of her pain, but she does have muscle spasms from time to time. This pain is aggravated by any type of activity and it is alleviated by her medications, acupuncture, and Pilates. The patient describes trigger point injections 2 weeks ago with some relief of her pain.

MEDICATIONS:

1. Celebrex.

2. Zanaflex.

3. Zoloft.

4. Vicodin one per day.

ALLERGIES: PENICILLIN causes a rash. The patient denies being diabetic, is not on any blood thinners, and does not have an IVP dye allergy.

REVIEW OF SYSTEMS: The patient denies any bowel or bladder incontinence, does not have any chest pain or shortness of breath.

PHYSICAL EXAM: Blood pressure 110/65, pulse 56, respirations 22, weight is 155 pounds, temperature 96.8. VAS is 5/10. General: She is alert and oriented x3, in no acute distress. She has tenderness to palpation over the T9 and 10 facets bilaterally. She has a negative straight leg raise bilaterally with no clonus. She has 5/5 strength in bilateral lower extremities with normal


EXHIBIT C

sensation in bilateral lower extremities. She has 2+ bilateral patellar and Achilles reflexes.

ASSESSMENT: Thoracic spondylosis.

PLAN: Bilateral T9 and 10 medial branch blocks under fluoroscopic guidance.

PROCEDURE: Risks, benefits, and options were discussed with the patient and written consent was obtained for T9 and 10 medial branch blocks under fluoroscopic guidance. A peripheral IV was placed and patient was taken to the procedure room and placed in the prone position. IV sedation was given and oxygen was provided via nasal cannula. There was sterile prep and drape of the thoracic spine. The T10 vertebral body was squared as this is the home of the T9 medial branch. After squaring the vertebral body, the skin and subcutaneous tissues were anesthetized with 1% lidocaine. The target zone for the medial branch is the pedicle of the junction of the superior articulating process and the transverse process. A 3-1/2-inch, 25-gauge spinal needle with a curved tip was advanced to the target zone. After contacting the target zone, 1 cc of 0.25% Marcaine was injected at each side bilaterally. This same technique was used for the T11 vertebral body as this is the home for the T10 medial branch. Again, the AP fluoroscopic view was used so that we avoid the lung. Again, 0.25% Marcaine 1 cc was injected after negative aspiration for heme or CSF.

The patient tolerated the procedure well and will be followed up by a phone call in 1-2 days. She was in improved condition in the recovery room.

DICTATED BY: Curtis Johnson, MD


Curtis Johnson, MD/Patricia L Baumann, MD
PLB/MS
DD: 12/20/2005
DT: 12/21/2005
88659/174514838/
MQ


ELECTRONICALLY SIGNED BY Patricia L. Baumann, MD ON 01/19/2006 AT 03:52 PM

Emory Healthcare - Confidential Document - This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use or reproduction of this information is strictly prohibited.

```
==Section 1 of 1: Anesthesiology Patient Note - Preliminary
==Prelim Int Unauth    1/4/2006 2308    EMR EVENT Id: 179676144
```

THE EMORY CLINIC, INC.
DEPARTMENT OF ANESTHESIOLOGY
CENER FOR PAIN MEDICINE AT MEDICAL OFFICE TOWER

PATIENT NAME:           ROMERO, LISA
MRN:                    25080440
ENCOUNTER NO:           12055936
DATE OF SERVICE:        01/04/2006
DOB:                    07/14/1971
DOCUMENT TYPE:          NTE
PHYSICIAN NO:           05683
ATTENDING MD:
REFERRING PHYSICIAN:    Patricia L Baumann, MD

RETURN PATIENT VISIT

CHIEF COMPLAINT: Mid back pain, mostly on the right side.

HISTORY: Patient is a 34-year-old female complaining of a right-sided mid back pain. Approximately 3 years ago the patient fell from the second story of a building and sustained an L1 compression fracture. She subsequently received a T11-L3 spinal fusion. Since this time, she has had a right-sided mid back pain. She describes the pain as a constant dull, achy feeling. It is sometimes associated with spasms. She states that her pain is worse with activity and with sitting for long periods of time, such as when she is at work in front of her computer. The patient feels that her pain is better with her medications, past acupuncture treatments, and Pilates. Patient denies any new onset of worsening of pain, denies bowel or bladder problems, or new onset of weakness. The patient has had trigger point injections in the past, and she felt that they did not help her very much. The patient currently is in a physical therapy program, and she feels this is benefitting her.

