ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON   4161-0
MARK S. DAVIS                     1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at __ o'clock and 45 min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>                    Defendants.<br><br>**JEFFREY LOWE AND LINDA LOWE,** | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 7 TO PRECLUDE ANY REFERENCE AT TRIAL TO ALCOHOL CONSUMPTION BY PLAINTIFF; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MICHAEL K. LIVINGSTON; EXHIBITS A-D; CERTIFICATE OF SERVICE**<br><br><u>Hearing on Motions in Limine</u>:<br>Date: February 28, 2006<br>Time: 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

|  |  |
|---|---|
| Third-Party Plaintiffs, | |
| vs. | |
| **STEVEN J. KOTT AND KOTT, INC.** | |
| Third-Party Defendants. | |

### PLAINTIFF'S MOTION IN LIMINE NO. 7 TO PRECLUDE ANY REFERENCE AT TRIAL TO ALCOHOL CONSUMPTION BY PLAINTIFF

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves this Court in Limine to preclude any evidence at trial pertaining to Plaintiff's alcohol consumption. This Motion is brought pursuant to Rules 402 and 403 of the Federal Rules of Evidence, and Rule 7 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, February 13, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

2