IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>        Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>        Third-Party Defendants. | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>DECLARATION OF MICHAEL K. LIVINGSTON |

## DECLARATION OF MICHAEL K. LIVINGSTON

I, MICHAEL K. LIVINGSTON, declare as follows:

1. I am one of the attorneys for Plaintiffs herein and make this declaration based on personal knowledge.

2. I am duly licensed to practice law in all courts in the State of Hawaii, and in the United States District Court for the District of Hawaii.

3. Attached hereto as Exhibit "A" is a true and correct copy of is a true and correct copy of excerpts from the Deposition of Lisa Romero, taken on January 10.

4. Attached as hereto Exhibit "B" is a true and correct copy of the Declaration of Lisa Romero submitted to this Court in opposition to the Lowe Defendants' Motion for Summary Judgment.

5. Attached as Exhibit "C" is a true and correct copy excerpts from the Recorded Statement of Matthew Severson, taken on March 21, 2003.

6. Attached as Exhibit "D" is a true and correct copy of excerpts from the Recorded Statement of Matthew Severson, taken on March 21, 2003.

Executed this 13th day of February, 2006 at Honolulu, Hawaii.

---
MICHAEL K. LIVINGSTON