COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LISA ROMERO                              ) CIVIL NO. CV04-00285 DAE KSC
                                         )
         Plaintiff,                      )
                                         )
    vs.                                  )
                                         )
JEFFREY LOWE, LINDA LOWE,                )
MATTHEW RAY SEVERSON, BRETT              )
SCHELAND; BENJAMIN ALLEN                 )
WILDER, MINDY WILDER, GEORGE             )
KLAUS, III, et al.,                      )
                                         )
         Defendants.                     )
_____)
                                         )
JEFFREY LOWE and LINDA LOWE,             ) VOLUME I
                                         ) PAGES 1 THROUGH 190
         Third-Party                     )
         Plaintiffs,                     )
                                         )
    vs.                                  )
                                         )
STEVEN J. KOTT and KOTT, INC.,           )
                                         )
         Third-Party                     )
         Defendants.                     )
_____)


DEPOSITION OF LISA ROMERO

Taken on behalf of Defendants and Third-Party Plaintiffs Jeffrey Lowe and Linda Lowe, at the law offices of Davis Levin Livingston Grande, 400 Davis Levin Livingston Grande Place, 851 Fort Street, Honolulu, Hawaii 96813, commencing at 10:10 a.m., on Monday, January 10, 2005, pursuant to Notice.


BEFORE:

    Donna Kohls, CSR 146
    Notary Public, State of Hawaii

EXHIBIT A

CARNAZZO COURT-REPORTING CO., LTD.
532-0222

1  Q    What time was it, to the best of your recollection,
2  that you started listening to the DVD?
3  A    To the best estimate, I would say probably around
4  7:45, 8:00 o'clock, we started listening to the DVD.
5  Q    Were you able to finish listening to the DVD prior to
6  midnight that night?
7  A    Yes.
8  Q    Did you at any point in that evening feel inebriated
9  from the alcohol that you drank?
10 A    No.
11 Q    Did you feel any effect from the alcohol that you
12 drank that night?
13 A    No.
14 Q    What time did you go to bed that night?
15 A    We went back upstairs to the bedroom, I would say, 15
16 to 10 till midnight.  We wanted to be in bed by midnight.
17 Q    Did you again have sexual relations that night?
18 A    Yes.
19 Q    You wanted to have sexual relations at midnight?
20 A    Yes, to bring in the new year, yes.
21 Q    Do you recall what time you actually fell asleep or
22 started to fall asleep?
23       MS. NOHR:  I object to form.
24       THE WITNESS:  I'm sorry.  I don't understand
25 what just happened.