## DECLARATION OF LISA ROMERO

I, LISA ROMERO, declare and state that:

1. I make this statement based on personal knowledge.

2. In the early morning hours of January 1, 2003, I fell through a hole surrounding a fireman's pole in Matt Severson's second-story bedroom of a rental property located at 111 Hauoli Street in Kailua, Hawaii. My fall occurred less than twelve hours after I arrived in Honolulu to visit Matt.

3. I had visited the Hauoli Street home a total of five times prior to my arrival in Honolulu on December 31, 2002. I stayed in Matt Severson's second-floor master bedroom during each of these visits, but on all visits prior to the December 31, 2002 visit, there had been a guardrail surrounding the fire pole hole. And, during most of these visits, the fire pole hole appeared to have been completely closed off.

4. I did not visit the Hauoli Street residence at any time from the date Matt Severson removed the railing in early November, until December 31, 2002.

5. Matt Severson failed to tell me, prior to my fall through the fire pole hole, that he had removed the guardrail.

6. I did not notice, and was not aware, prior to my fall through the fire pole hole, that Matt Severson had removed the guardrail.

7. The bedroom was dark at the time I fell through the fire pole hole

8. I was sleeping on the side of the bed opposite the side I normally slept on during my prior visits to the Hauoli Street home. It was a straight-line path from the side of the bed on which I normally slept into the bathroom. It was a straight line from the side of the bed where I was sleeping just prior to falling through the fire pole hole into the fire pole hole.

9. I was not intoxicated or impaired by alcohol at the time I fell through the fire pole hole.

10. Approximately ten days after I fell through the fire pole hole, Jeffrey Lowe visited the property. I had met Jeffrey Lowe on two previous visits and knew him to be the owner of the Hauoli Street property. As he entered the property, he saw me. I obviously had been injured and he inquired what had happened. I explained that I had fallen through the fire pole hole. I did not at any time during this short conversation tell Jeffrey Lowe that the guardrail had been removed because I did not want to get Matt in trouble. Jeffrey Lowe did not ask how the accident happened, which surprised me. He very quickly turned and left the property.

I declare under penalty of perjury that the foregoing is true and correct.

*Lisa Romero*
Lisa Romero

CyberSecretaries
www.youdictate.com
Job Number: 05141-001
Billed Word Count: 710


EXHIBIT "B"