```
                                                                1
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   LISA ROMERO,                  ) CV 04-00285 DAE-BMK
                                   ) (Other Non-Vehicle Tort)
 5              Plaintiffs,        )
                                   )
 6        vs.                      )
                                   )
 7   JEFFREY LOWE; LINDA LOWE;     )
     MATTHEW RAY SEVERSON; BRETT   )
 8   SCHELAND; BENJAMIN ALLEN      )
     WILDER; MINDY WILDER; GEORGE  )
 9   KLAUS, III; JOHN DOES 1-10;   )
     JANE DOES 1-10; DOE           )
10   CORPORATION 1-10; DOE         ) DEPOSITION OF
     PARTNERSHIPS 1-10; and DOE    ) MATTHEW SEVERSON
11   GOVERNMENTAL ENTITIES 1-10;   )
                                   )
12              Defendants.        )
                                   )
13   _____)
                                   )
     JEFFREY LOWE AND LINDA LOWE,  )
14                                 )
          Third-Party Plaintiffs,  )
15                                 )
          vs.                      )
16                                 )
     STEVEN J. KOTT AND KOTT,      )
17   INC.,                         )
                                   )
18        Third-Party Defendants.  )
                                   )
19   _____)

20   Taken on behalf of the Plaintiff LISA ROMERO, at the law

21   offices of Davis, Levin, Livingston & Grande, 400 Davis

22   Levin Livingston Grande Place, 851 Fort Street,

23   Honolulu, Hawaii 96813, commencing at 9:05 a.m., on

24   Tuesday, April 12, 2005 pursuant to Notice.       EXHIBIT "C"

25
```

RALPH ROSENBERG COURT REPORTERS, INC.

150

1    A    Correct.

2    Q    And how much of those did each of you have,
3  if you recall?

4    A    I don't know.

5    Q    And the three to four beers was that before
6  dinner?

7    A    Yes, we drank beer before dinner.  And
8  while I was on the barbecue grill during dinner, we
9  shifted over to wine and then following dinner we
10 shifted over to mixed drinks.

11   Q    Okay.  And did you become intoxicated that
12 night?

13   A    Define intoxicated?

14   Q    Well, do you feel that you were impaired
15 from alcohol consumption that night?

16        MS. NOHR:  I'll object.  Vague and
17 ambiguous.

18        MR. REVERE:  Vague and ambiguous.

19        MR. FUJIMOTO:  Join.

20        THE WITNESS:  I could not have hopped
21 in a car.  I was over the legal limit.

22 BY MR. LIVINGSTON:

23   Q    And do you have an understanding as to
24 whether or not Lisa was impaired from alcohol
25 consumption that night?

```
                                                              151
 1               MR. REVERE:  Objection.  Calls for
 2   speculation.  Calls for a medical opinion.  Calls for
 3   legal conclusion.
 4               MS. NOHR:  Join.
 5               THE WITNESS:  Lisa is the kind of girl
 6   that would drink a drink for drink with me.  So if I
 7   was, then I would only speculate that she was as
 8   well.
 9   BY MR. LIVINGSTON:
10       Q    So approximately what time did you have
11   dinner, do you recall?
12       A    Approximately 6:30.
13       Q    And then what did you do after dinner?
14       A    We watched a video of a Dave Matthews Band
15   concert.
16       Q    During what period of time did you watch
17   that video?
18       A    After dinner, just shortly before New
19   Year's Eve.
20       Q    So when did dinner finish approximately?
21   It started at 6:30.
22       A    I'll speculate 7:30.
23       Q    And then shortly before New Year's, did you
24   go back upstairs?
25       A    Shortly before New Year's we walked down to
```