This is Claudine Barayuga speaking from Liberty Mutual Insurance at 589-8920, extension 344. Today is Friday, March 21, 2003. It's approximately 9:02 in the morning. I'm on the phone line with tenant Matthew Severson who I'm taking a statement from regarding an incident at 111 Hauoli Street, Kailua, Hawaii 96734.

Q:    Matthew, do you realize that I am recording?

A:    Yes.

Q:    Okay, do I have your permission to continue?

A:    Yes.

Q:    All right, Matthew, if you could please state your first name, middle name and then spell your last name.

A:    Sure. Matthew Ray Severson, last name S-E-V as in Victor, E-R-S-O-N.

Q:    Oh, Severson. Okay, and your street address?

A:    111 H-A-U-O-L-I Street.

Q:    Okay, and that's in Kailua, correct?

A:    Kailua.

Q:    And the property here you're living at is owned by our insureds, Jeffrey and Linda Lowe. And Matthew, you're a tenant there, is that correct?

A:    That is correct.

Q:    And you do pay rent to the Lowes on a monthly basis?

A:    Yes, monthly.

Q:    Now Matthew, if you could explain to me what happened or what you know as far as the 1st of January this year with Lisa Romero.

A:    Yes. About 4 o'clock in the morning I woke up to the sound of Lisa, which at that time was my girlfriend, and I heard more of a, not a shout, but just like a little call-out to my name, and I got up and I walked over near the bathroom and I was trying to, I heard her call my name but I didn't see her and I didn't know where she was, and then I heard it coming more from the fire pole in the house area which is in the corner of my room. And when I got near there, and there's usually foam blocking it, when I got near there it was at night, it was dark in the room but I could tell that the foam was gone and I looked down and I could see a shape at the bottom. At that time I shimmied down the fire pole and saw her laying a little bit distorted at the bottom of the fire pole on the carpet. And when I found her she was in shock, she had the wind knocked out of her, I mean she couldn't talk and she was in shock, almost hysterical. And then it took about, probably about three minutes before she'd calmed down enough where she could talk again, to be able to, you know, do that. And then so we sat there and let her get situated and then at that time I guess we were in denial.

EXHIBIT "D"

L00335

Q:   Okay, what time was dinner about?

A:   I kinda lost track of time. It was in the evening before 10 but after 8, somewhere.

Q:   Okay, between 8 and 10?

A:   Yeah.

Q:   So during dinner you two shared a bottle of wine?

A:   Right.

Q:   But before dinner she had two beers?

A:   Right. Between from when she got home to before dinner.

Q:   Oh, okay, so actually that's about five to eight?

A:   Right.

Q:   Okay, that time span.

A:   Right, because when we came home I brought her bags up and then went downstairs. We grabbed the beer and we sat on the back porch and talked and stuff like that. So it wasn't right before dinner. It was on the way up to dinner.

Q:   There was a time span in between?

A:   Right. I mean if you personally asked me the influence of alcohol at that time was, I would like to say it was non-existent but I definitely was not aware of the effects when I had woken up.

Q:   Yeah, for you it wore off already.

A:   Right, and for her she didn't, I'm going to make a gross, she did not, I mean you'd have to ask her but she did not seem impaired.

Q:   And has she since returned to Hawaii?

A:   No, she has not.

Q:   Does she have any plans to return?

A:   Yes, her spring break is coming up and she intends to come out at that time. She didn't intend to, I've been there on two occasions since then but she didn't like to fly since that has happened because it's really painful for her to sit a long time and she has reservations about staying at the house and the room because of...

Q:   What happened.