*cc. one*
ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON     4161-0
MARK S. DAVIS                      1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2006

at __3__ o'clock and __45__ min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>              Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>              Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 8 TO PRECLUDE TESTIMONY BY MINDY HEBERT (FKA MINDY WILDER) THAT PLAINTIFF DECEIVED HER; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br><u>Hearing on Motions in Limine</u>:<br>Date: February 28, 2006<br>Time: 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

|  |
|---|
| Third-Party Plaintiffs, |
| vs. |
| **STEVEN J. KOTT AND KOTT, INC.** |
| Third-Party Defendants. |

### PLAINTIFF'S MOTION IN LIMINE NO. 8 TO PRECLUDE TESTIMONY BY MINDY HEBERT (FKA MINDY WILDER) THAT PLAINTIFF DECEIVED HER

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves this Court in Limine to preclude testimony by Defendant Mindy Hebert (fka Mindy Wilder) regarding a telephone communication with Plaintiff in which Plaintiff requested her address in order to send her a birthday card. Defendant Hebert speculated in her deposition testimony that Plaintiff's request for her address was a subterfuge to obtain her address for purposes of serving the Complaint in this case. This testimony is inadmissible under Rules 401, 402, 403, 405, 602 and 608 of the Federal Rules of Evidence.

DATED: Honolulu, Hawaii, February 13, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

2