

ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON   4161-0
MARK S. DAVIS   1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>           Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>           Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 9 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE CONCERNING PLAINTIFF'S COMMENTS TO THE TENANT DEFENDANTS REGARDING HER MOTIVATION FOR FILING SUIT OR HER DESIRE TO**<br>(Caption continued on Next Page)<br><br>**Hearing on Motions in Limine:**<br>Date: February 28, 2006<br>Time: 9:00 a.m.<br>Judge: The Honorable David A Ezra<br><br>**Trial Date: February 28, 2006** |

|                              |                                                                                                                                                                                   |
|------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>Third-Party Defendants. | **COMPROMISE WITH THEIR INSURANCE COMPANIES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MICHAEL K. LIVINGSTON; EXHIBIT A; CERTIFICATE OF SERVICE** |

**PLAINTIFF'S MOTION IN LIMINE NO. 9 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE CONCERNING PLAINTIFF'S COMMENTS TO THE TENANT DEFENDANTS REGARDING HER MOTIVATION FOR FILING SUIT OR HER DESIRE TO COMPROMISE WITH THEIR INSURANCE COMPANIES**

Comes now Plaintiff above-named, by and through her attorneys, Davis Levin Livingston Grande, and hereby moves this Court in Limine to preclude Defendants JEFFREY and LINDA LOWE from offering any evidence concerning the comments she made to the settling Tenant Defendants regarding her motivations for filing suit and her willingness to compromise with their insurance companies. Such comments are not relevant to any matter at issue, and are specifically precluded as statements relating to settlement discussions under Rule 408 of the Federal Rules of Evidence.

2

    This motion is based on Rule 7 of the Federal Rules of Civil Procedure and Rules 401 and 403 and 408 of the Federal Rules of Evidence, the memorandum and exhibits attached hereto and the records and files herein.

    DATED: Honolulu, Hawaii, February 13, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

3