IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>              Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>              Defendants. | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>DECLARATION OF MICHAEL K. LIVINGSTON |
| JEFFREY LOWE AND LINDA LOWE,<br><br>              Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>              Third-Party Defendants. | |

## DECLARATION OF MICHAEL K. LIVINGSTON

I, MICHAEL K. LIVINGSTON, declare as follows:

1. I am one of the attorneys for Plaintiffs herein and make this declaration based on personal knowledge.

2. I am duly licensed to practice law in all courts in the State of Hawaii, and in the United States District Court for the District of Hawaii.

3. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's comment to Defendant George Klaus in an email dated June 2, 2003.

Executed this 13th day of February, 2006 at Honolulu, Hawaii.

_____
MICHAEL K. LIVINGSTON

2