Date: Mon, 2 Jun 2003 18:44:34 -0700 (PDT)
From: "Lisa Romero" <lisa_lina@yahoo.com>  Add to Address Book
Subject: Re: hey lisa
To: "George Klaus" <georgeklaus_99@yahoo.com>, "Sybil" <sybilrussell@hotmail.com>

Hi George!
Glad to hear you are doing well. How cool that you received 70 b-day cards. Many people love you. I'm doing good. Hanging in there. This has been one hell of a year...back breaks, heart breaks, etc. But oh' well! In New Mexico as we speak. Spending some good quality family and friend time. But I go back to Berkeley at the end of the week. Back to work...I have a qualifying exam in August and lots of dissertation stuff.

After I got your e-mail, I emailed my lawyer to follow up. You have nothing to worry about. Because your name was on the lease it is just a formality. As for Ben and Mindy the same holds true (and because neither of them were even there they just have to make a statement in that effect). The statement that you were asked to make was from USAA, not my lawyer. It can wait until you get back. It is just a statement that tells your side. The total truth. That you came home from duty...yada yada yada...helped transport me to the hospital....etc. Here is the e-mail directly from my lawyer in response your email...just so you can see you have no worries now or even when you get back:

>===== Original Message From Jcarteresq@aol.com =====
Lisa
Hi--glad to hear that things keep on improving. I suggest getting together on June 17 at 10:00 a.m. at my office for follow-up. Okay with you? And, vis-a-vis George Klaus--he doesn't have anything to worry about at this time (and in all likelihood will have little to worry about, period, as in all likelihood this matter will be dealt with by all of the insurance carriers). There is not going to be any sort of "default" taken against him. When he gets back on shore, he will be able to describe the situation to the insurance company's representative at that time. Call me when you return to confirm the June 17th appointment. Hope your vacation in Santa Fe is/was relaxing and upliftig.
Best, Jeffrey Carter

Hope that puts your mind to rest. The lawsuit is not to go after anyone. It is just to cover my medical expenses and some pain and suffering. It is going to



DEPOSITION
EXHIBIT
4
Klaus

D40001



EXHIBIT "A"

be directed towards Matt and the Lowe's. Not at them personally, but at there personal liability insurance. I am not out to make a buck. I just want to make sure everything is going to be taken care of. I know the official letters from the insurance and lawyers can be daunting, but please don't worry. You have been such a good friend and so supportive through the whole situation. I would never do anything to hurt you personally, financially, etc. I consider both you and Sybil very good friends. I hope this clears everything up. Please do not waste one minute worrying about this.

Take care of yourself. I continue to pray for you. Keep in touch.

I am going to cc' this to Sybil incase you talk to her before you are able to get email.

Lisa

-------------------------------------------------------------

hey lisa,
    Thanks so much for your bday wishes you sent and the awesome pic of sybil and i. It was really sweet of you to think of me and it helped me celebrate a special birthday underway. There were about 60-70 cards I was able to open on my big day, so it eased the pain of being underway for a 3rd straight birthday. Sybil passes onto me that you are doing better these days and that she has enjoyed being a part of your healing process. That's also great that you finished up your 2nd year at UC....congrats! You're just about there...one year left and I'll have to call you Doc!
    Sybil has also been talking to Mindy who made reference to filling out a statement with the whole accident/lawsuit thing. First off, I totally understand why you are doing it and I take no offense to it at all. The reason I'm writing is that since I am mentioned somewhere in the lawsuit by name, I want to be able to provide some sort of statement describing/declaring my involvement with the accident. Supposedly, if I don't reply within a certain amount of time of when the lawsuit was issued (or something like that) then I can potentially become automatically liable...I would obviously like to avoid that and that's why I'm writing you now. Maybe you can ask your lawyer what I need to do or if this email will suffice or if you can describe my involvement as part of my statement for the lawsuit. As for timeliness with this email/request, my boat is getting ready to get going real soon here (we are in JPN) and will probably stay silent for at least the next month or so, so I won't be able to handle any of this stuff until I get back (Sybil knows about when that is). If you could help me

D40002

out in any way, I would very much appreciate it.
   Pass my best onto your Mom. Keep getting stronger and keep your spirits up:) Much love to you, Big G

D40003