IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>  vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party Plaintiffs<br>  vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE 8 TO PRECLUDE REFERENCE TO RICHARD GILL; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE 8 TO PRECLUDE REFERENCE TO RICHARD GILL; AFFIDAVIT OF WARD F.N.

FUJIMOTO; EXHIBITS "A" - "E"; was duly served on the following attorneys by hand delivery on February 13, 2006.

       MICHAEL K. LIVINGSTON, ESQ.
       MARK S. DAVIS, ESQ.
       Davis Levin Livingston Grande
       851 Fort Street, Suite 400
       Honolulu, Hawaii  96813

       Attorneys for Plaintiff
       LISA ROMERO

DATED: HONOLULU, HAWAII,   February 13, 2006

       RANDALL Y.S. CHUNG
       WARD F.N. FUJIMOTO
       Attorneys for Defendants
       and Third-Party Plaintiffs
       JEFFREY LOWE and LINDA LOWE

2