IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>　　　　　Third-Party<br>　　　　　Plaintiffs<br>　vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>　　　　　Third-Party<br>　　　　　Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

　　　　I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 9 TO PRECLUDE REFERENCE TO CUMULATIVE DAMAGES WITNESSES; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 9 TO PRECLUDE REFERENCE TO

CUMULATIVE DAMAGES WITNESSES was duly served on the following attorneys by hand delivery on February 13, 2006.

> MICHAEL K. LIVINGSTON, ESQ.
> MARK S. DAVIS, ESQ.
> Davis Levin Livingston Grande
> 851 Fort Street, Suite 400
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiff
> LISA ROMERO

DATED: HONOLULU, HAWAII,    February 13, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE