Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG         2929-0
WARD F.N. FUJIMOTO         4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.    536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at 4 o'clock and 00 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>            Plaintiff,<br><br>   vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>            Third-Party<br>            Plaintiffs<br>   vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>            Third-Party<br>            Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 10 TO PRECLUDE REFERENCE TO KULVEEN SACHDEVA; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. NO. 10 TO PRECLUDE REFERENCE TO KULVEEN SACHDEVA; AFFIDAVIT OF WARD F.N. FUJIMOTO; EXHIBITS "A" - "E"; CERTIFICATE OF SERVICE<br><br>Date:   February 28, 2006<br>Time:   9:00 A.M.<br>Judge:  The Honorable David<br>        A. Ezra<br><br>**Trial: February 28, 2006** |

NOTICE OF MOTION

TO: MICHAEL K. LIVINGSTON, ESQ.
    MARK S. DAVIS, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street, Suite 400
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
    LISA ROMERO

NOTICE IS HEREBY GIVEN that the attached DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 10 TO PRECLUDE REFERENCE TO KULVEEN SACHDEVA shall come on for hearing before the Honorable David A. Ezra, Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Jonah Kuhio Kalanaianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at nine o'clock (9:00) a.m. on February 28, 2006, or as soon thereafter as counsel can be heard.

DATED: HONOLULU, HAWAII, February 13, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>  vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party Plaintiffs<br>  vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 10 TO PRECLUDE REFERENCE TO KULVEEN SACHDEVA |

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY
LOWE AND LINDA LOWE'S MOTION IN LIMINE
NO. 10 TO PRECLUDE REFERENCE TO KULVEEN SACHDEVA

Comes now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby move this Honorable Court, in limine, for an order precluding Plaintiff and her respective attorneys,

representatives, and lay and expert witnesses, from referring to, discussing, commenting upon, mentioning or in any way suggesting or introducing any evidence and/or testimony relating to or concerning Kulveen Sachdeva.

This Motion is made pursuant to Rules 401, 402, 403, and 702 and 703 of the Federal Rules of Evidence, Rules 7, 15, 16, 26(a)(2) and 37(c) of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum, affidavit and exhibits and the entire record and file herein.

DATED: HONOLULU, HAWAII, February 13, 2006

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2