IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) AFFIDAVIT OF WARD F.N. FUJIMOTO |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

AFFIDAVIT OF WARD F. N. FUJIMOTO

STATE OF HAWAII      )
                     : SS.
CITY AND COUNTY OF HONOLULU   )

WARD F. N. FUJIMOTO, being first duly sworn, on oath, deposes and says:

1. That he is licensed to practice law in all courts of the State of Hawaii and the United States District Court for the District of Hawaii;

2. That he is a member of the law firm of MATSUI CHUNG, attorneys for Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE;

3. That he has personal knowledge of the matters set forth herein except and unless stated to be upon information and belief;

4. That attached hereto as Exhibit "A" is a true and correct copy of a questionnaire form dated June 11, 2004, produced by Kulveen Sachdeva as part of her records;

5. That attached hereto as Exhibit "B" are true and correct copies of pages 14, 18, 36-37, 56-64 and 83-84 from the Deposition of Kulveen Sachdeva, taken on January 11, 2006;

6. That attached hereto as Exhibit "C" is a true and correct copy of Thomas Yankowski's Line of Questioning For Medical Expert Form dated September 24, 2004, produced by Dr. Sachdeva as part of her records;

7. That attached hereto as Exhibit "D" is a true and correct copy of Glenda Evans-Shaws Questionnaire form, produced by Dr. Sachdeva as part of her records;

      8.   That attached hereto as Exhibit "E" is a true and correct copy a letter from Plaintiff's counsel Michael Livingston, Esq. dated August 31, 2004 and related clinical note produced by Dr. Sachdeva as part of her records;  and

      Further Affiant Sayeth Naught.

                                                    WARD F. N. FUJIMOTO

Subscribed and sworn to before me
this 13th day of February 2006.

JoDen D. Ancog
Notary Public, State of Hawaii

My Commission Expires: 05/13/2008

3