# KULVEEN SACHDEVA, M.D.
## Neurology

*Please complete both pages of this form.*

Name: Lisa Romero   Date: 6-11-04

Referring M.D.: Dr. Hedelman   Age: 32

Other M.Ds you see: Dr. Randall, Dr. Zouickian (prior)

**What is the reason to see Dr. Sachdeva today?**

L1 Burst Fracture follow-up care - pain management. Referred by Davis Levin Livingston Grande Law Firm in Hawaii - Prior patient/client Ausstine Josepha.

**Please list your neurological problems in order of importance to you.**

Chronic back pain
Follow up care for L1 burst fracture & surgery

**Please list all medications, including non prescription drugs and over the counter medications.**

| Name | Dose |
|---|---|
| Celebrex | 200/mg - as needed |
| Vicodin | 500/mg - as needed |
| Tylenol | } as needed. Max per day |
| Advil | |
| Alleve | |
| San Qi 17 | 9 tabs/day |

**Have you ever been diagnosed with:**

High Blood Pressure    Y __ N ✓
Diabetes               Y __ N ✓
Stroke                 Y __ N ✓

000002

EXHIBIT A

High Cholesterol    Y _ N ✓
Migraines           Y _ N ✓
Other _____

Are you allergic to any medications? Y ✓ N _
Please list   Penicillin

Have you ever smoked?  NO    How much? _____

Family Medical History:

Stroke  yes - maternal grandmother
Seizures  No
Migraines  No
Multiple Sclerosis  No
Parkinsons Disease  No
High Blood Pressure  No
Diabetes  No
Other _____

**THANK YOU!**

000023