**DEFENDANT'S EXHIBIT 7 Sachdeva**

09/24/2004  10:29   5104659160        CENTER CAREER EVAL          PAGE  02

## LINE OF QUESTIONING FOR MEDICAL EXPERT

- What is the diagnosis? L1 Burst Fx, C/L Pain Neuropathic Pain S/P Laminecto Tot & instrumentation.
- Do you recommend any future treatment? (Specify) Medication, Exercise prog / Or Gym / Therapist
- Is the medical condition permanent and stationary? Yes.
- Are there any residual functional limitations from prior injuries? None of prior inj
- What are the residual functional limitations from this injury? Low endurance for sitting long hrs. lifting limitation Bending twisting pushin
- Is there a need to take regular breaks from certain activities? How long? How often? Sitting. 3x/hr for few to several min.
- Are there limitations in performing any activities of daily living? No. / household chores - limitation
- Are there any limitations in terms of driving? Yes. 1 hr max.
- Is the patient able to work full-time? If not, why? When? Yes w/ limitation
- Is the patient able to work part-time? How many days per week and hours per week? Yes with limitation
- Are there any restrictions in terms of (a) typing, (b) computer input, (c) desk calculator input, or (d) writing activities? NO
- Are there any restrictions in terms of (a) filing activities or (b) answering a phone? NO
- Would the patient benefit from any ergonomic equipment? Are there any specifically designed work stations or alternative work schedule that would maximize potential for full-time employment? What modifications? Yes. Ergonomic chair, ergonomic desk.
- What activities does the patient report he/she cannot do physically on the job? Do you agree? Lifting x 20lbs, bending, twisting, pulling, & ladder craw[l]ing
- Is any type of Work Hardening, Physical Therapy, or Pain Management Program recommended? Work Hardening, P.T.
- Will bursitis or arthritis interfere with any work activities in the future? Possibly

EXHIBIT C
000011

000006