09/21/2004  21:46  2092679394          STRATEGIC HEALTH ALL          PAGE 01

**FROM THE DESK OF**

GLENDA EVANS-SHAW, BSN, RN, CCM
STRATEGIC HEALTH ALLIANCES
P.O. BOX 506
AMADOR CITY, CALIFORNIA 95601
OFFICE    209/267-0890
FAX       209/267-9394
VOICE MAIL/PAGER 916/531-4384

TO:   KULVEEN SACHDEVA, M.D.          DATE: SEPTEMBER 22, 2004
      925/866-7255
                                      RE:  LISA ROMERO
                                      BD:  07-14-71

PAGES:   THREE, INCLUDING COVER PAGE

DR. SACHDEVA, AS YOU ARE AWARE WE ARE CHARGED WITH PROVIDING A LIFE CARE PLAN FOR MS. ROMERO AT THE REQUEST OF HER ATTORNEY, MICHAEL LIVINGSTON, ESQ. AT DAVIS, LEVIN, LIVINGSTON, GRANDE LAW OFFICE. WE ARE ALSO ON AN EXTREMELY TIGHT TIME SCHEDULE-THE REPORT IS DUE ON 10-02-04.

PLEASE REVIEW THE FOLLOWING QUESTIONS, COMMENT AND FAX YOUR ANSWERS TO OUR ATTENTION AT 209/267-9394 AS SOON AS POSSIBLE. PLEASE DO NOT HESITATE TO CALL IF YOU HAVE ANY QUESTIONS. WE ARE AVAILABLE TODAY AND FRIDAY AT 209/267-0890.

1. FUTURE MEDICAL TREATMENT REQUIRED/WHEN/TYPE/FREQUENCY OF TREATMENT/LIFETIME?

   *PT.  Med F/u   Surgery.*
   *± Gym pr  Medication*

2. MEDICAL OFFICE VISIT/FREQUENCY OF VISITS/LIFETIME/CHARGES?

   *2/yr - L/T*

3. HOSPITALIZATION/LENGTH OF STAY/WHY/FREQUENCY THROUGHOUT HER LIFETIME?

   *If surgery required →*

4. ADAPTIVE DEVICES/TYPE/DURATION/LIFETIME?

   *No*

5. PHYSICAL THERAPY/TYPE/FREQUENCY/DURATION/LIFETIME?

   *6-8 session/yr*

6. ANTICIPATED DISABILITY/DECREASE IN FUNCTIONALITY, NOW/LIFETIME?

   *Limitation 2° poor endurance*
   *c̄ stair, ↑ans, walk*

EXHIBIT D                                                    000061

09/21/2004  21:46    2092679399          STRATEGIC HEALTH ALL          PAGE  02

RE:  Lisa Romero                                                                                    2

7.  CURRENT/FUTURE DIAGNOSTIC LABORATORY TESTS/FREQUENCY/LIFETIME?

   MRI

8.  CURRENT/FUTURE LABORATORY TESTS/FREQUENCY/LIFETIME?

9.  MEDICATION REGIME/NOW/LIFETIME?
    CURRENT:    CELEBREX    200 MG
                VICODIN               500 MG
                TYLENOL
                ADVIL
                ALLEVE
                SAN Q 17
    Lidoderm patches.

10. RISK FACTORS/NOW/LIFETIME?

11. HEALTH PRECAUTIONS REQUIRED FOR CLIENT/NOW/LIFETIME?

THANK YOU
GLENDA EVANS-SHAW, BSN, RN, CCM
ENCLOSURE: MEDICAL AUTHORIZATION

Cc:   MICHAEL LIVINGSTON, ESQ.          JEFFREY RANDALL, M.D.
      808/5457802                       510/351-2425

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY FORBIDDEN. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE US POSTAL SERVICE. THANK YOU!

000062