## DAVIS · LEVIN
## LIVINGSTON · GRANDE
ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 545-7802
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-7200
Kaua'i: 245-6100

MICHAEL K. LIVINGSTON
mlivingston@DavisLevin.com

August 31, 2004

**VIA U.S. MAIL AND
FACSIMILE, (925) 866-7255**

Kulveen Sachdeva, M.D.
5401 Norris Canyon Road, Suite 110
San Ramon, CA 94546

Re:   Our Client/Your Patient: Lisa Romero

Dear Dr. Sachdeva:

We are writing to you on behalf of our client and your patient, **Lisa Romero**, to request your assistance in consulting by phone with our vocational rehabilitation expert, **Thomas Yankowsky**, and our life care planning expert, **Glenda Evans Shaw**, in the above-referenced matter. It is my understanding that Ms. Romero has contacted you about speaking with our experts. This will also confirm that you should bill this law firm directly for any time that you spend in connection with these consultations. Please send the invoice for your services to my attention.

Your assistance and cooperation are greatly appreciated. Thank you.

Sincerely,

DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON

MKL:bjl
cc: Lisa Romero

**EXHIBIT E**

000011

NAME_____  DATE_____

PHONE_____

PHARMACY_____  RX PHONE_____

I told Jim Martin Lisa Ponepe's Lawyer in hawaii ok to do a ~~cont~~ teleconference tues. 12-7-04  6:30

He will fax all the info.

000005