DEFENDANT'S
EXHIBIT
7
Sachdeva

09/24/2004  10:28    5104659186          CENTER CAREER EVAL               PAGE  02

## LINE OF QUESTIONING FOR MEDICAL EXPERT

- What is the diagnosis? *Li Burst Fx, C/Pain  Neuropathic Pain*
*S/P Laminectomy T9-T4 ē instrumentation.*

- Do you recommend any future treatment? (Specify) *Medication /*
*Exercise prog / Dr Gym / Therapist*

- Is the medical condition permanent and stationary? *Yes*

- Are there any residual functional limitations from prior injuries? *None*
*of prior inj*

- What are the residual functional limitations from this injury?
*Low endurance for sitting long hrs, lifting limitation*

- Is there a need to take regular breaks from certain activities? How long? *Bending*
How often? *Sitting. 3x/hr for few to several min* *twisting* *pushing*

- Are there limitations in performing any activities of daily living?
*No. / household chore - limitation*

- Are there any limitations in terms of driving?
*Yes. 1 hr max.*

- Is the patient able to work full-time? If not, why? When?
*Yes w/ limits*

- Is the patient able to work part-time? How many days per week and hours
per week? *Yes with limitation*

- Are there any restrictions in terms of (a) typing, (b) computer input, (c)
desk calculator input, or (d) writing activities? *NO*

- Are there any restrictions in terms of (a) filing activities or (b) answering a
phone? *NO*

- Would the patient benefit from any ergonomic equipment? Are there any
specifically designed work stations or alternative work schedule that would
maximize potential for full-time employment? What modifications?
*Yes. Ergonomic chair, ergonomic disk.*

- What activities does the patient report he/she cannot do physically on the
job? Do you agree?
*Lifting & Pulling, bending, twisting Pulling & ladder crawling*

- Is any type of Work Hardening, Physical Therapy, or Pain Management
Program recommended? *Work Hardening, P.T.*

- Will bursitis or arthritis interfere with any work activities in the future? *Possibly*

EXHIBIT A

00011

000006