*Ambulation*
Ms. Romero was able to ambulate for 10 minutes continuously on a level, carpeted surface for approximately 1/3 of a mile. However, she reported increased tightness in her low back and requested a brief seated rest break following ambulation.

**Upper Extremity Function**

*Grip and Pinch Strength*
Grip strength tested per setting #2 of the Jamar Dynamometer averaged 34 pounds on the right and 32 pounds on the left, which are 43% and 47% of average for age and gender respectively. Lateral pinch averaged 16 pounds on the right and 14 pounds on the left, which are 85% and 79% of average for the right and left hands respectively. She did not report any difficulty with grip or pinch strength testing. Coefficient of variation for grip and pinch strength was in the acceptable range as a measure of consistent maximal effort.

*Dexterity*
Manual dexterity tested using the Minnesota Rate of Manipulation Test ranked in the 42nd percentile and in the average range. Fine finger dexterity tested using the Purdue Pegboard ranked in the 86th percentile and in the above average range. She did not report any difficulty with manual or fine finger dexterity testing for periods of 3-5 minutes. She demonstrated competitive testing behaviors with both of the above tests.

*Forward and Overhead Reaching*
Forward and overhead reaching combined with manipulating dials, toggles, and switches was performed for 5 minutes each. She reported increased pain with forward and overhead reaching tasks in her lower back. The pain in her lower back worsened with overhead reaching activities.

Ms. Romero was able to perform low level reaching activities to move 5 pound discs along vertical and horizontal bars while squatting and kneeling. She was unable to stoop to perform low level tasks. She did not report any difficulty with kneeling. However, she reported increased pain and tightness with squatting while performing this activity. Ms. Romero became tearful following this activity.

*Typing/Keyboarding*
Ms. Romero was able to perform typing/keyboarding for a maximum of 20 minutes continuously. She reported increased low back pain with typing and sitting for 20 minutes, at which time she requested a break. She was able to type an average of 42 words per minute during this 20 minute time period.

0025

## Lifting

### Static Lifting
Using the ERGOS Work Simulator Panel 1, Ms. Romero was able to statically push 5 pounds and pull 14 pounds at cart height (42 inches). She was also able to statically lift 19 pounds at knuckle height (27 inches). She reported increased lower and middle back pain with all static lifting activities. She demonstrated good body mechanics with each lift.

### Dynamic Lifting

*12" to Waist*
Ms. Romero was able to lift a maximum of 10 pounds from 12" to waist level. She reported increased low back pain when bringing the weight up to waist level. She attempted to lift 15 pounds from this level, but she was unable due to pain.

*12" to Shoulder*
Ms. Romero was able to lift a maximum of 10 pounds from 12" to shoulder level with reported pain in her lower back.

*Waist to Shoulder*
Ms. Romero was able to lift a maximum of 10 pounds from waist to shoulder level with reported pain in her lower back.

### Carrying

*Bilateral*
Ms. Romero was able to carry a maximum of 10 pounds for 100 feet. She did not report an increase in pain while carrying this weight for the first 50 feet. She reported increased pain in her lower back and right side while carrying 10 pounds for the last 50 feet.

*Unilateral*
Ms. Romero was able to carry a maximum of 7.5 pounds on her right side for 30 feet. She was unable to carry this weight with her right arm for more than 30 feet due to pain in her lower back and right side.

Ms. Romero was able to carry a maximum of 7.5 pounds using her left arm for 50 feet with reported increase in low back pain.

## BEHAVIORAL OBSERVATIONS

Ms. Romero arrived promptly to the evaluation center for her scheduled appointment. Ms. Romero was pleasant and cooperative throughout the entire evaluation process.

0026

Upon arrival to the evaluation center, Ms. Romero rated her pain level to be a 2 on a scale of 0 to 10, with 10 requiring emergency room treatment. She reported taking celebrex and a lidoderm patch prior to participating in the evaluation. She reported aching in her middle to low back and sensitivity in her upper back/scapular region. She also reported numbness in her right side buttocks region.