On 12/25/2005, the patient had a T9-T10 bilateral medial branch block, which greatly relieved her pain. The pain went from a 5-6 at the end of the day to a VAS score of 2-3 at the end of the day. The patient's medications are outlined in the medication section.

MEDICATIONS: Celebrex 200 mg one p.o. q.day, Zanaflex 4 mg one p.o. q.hour of sleep, Zoloft 50 mg p.o q.day, Vicodin 5/500 patient takes approximately 1-2 of these per week as needed for back pain.

ALLERGIES: PENICILLIN.

PHYSICAL EXAMINATION: The patient is alert, oriented x3, with no apparent cognitive deficits. Patient weighs 159 pounds, blood pressure 113/71, heart rate 81, VAS score 2/10. Patient has bilateral upper and lower extremity 5/5 strength with normal sensation to light touch, cold, and pin prick. Patient has 2+ DTRs in bilateral biceps, patella, and Achilles. Patient has a negative clonus and Hoffman's test bilaterally. Patient has full range of cervical and lumbar vertebrae, with no tenderness to palpation. Patient has a negative

Case 1:04-cv-00285-DAE-BMK   Document 202-7   Filed 02/13/2006   Page 4 of 7

Document/Result Viewer

Page 2 of 2

straight leg raise test bilaterally. Patient has a right paraspinal T9-T11 tenderness to palpation, which is worse with back extension and rotation.

ASSESSMENT: Thoracic spondylosis.

COUNSELING AND COORDINATION OF CARE: Dr. Baumann spent approximately 20 minutes with the patient discussing the patient's history, performing a physical exam, and discussing treatment options with the patient. At this time, it was decided to continue the patient on her current medication regimen and refill her Vicodin prescription strength 5/500. We gave her 50 pills, one p.o. q.6 hours p.r.n. pain. The patient will also be scheduled for a medial branch right-sided T9 and T10 radiofrequency ablation. The patient will have a follow up visit scheduled in 6 months. The patient was also counseled to continue with her physical therapy.

PLAN:

1. Return to clinic in 6 months.

2. Right-sided T9-T10 medial branch radiofrequency ablation.

3. We will refill Vicodin. We gave 50 pills, one p.o. q.6 hours p.r.n. pain, no refills.

4. The patient has been instructed to take her other medications as previously prescribed, such as Celebrex 200 mg one p.o. q.d., Zanaflex 4 mg one p.o. q.h.s., p.r.n. insomnia and muscle spasms, Zoloft 50 mg one p.o. q.d., and Vicodin to be taken as needed for back pain.

DICTATED BY: Daniel Frederick, MD


Daniel Frederick, MD/Patricia L Baumann, MD
PLB/MP
DD: 01/04/2006
DT: 01/04/2006
150971/178071326/
MQ

https://cdrweb.eushc.org/PCB4/res.asp?rbList=&eventID=179676144&i=0&j=2&eventClas...   2/8/2006

Emory Healthcare - Confidential Document - This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use or reproduction of this information is strictly prohibited.

==Section 1 of 1: Anesthesiology Procedure Note  - Final
==Final Auth  1/19/2006 1900  EMR EVENT Id: 180680390


ELECTRONICALLY SIGNED BY Patricia L. Baumann, MD ON 01/19/2006 AT 03:52 PM
THE EMORY CLINIC, INC.
DEPARTMENT OF ANESTHESIOLOGY


PATIENT NAME:        ROMERO, LISA
MRN:                 25060440
ENCOUNTER NO:        12167273
DATE OF SERVICE:     01/17/2006
DOB:                 07/14/1971
DOCUMENT TYPE:       PROC
PHYSICIAN NO:        05683
ATTENDING MD:        Patricia L Baumann, MD
REFERRING PHYSICIAN:


PROCEDURE NOTE

LOCATION: Crawford Long Hospital, Medical Office Tower, 7th Floor, Center for Pain Medicine, Ambulatory Surgery Center.

PROCEDURE: Right T9-T10 medial branch radiofrequency ablation.

CHIEF COMPLAINT: Right-sided back pain.

HISTORY: This is a 35-year-old female complaining of right-sided mid back pain for the past three years described as dull and achy secondary to a fall three years ago. The patient states the pain is worse with activity and sitting. The patient denies new onset of bowel or bladder symptoms or new onset of weakness. The patient is not diabetic. The patient is not on any anticoagulants and has no IV dye allergies. On 12/25/2005, the patient had a positive response to bilateral T9-T10 medial branch block.