During the evaluation, Ms. Romero's subjective complaints of pain were consistent with her observed pain behaviors. She was observed to frequently shift positions and clutch her lower back during the evaluation. Ms. Romero also became tearful on 3 occasions and reported feeling upset and depressed regarding her current level of function. She reported that she never realized the extent of her functional limitations until the testing program. She required several rest breaks while changing positions with any prolonged standing or sitting. At the end of the evaluation, she requested to lie down in a supine position to relieve her pain symptoms. She reported that she usually must lie down at home after 45 minutes of activity. Upon completion of the evaluation, she reported her pain level had increased to a 7 out of 10. She reported feeling "tired, depressed, and disappointed in myself."

Overall, Ms. Romero provided full physical effort during the evaluation as evidenced by good consistency testing and competitive testing behaviors.

## CONCLUSIONS

Ms. Romero currently demonstrates limited sitting and standing tolerances. She was able to tolerate sitting for a maximum of 20 minutes and dynamic standing for 30 minutes. She reported that she is occasionally able to sit for 45 minutes at home in her ergonomic office chair. She requires frequent changes in positioning due to increased low back pain with prolonged sitting and standing.

Ms. Romero was able to lift a maximum of 10 pounds from 12" to waist, 12" to shoulder, and waist to shoulder levels. She was also able to carry a maximum of 10 pounds bilaterally. She demonstrated good body mechanics with lifting activities.

Ms. Romero exhibited decreased lumbar range of motion and was unable to stoop and bend to perform low level activities due to pain. She was able to perform forward reaching with minimal pain in her low back due to prolonged sitting and standing. Overhead reaching was limited due to increased low back pain. She did not demonstrate any limitations with grip and pinch strength, although her grip strength was in the low average range. She possesses average to above average manual/fine finger dexterities.

Finally, Ms. Romero was noted to put forth a full and consistent effort throughout the evaluation as confirmed by isometric testing.

Therefore, Ms. Romero currently meets the physical lifting demands of Sedentary work level as defined by the U.S. Department of Labor. Sedentary work requires lifting a maximum of 10 pounds occasionally. However, Sedentary work also involves sitting most of the time. Ms. Romero is unable to tolerate prolonged sitting for more than 20 minutes at a time and requires frequent changes in positioning. She reported that dynamic standing is most tolerable for her at this time.

Projected Costs of Ergonomic Assessment and Equipment:

Ms. Romero would benefit from a comprehensive ergonomics assessment of her workstation to make recommendations regarding modifications and equipment which would possibly enable her to perform work-related activities in a home-based environment. It should be noted that this ergonomic equipment would not increase her stamina or work production, but it would allow her more flexibility to maintain her work station.

An estimated cost of an Ergonomics Assessment including evaluation, report, and research would be approximately $300.

Ms. Romero may possibly benefit from the following ergonomic equipment. It should be noted that a formal Ergonomic Assessment would be needed for more accurate recommendations (Pricing from Alimed and Renaissance Resources).

Hi-Low Pneumatic Operated Workstation ($1800)
Ergonomic Office Chair ($800)
Telephone Headset ($150)
Computer ($1700)
Computer Software & Supplies ($600/yr.)
Multi-use Printer ($400)
Ergonomic Keyboard ($100)