MEDS: Zoloft, Celebrex, Zanaflex, Vicodin, Advil.

PAST MEDICAL HISTORY: T11 through L3 fusion three years ago secondary to a fall in Hawaii.

ALLERGIES: PENICILLIN causes a rash.

PHYSICAL EXAM: The patient is alert and oriented x3 with no apparent cognitive deficits. Blood pressure 108/64, temperature 96.6, pulse 71, respirations 18, 99% on room air. The patient has bilateral upper and lower extremity 5/5 strength, normal sensation to light touch, cold, and pinprick. The patient has 2+ DTRs in bilateral biceps, patella, and Achilles. The patient has a negative straight leg raise test bilaterally. The patient has a negative clonus test bilaterally. The patient has right T9 through T11 tenderness to palpation paraspinally, worse with extension or rotation.

ASSESSMENT: Thoracic spondylosis.

PLAN: A right T9 and T10 medial branch radiofrequency ablation.

PROCEDURE: Risks and benefits were explained and written consent was obtained. A peripheral IV was placed. The patient was taken to the procedure room and placed in the prone position with the abdomen supported by a pillow to reduce lumbar lordosis. ASA standard monitors were applied. Sedation was given. O2 via nasal cannula was provided. Sterile prep and drape of the lumbosacral spine was performed. The lumbosacral spine was visualized under fluoroscopy. The vertebral bodies were squared and the C-arm was rotated slightly laterally bringing the medial branch target zones into view. The skin and subcutaneous tissues were anesthetized with 1% lidocaine. A 10-cm RF needle was then advanced to appropriate target until bone was contacted. For T10, this was the pedicle shadow of the T11 vertebral body in the superolateral border. For T9, it was the pedicle shadow of the T10 vertebral body in the superolateral border. After bone was contacted, negative aspiration for CSF and heme was checked, then AP and lateral views were used to confirm location. For the T9 medial branch RF, sensory was positive at 0.21, motor negative at 2 volts, and a lesion was created 90 seconds, 80 degrees Celsius. For T10, sensory was positive at 0.24, motor stimulation was negative at 2 volts, then a lesion was created 90 seconds at 80 degrees Celsius. Before the lesions were created, 1 cc of 1% lidocaine was added and 2 minutes were allowed to pass before the lesions were created. Then after the lesions were created, 2 cc of 0.25% bupivacaine was injected into each needle site as the needle was withdrawn.

POST PROCEDURE VAS: 4/10.

POST PROCEDURE COURSE: The patient tolerated the procedure well without any apparent complications. The patient was observed in recovery for about 30 minutes prior to discharge. The patient was discharged with appropriate post procedure instructions and in improved condition and stable condition. The patient will be called over the next few days for followup.

DICTATED BY: Daniel Frederick, MD


Daniel Frederick, MD/Patricia L Baumann, MD
PLB/MS
DD: 01/17/2006
DT: 01/17/2006
215488/181744505/
MQ



ELECTRONICALLY SIGNED BY Patricia L. Baumann, MD ON 01/19/2006 AT 03:52 PM

Document/Result Viewer

Page 1 of 1

Emory Healthcare - Confidential Document - This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use or reproduction of this information is strictly prohibited.

==Section 1 of 1: Anesthesiology Patient Note - Preliminary
==Prelim Int Unauth  1/19/2006 2139  EMR EVENT Id: 180686118

THE EMORY CLINIC, INC.
DEPARTMENT OF ANESTHESIOLOGY

PATIENT NAME:         ROMERO, LISA
MRN:                  25080440
ENCOUNTER NO:         12167273
DATE OF SERVICE:      01/19/2006
DOB:                  07/14/1971
DOCUMENT TYPE:        NTE
PHYSICIAN NO:         05683
ATTENDING MD:
REFERRING PHYSICIAN:  Patricia L Baumann, MD

Patient is status post right-sided radiofrequency ablation of the medial branch nerve, levels T9-T10 on 01/17/2006. The patient was repeatedly phoned, approximately 5 times over the past 2 days. She has not answered her phone. A message was left at one point, however, she as yet has not returned the message to my voice mail.

DICTATED BY: Daniel Frederick, MD


Daniel Frederick, MD/Patricia L Baumann, MD
PLB/MP
DD: 01/19/2006
DT: 01/19/2006
226556/182340323/
MQ

https://cdrweb.eushc.org/PCB4/res.asp?rbList=&eventID=180686118&i=0&j=1&eventClas...  2/8/2006