| SUPPORTING DATA |
|---|

**AGE:** 33    **HEIGHT:** 5'4"    **WEIGHT:** 135 lbs.

## Functional Capacity Testing

| Functional Activity | Measured Tolerance | Reason for Stopping |
|---|---|---|
| Sitting | 20 minutes | Maximum tolerance Pain |
| Standing (Dynamic) | 30 minutes | Maximum tolerance Pain |
| Walking (10 minutes) | 1/3 of a mile | Completed activity Pain |
| **Agility** | | |
| Stooping/Crouching | Unable | Pain |
| Kneeling | Initial screening: 15 secs. | Completed activity |
| Squatting | Initial screening: 15 secs. | Completed activity Pain |
| **Reaching** | | |
| Forward:  Intermittent | 5 minutes | Completed activity Pain |
| Overhead | 5 minutes | Completed activity Pain |
| **Dynamic Lifting** | | |
| Waist to Shoulder | 10 pounds | Maximum tolerance Pain |
| 12" to Waist | 10 pounds | Maximum tolerance Pain |
| 12" to Shoulder | 10 pounds | Maximum tolerance Pain |
| **Static Strength** | | |
| Push (42" height) | 5 pounds | Maximum tolerance Pain |
| Pull (42" height) | 14 pounds | Maximum tolerance Pain |
| Lift Knuckle height (27") | 19 pounds | Maximum tolerance Pain |
| **Carrying** | | |
| Bilateral Upper Extremities (30 feet) | 10 pounds | Maximum tolerance Pain |
| Right Upper Extremity (30 feet) | 7.5 pounds | Maximum tolerance Pain |
| Left Upper Extremity (50 feet) | 7.5 pounds | Maximum tolerance Pain |

## *Hand/Finger Strength and Dexterity*

| Test | Measurement | Mean/Effort |
|---|---|---|
| Grip Strength – **Right** | Average: 34 lbs. | 43% of Mean |
| Coefficient of variation | CV: 4.8% | Effort: Maximal |
| Grip Strength – **Left** | Average: 32 lbs. | 47% of Mean |
| Coefficient of variation | CV: 7.6% | Effort: Maximal |
| **Pinch Strength** | | |
| Lateral/3 point | Right: 16 lbs. | 85% of Mean |
| Coefficient of variation | CV: 3% | Effort: Maximal |
| Lateral/3 point | Left: 14 lbs. | 79% of Mean |
| Coefficient of variation | CV: 3.3% | Effort: Maximal |
| **Manual Dexterity** | | |
| Minnesota Rate of Manipulation Norms: Adults | 42nd percentile | Average |
| **Finger Dexterity** | | |
| Purdue Pegboard Norms: Industrial | 86th percentile | Above average |

0030

RECEIVED JAN 0 6 2005

RE: Lisa Romero                                          January 5, 2005

## LABOR MARKET SURVEY
## Public Health Administrator

The following Labor Market Survey was conducted of representatives in the Public Health industry. Specifically, experts in the field of reproductive health were selected who were aware of the national and international job potential for graduates with a Doctorate in Public Health. These representatives included committee members and chairpersons of the American Public Health Association's Committee on Population, Reproductive Health, and Family Planning.

Ms. Romero was presented to these contacts as possessing a Ph.D. in Public Health from U.C. Berkeley, specializing in Adolescent and Womens' Reproductive Health. They were informed that she had 10 years of work experience in the field, working for non-profit agencies, state and federal governments, and international health organizations. She had finished at the top of her class in her Doctoral Program, and she recently had research accepted for publication in a peer review journal.

It was also reported to these contacts that she had sustained an injury which resulted in her needing to fluctuate from sitting and standing after 20-30 minutes, with a maximum of 2 hours a day of computer inputting. She would need breaks throughout the day, which may include laying down or stretching. She is restricted to lifting a maximum of 10 pounds with no repetitive bending and stooping or forward/overhead reaching. She should also not drive more than one hour a day, nor perform air travel on a regular basis.

## RESULTS

All of the contacts reported that Ms. Romero, prior to her injury, was highly qualified to obtain a position as a professor in an academic institution or as an executive director with a private or governmental agency. These contacts in the field also reported that regular openings occur, particularly for a candidate such as Ms. Romero, given her specialty area, work experience, and degree from a highly reputable university.

The average starting salary for these types of positions, as derived from information provided by these experts in the field, would be $96,000 per year to start, increasing to $111,110 per year after three years of experience. Benefits would typically include medical, dental, and retirement.

Given her physical limitations, however, all of the contacts agreed that Ms. Romero would have difficulty obtaining or maintaining employment in tenured academic positions or executive director positions in private or governmental agencies. Instead, these contacts confirmed that Ms. Romero's best vocational alternative would be to pursue to half-time positions, including a home-based consulting position. Job accommodations were recommended, as well as the need to identify selective employer arrangements in order to meet Ms. Romero's physical needs.

The average starting salary for these types of positions was estimated to be $66,250 per year, increasing to $76,250 per year. Benefits would not typically be provided for these types of employment opportunities. Additionally, it should be noted that consulting work is not guaranteed, which would also affect her projected income.

## LABOR MARKET CONTACTS

1. **Dr. Marie Harvey (541) 346-4120**

Ms. Harvey has more than 25 years of experience in Public Health, including 20 years of experience in the academic field. She is chair of the American Public Health Association's Population, Family Planning, and Reproductive Health Section Committee. She currently is teaching and Director of Research in the Public Health Program at the University of Oregon.

Dr. Harvey indicated that Ms. Romero was a highly qualified candidate. She felt that Ms. Romero would have been able to receive employment in the governmental or private sector which pays higher than the university. She estimated that the average salary for someone with her background would be $100,000 per year for governmental or private sector positions, increasing to more than $110,000 per year after 3 years of experience. She stated that these types of positions provide medical, dental, and retirement benefits. She also indicated that regular openings occur in this field for someone with Ms. Romero's background. She definitely would have been able to obtain a job in her specialty area of HIV and Womens' Reproductive Rights. She reported that there was a high level of funding on a national and international basis for HIV programs. She reiterated that "Ms. Romero is very marketable."

Following her injury, Dr. Harvey indicated that Ms. Romero would have more limited opportunities. She might be able to teach as an adjunct professor. However, Dr. Harvey did not feel that Ms. Romero would be able to withstand the rigors of working in a full-time faculty position in a

0032

tenured tract. Because of her limitations, she would have difficulty being promoted on a tenured academic tract. Adjunct professors, however, work more at home, teaching one or two classes. However, these employment situations are typically fixed-term for a 9 month position. She estimated that the typical salary would be $55,000 per year for 9 month appointments, although another $20,000 per year could be obtained through grants or teaching during the summer months. After 3 years, she estimated that an adjunct professor could receive $60,000 per year, while still receiving the $20,000 per year supplemental income. Full benefits are not typically available. She stated that regular openings occur for these types of positions throughout the United States.

She also indicated that Ms. Romero would be able to locate work on a half-time basis in an office and half-time basis as a consultant. She estimated that the salary for these types of positions combined would be $60-70,000 per year to start, increasing to $70-80,000 per year after three years. However, benefits would not typically be available. She felt that these types of positions, such as a grant writer or health educator, would be available on a part-time basis, particularly due to technology and the availability of access through the internet and email.

2.    **Dr. Cynthia Green (202) 939-2690**

Dr. Green is the Director for the Center for Development and Population Activities in Washington, D.C. She has more than 35 years of experience in this field and was the previous chair of the APHA Committee of Population, Reproductive Health, and Family Planning.

Dr. Green indicated that Ms. Romero was a viable candidate for a higher level executive position in Public Health following her Ph.D. She indicated that Ms. Romero would have been able to receive a starting salary in the government or U.S. Aid program of approximately $100,000 per year, which is comparable to a GS 14 level. Ms. Romero was also highly qualified to become an Executive Director, receiving a salary of at least $110,000 per year to start. She estimated approximately a 10% raise for the first 3 years. She reported that benefits would include medical, dental, and retirement. If someone works overseas for U.S. AID, a cost of living differential would be added to the salary, as much as 25% of the base.

Dr. Green reported that there would always be a need for people with Ms. Romero's background in the field, especially given her career specialty. She indicated that Ms. Romero would be promoted to the highest level of positions.

0033

Dr. Green indicated it was unlikely, following her injury, that Ms. Romero would be able to maintain a full-time teaching position. She indicated that there was a tremendous amount of preparation needed. Faculty members must work more than full-time hours, both teaching and performing research. She indicated that teaching positions typically pay less than the private or government sector.

Dr. Green indicated that Ms. Romero's "best bet" would be for her to pursue half-time positions. She stated that Ms. Romero would need an understanding employer which allowed her to fluctuate as needed in an office-based program. A half-time consulting position would be viable. However, Dr. Green expressed concern regarding her limitations to perform computer keyboarding. She estimated that these types of positions, regardless if they were half-time, would still require up to 2-4 hours a day of computer work typically. She stated that there is an extensive amount of email communication expected, particularly if the program has international connections. As a consultant, one would need to be able to use a computer to write reports, interview people on the phone, and perform research both on the web and a library. She suggested that a laptop would be helpful possibly if she could lie down while accessing data. However, Dr. Green expressed concern that Ms. Romero would be able to work full-time. She emphasized that Ms. Romero would need to find a selective employer that accommodated her. She added it would be difficult for Ms. Romero to work at home or in an office if she were required to supervise employees. Typically, a supervisor is expected to work at the office full-time and not split work time between the home and office.

Dr. Green indicated that a typical starting salary for someone performing these two half-time jobs would be $70,000 per year to start, increasing to $80,000 after three years. Because the two positions are half-time, she would not expect benefits to be provided. She stated that many consulting contracts are for limited periods of time, as little as 10 days. There is no guarantee that contracts will be continued.

3.    **Leslie Kantor (973) 763-3903**

Ms. Kantor obtained a Masters in Public Health from Columbia University in 1992. She has 12 years experience in the field following completion of her Masters Degree. She has previous work experience with Planned Parenthood in New York. She is currently working as a consultant in the Public Health arena.

0034

Ms. Kantor indicated Ms. Romero would have been "absolutely employable" following completion of her Doctorate Program from UC Berkeley. She estimated that a typical salary for someone with Ms. Romero's background would be $100,000 per year to start, increasing to $110,000 per year after 3 years. She indicated that the Executive Director of Planned Parenthood in New York receives $175,000 per year. She also felt that Ms. Romero would be qualified to administer a State Department of Health program.

Following her injury, Ms. Kantor indicated that a consulting position would be a viable option for Ms. Romero. Ms. Kantor stated that she personally started consulting work in August of this year. Her specialty is reproductive health, but she had not been able to obtain any contracts in this area. Instead, she has been working on the issues of homelessness and lead poisoning.

Ms. Kantor indicated that it was unlikely Ms. Romero would be able to obtain a half-time position where she was expected to supervise. Supervising positions do pay higher salaries. However, it was difficult for employers to allow supervisors to work at home part of the time due to the need to monitor the employees' ongoing work load.

Overall, Ms. Kantor indicated that Ms. Romero would still be a viable candidate to perform selective types of jobs following her injury. She indicated that UC Berkeley is a highly reputable program in public health. She also indicated that opportunities do exist for consultants that telecommute. However, since Ms. Romero is unable to perform international work, it will mean she missed an excellent opportunity to develop her career because of the extensive amount of funding earmarked for HIV/AIDS programs in Africa.

Ms. Kantor estimated that a typical salary for someone who is working two half-time positions as a consultant and health educator would be $50-60,000 per year to start, increasing to $70,000 per year after three years. She did not feel that benefits would be provided. She indicated that a benevolent employer would need to be identified for these half-time positions.

Ms. Kantor also recommended contacting Dr. Allan Rosenfield, who is the Dean of Public Health Program at Columbia University.

4.    **Dr. Meredith Minkler (510) 642-4397**

Dr. Minkler is the professor at UC Berkeley who has instructed Ms. Romero and collaborated with her on various projects during her Doctoral Program.

Dr. Minkler indicated that Ms. Romero was one of the two top students in her Doctoral Program at UC Berkeley. She stated that the Public Health Program at UC Berkeley is one of the most prestigious programs in the United States.

Dr. Minkler indicated that Ms. Romero would have been well-situated to obtain a tenured teaching position at a top university had she not been injured. She stated "she would have been an excellent professor." Given her background and engaging personality, Dr. Minkler felt that she would have been highly qualified for entry level academic positions or a position as an Executive Director in the private sector.

Dr. Minkler reported that academic positions start at $70-80,000 per year, increasing to $100,000 per year after three years. An Executive Director position in the government or private sector for national or international positions would receive $100,000 per year to start, increasing to $120,000 per year after 3 years. Typically, medical, dental, and retirement benefits would be provided.

In terms of openings, she stated that graduate schools in the United States have opportunities each year, and that Ms. Romero would be highly competitive for these openings. She stated that job openings are even more readily available through International Health Organizations or the government, such as the Center for Disease Control.

Dr. Minkler stated that she felt Ms. Romero, following her injury, would not be able to maintain an academic position. She stated that professors that are on track to become tenured must attend meetings that can last 3-8 hours at a time. Many of the graduate level classes are 3 hours in length. Monitoring student examinations are also time-intensive. She stated that when faculty are being assessed for the tenure tract, a professor must not only conduct research, but also present the research at conferences. Tenured professors need to establish a national reputation, and the only way to obtain it is by engaging in extensive travel in order to present at these professional conferences, both nationally and internationally.

0036



Dr. Minkler indicated that Ms. Romero might be able to perform half-time positions as a consultant or as a project coordinator/health educator. She realized that Ms. Romero was applying for a Post Doctorate position which would last approximately two years. These types of positions would allow her to work at home, which she has currently been doing in her Doctoral Program. However, Dr. Minkler feels that Ms. Romero will be "held back" due to her inability to travel for meetings or perform the extensive research expected in these positions.

5.    **Dr. Allan Rosenfield (212) 305-2929, Dean of Public Health School at Columbia University**

Numerous contacts were left for Dr. Rosenfield, but at the time of this report, he had not been able to respond.

0037

06/12/2004  21:55   5104659163                CENTER CAREER EVAL                PAGE  02

# CENTER FOR CAREER EVALUATIONS, INC.

## THOMAS P. YANKOWSKI, M.S., C.V.E.
## VOCATIONAL EXPERT

Expert Witness Services include providing vocational evaluation and analysis of a person's vocational alternatives, future earning capacity, and job search activities. Additionally, a Functional Capacity Evaluation provides an analysis of a person's residual physical and functional work limitations.

### Expert Witness Fees:

| | |
|---|---|
| Deposition and Trial Testimony | $360 per hour |
| Research and Consultation | $180 per hour |

0038

## THOMAS PETER YANKOWSKI

### EDUCATIONAL BACKGROUND

University of Wisconsin-Stout, 1978 - 1979
Master of Science in Vocational Rehabilitation

University of California, Los Angeles, 1969 – 1973
Bachelor of Arts in Political Science
Graduate Cum Laude

### CURRENT CERTIFICATIONS

Certified Vocational Evaluator, Commission on Certification
of Work Adjustment and Vocational Evaluation Specialists (1983)

Diplomate, American Board of Vocational Experts (1985)

Senior Disability Analyst and Diplomate, American Board of Disability Analysts (1995)

### EMPLOYMENT HISTORY

**PRESIDENT AND VOCATIONAL CONSULTANT:** Center for Career Evaluations, Oakland, CA (1985 to present)
Private vocational rehabilitation agency which specializes in providing vocational assessments and plan development for clients referred from workers' compensation and governmental agencies. Duties include: case management services, vocational counseling and evaluation, administration of work samples and psychometric tests, vocational plan development, job analyses, labor market analyses, and job placement activities. Administrative responsibilities include: overall program and budgetary responsibility, marketing and program development, and supervision of Vocational Evaluation and Functional Capacity Evaluation staff. Vocational expert witness consultation services include: assessment of vocational potential, wage earning capacity, residual physical capacities, and job search activities. Prior experience in Personal Injury, Long-Term Disability, Wrongful Termination, Longshore, Products Liability, Medical Malpractice, Social Security, Spousal Support and Workers' Compensation cases.

**FACULTY INSTRUCTOR:** San Jose and San Francisco State Universities (1984 to 1996)
Instructor in Masters' programs in Vocational Assessment and Rehabilitation Counseling. Course instruction included psychometric testing and assessment techniques, ethics in vocational testing, test interpretation and reporting, job analysis techniques, and vocational expert testimony methodologies.

**PRESIDENT AND VOCATIONAL EVALUATOR:** Career Vocational Assessment, Oakland, CA (1979 to 1985)
Private vocational evaluation program which specialized in providing assessment of clients referred from workers' compensation cases. Duties included: overall program and budgetary responsibility, marketing and program development, vocational counseling and exploration, administration of work samples and psychometric tests, job analyses, labor market analyses, case conference staffings, report-writing responsibilities, supervision of professional and clerical staff, and vocational expert witness consultation and testimony.

**VOCATIONAL COUNSELOR:** Rehabilitation Associates, Inc., San Leandro, CA (1977 to 1978)
Private rehabilitation consulting firm serving industrially injured workers. Duties included: case management, vocational counseling, vocational testing, job analyses, labor market analyses, development of training and placement opportunities, job seeking skills training, case conference evaluation, development of rehabilitation plans, and case monitoring.

**PLACEMENT SPECIALIST:** Community Rehabilitation Workshop, San Francisco, CA (1976 to 1977)
Transitional rehabilitation workshop for physically disabled and emotionally disturbed clients. Duties included: vocational and motivational counseling, client case evaluation, leadership of job seeking skills groups, job analyses, labor market research, development of on-the-job training opportunities, and direct job placement services.

0039

Thomas Peter Yankowski                                                                                                Page        2

**DIRECTOR OF JOB PLACEMENT SERVICES:** UCLA Experiential Center, Pomona, CA (1974 to 1976)
Residential educational program which arranged competitive employment and internship opportunities for graduate and undergraduate students. Duties included: overall program responsibility, direct job placement and follow-up, vocational counseling, individualized job seeking skills, facilitation of communication workshops, budgetary and fiscal responsibilities, grant writing, and statewide lobbying.

**PROGRAM COORDINATOR:** UCLA Special Education and Psychology Immersion Program, Pacific State Hospital and Pomona Unified School District, Pomona, CA (1975 to 1976)
Pilot educational program designed to introduce UCLA psychological majors to contemporary issues of children with special needs. Duties included: curriculum and programmatic design, student recruitment and orientation, placement of students in supervised field settings, and program evaluation of hospital research.

## ADDITIONAL PROFESSIONAL EXPERIENCE

**AMERICAN BOARD OF VOCATIONAL EXPERTS:** (2001 to present) Appointment to Membership Candidate Peer Review Committee to review the professional development of candidates as part of the membership certification process.

**STATE OF CALIFORNIA COMMISSION ON HEALTH AND SAFETY:** (1995 to 2000) Appointment to Rehabilitation Advisory Committee to consult on legislation and the Commission's research efforts regarding Workers' Compensation benefits, services, and outcomes.

**REHABILITATION PRESIDENTS' COUNCIL OF CALIFORNIA (RPCC):** Research Coordinator (1986 to 1996) - Consortium of professional rehabilitation organizations. Duties included coordination of all research activities and preparation of technical reports regarding vocational rehabilitation services and outcomes to industrially injured workers.

**NATIONAL VOCATIONAL EVALUATION AND WORK ADJUSTMENT ASSOCIATION (VEWAA):** Pacific Regional Representative (1992 to 1995) - National professional association. Duties included development and maintenance of VEWAA Western State chapters, development of professional policy and procedures.

**CALIFORNIA STATE ASSEMBLY WORKERS' COMPENSATION ADVISORY COMMITTEE:**
Rehabilitation Representative (1986) - Duties included reviewing current legislation regarding Workers' Compensation in order to prepare recommendations to the Joint Committee of the California Legislature.

**CALIFORNIA ASSOCIATION OF REHABILITATION PROFESSIONALS (CARP):** President (1985) and Treasurer (1983) - Statewide organization representing 500 professionals in political, legal and educational concerns. Duties included presiding over Executive Board Meetings, development of professional policy and procedures, representation at designated functions, testimony at legislative committee hearings.

## PUBLICATIONS IN PEER-REVIEWED PROFESSIONAL PUBLICATIONS

Vocational Evaluation and Work Adjustment Journal
"Methodologies to Improve Economic and Vocational Analysis in Personal Injury Litigation," Fall/Winter, 1998, Volume 31, Number 3 / 4.

Litigation Economics Digest
"Methodologies to Improve Economic and Vocational Analysis in Personal Injury Litigation," Summer, 1997, Volume II, Number 2.

National Association of Rehabilitation Professionals in the Private Sector Journal
"Early Intervention and Vocational Rehabilitation: An Assessment of Workers' Compensation Reforms in California," January, 1994, Volume 9, Number 1.

National Association of Rehabilitation Professionals in the Private Sector Journal
"Return to Work: Rehabilitation of the Injured Worker in California," December, 1991, Volume 6, Number 6.

Journal of Private Sector Rehabilitation
"Rehabilitation and the California Injured Worker", March, 1989, Volume 4, Number 1.

0042

Thomas Peter Yankowski                                                                                    Page        3


<u>Vocational Evaluation and Work Adjustment Bulletin</u>
"Work Hardening Guidelines" Winter, 1987

## CONSULTATION SERVICES

ADA Consultation and Functional Capacity Evaluations for Union Pacific Railroad Motor Freight (1994 to 2000).

Development of Motor Coordination Tests for East Bay Municipal Utility District, Affirmative Action Program for Heavy Equipment Operators (1985).

## PRESENTATIONS

"The Utilization of Vocational Evaluation and Functional Capacity Evaluations in Vocational Expert Testimony" seminar presentation to the Association of Defense Counsel of Northern California and Nevada, 2001.

"Physical and Functional Capacity Assessments" seminar presentation at the American Rehabilitation Economics Association Conference, 1996.

"The Interface of Economic and Vocational Analysis in Personal Injury and Wrongful Termination Cases," seminar presentation at the National Association of Rehabilitation Professionals in the Private Sector, 1995 National Convention.

"Rehabilitation 1995 - Prescription for Excellence", research presented at California Association of Rehabilitation Professionals Educational Seminar.

"The Provision of Physical Tolerance Assessments in the Workers' Compensation System" seminar presentation at the Southern California Rehabilitation Exchange, 1994.

"The Impact of Rehabilitation Services and the California Workers' Compensation System," research presented at the California Association of Rehabilitation Professionals State Convention, 1990.

"The Evaluation of Work Potential for Individuals with Traumatic Brain Injury," seminar presentation at the International Colloquium on Health, Committee for Health Rights in the Americas, 1989.

## ORGANIZATIONS

American Board of Vocational Experts
California Association of Rehabilitation and Re-Employment Professionals
National Association of Rehabilitation Professionals in the Private Sector
National Rehabilitation Association
Vocational Evaluation and Career Assessment Professional Association
National Rehabilitation Counseling Association
National Association of ADA Coordinators

0041