RECEIVED JAN 0 4

# CENTER FOR CAREER EVALUATIONS, INC.

December 20, 2005

Michael Livingston
Attorney at Law
**LAW OFFICES OF DAVIS, LEVINE & LIVINGSTON**
851 Fort Street, 4th Floor
Honolulu, Hawaii 96813

    Re: <u>Lisa Romero</u>

Dear Mr. Livingston:

The following Vocational Consultation Report regarding Ms. Lisa Romero is intended as an addendum to the previous report dated 1/05/05.

Employment records from the Department of Health and Human Services were reviewed prior to the submission of this report. Additionally, telephone interviews were conducted with Ms. Romero on 12/15/05 and 12/19/05.

If you have any questions regarding this report, please feel free to call for clarification.

                            Sincerely,

                            Thomas P. Yankowski, M.S., C.V.E.
                            Vocational Consultant

TPY/rs



EXHIBIT C

0048

# VOCATIONAL CONSULTATION REPORT

## EDUCATIONAL BACKGROUND

Since the last report, Ms. Romero graduated from the UC Berkeley Doctoral Program in Public Health in May 2005. Her dissertation is completed, and she has obtained the signatures of three of the four faculty advisors. She plans to file her dissertation in February 2006.

From 9/04-8/05, she received no further income. Her previous graduate student researcher position concluded due to the grant ending. However, she could not accept another job because she needed to focus on writing her dissertation. She felt holding a part-time job and writing the dissertation would have been too demanding. She was also attending medical appointments on a regular basis, including Pilates and acupuncture. She felt that taking on another part-time job would only delay her further, since she should have graduated by 2004 had the injury not occurred. Instead, she "lived off student loans and credit cards" during this period.

## WORK EXPERIENCE

| | |
|---|---|
| Job Title: | Health Scientist |
| Employer: | Center for Disease Control |
| Dates: | 9/06/05 to present |
| Wages: | $73,421 per year, increasing to $80,762 after three years. She indicated there was a potential cash bonus of $1200-1800 that one could receive one time a year. She has not received a cash bonus. She must be rated excellent or outstanding on all performance evaluation areas in order to receive the cash bonus. |
| Benefits: | Medical, Dental, Retirement |
| Job Duties: | She synthesizes and translates research to make the language accessible to lay people and other organizations. She develops talking points and provides technical assistance to state organizations. She reviews current literature and disseminates relevant research. She is involved with rewriting national guidelines for HIV prevention. She reviews documents for clearance from her department. She attends meetings and work groups. She does not perform any field work or training. She does not supervise any other workers. |
| Hours: | The job is considered full-time, but she is working less than 40 hours per week. She has physical therapy two times a week which requires four hours with travel time. She also has a neuromuscular therapy appointment one time a week, which involves two hours with travel time. She also |

appointments with the Pain Management Center, which vary in length. She has been at the Center for appointments up to 3 hours at a time. She accumulates 8 hours a month of personal or medical leave time, which has been used. Currently, she is using her vacation time in order to attend medical appointments. As a result, she is not able to take any time off over the holidays. She attempted to work overtime on one occasion, but she had increased back pain which required her to take additional Vicodin and bed rest. She typically does not work any overtime at all, which is expected when starting a new job.

## JOB DEMANDS

The following physical demands of the job were reviewed with Ms. Romero:

- Desk Work: "I fluctuate between sitting and standing regularly. Sometimes it is hard to do when I need to read and write."
- Computer Use: She uses a computer when writing emails or a report, a maximum of 3-4 hours per day. She tries to intersperse computer use with other tasks.
- Sitting: 45-60 minutes maximum. She fluctuates from sitting more frequently as the day progresses.
- Standing: Typically 15 minutes before she needs to fluctuate.
- Walking: Not a lot on the job - between offices.
- Travel: Minimal travel expected. She anticipated 2-3 conferences a year, all domestic and none international. She recently returned from her first conference which lasted 5 days. She had difficulty sitting on the plane and at the conference. She also experienced increased discomfort from the travel demands at the airport, carrying and lifting the luggage. She needed to take the day off after returning from the conference because of discomfort. She did some work at home on this day.
- Driving: She arranged her living situation close to her job so that her commute is only 10 minutes. Occasionally, she drives to another campus 10-15 minutes away.
- Lifting: No heavy lifting required.
- Climbing: There is no climbing of stairs. She uses an elevator.

- Bending/Stooping:       Nothing repetitive.
- Overhead Reaching:      Nothing repetitive.
- Forward Reaching:       Only when using the computer.
- Twisting/Pushing:       None required.

## JOB ACCOMMODATIONS

Ms. Romero requested job accommodations following her acceptance of the position. In order to receive an Ergonomic Evaluation, she needed to disclose her medical records. She has had a lot of physical problems at work. She needed to go to the Pain Management Center and take an increased amount of muscle relaxers. She cannot take stronger medication than Advil at work because "I am not able to concentrate."

The Ergonomic Evaluation recommended the following accommodations:

- Fluctuation of Work Station: She tries to fluctuate regularly. The occupational therapist also gave her stretching exercises to be done at work.
- Ergonomic Chair
- Ergonomic Foot Rest
- Keyboard Tray
- Document Holder
- Rest Breaks: The occupational therapist said to take a break every 15 minutes in her report. Ms. Romero also has a big exercise ball in her office so she can stretch. She lays down on the ball approximately two times every day.
- Self-Paced Work Schedule: "I try to pace myself in the office, but there are problems at meetings. Instead, I go to the restroom a lot, which is embarrassing and can become problematic."
- Telecommute Schedule: "I try to schedule some work at home periodically. Within a year, I hope to arrange a telecommute schedule on a set basis." She stated, "It is a big reason why I chose the Federal Government."

However, Ms. Romero feels that she will have difficulty passing her one-year probationary period. She stated that "All the time I have taken off for medical reasons will be an issue." She also feels that the fact she cannot travel a lot, needs a flexible work station, and is requesting to work at home will be problematic.

## PHYSICAL CONDITION

Ms. Romero's current treatment consists of neuromuscular therapy, which is deep tissue massaging. She also has regular physical therapy appointments which involve manipulation. She had 12 injections through the Pain Management Center last week, and she is scheduled to have high radio frequency treatments the following week.

0051

In terms of her medications, Ms. Romero indicated she takes Celebrex and Advil daily. She also wears a Lidoderm patch everyday. She takes muscle relaxers immediately upon returning home from work. She takes Vicodin as needed. She is not able to take either of these two medications at work because of concentration issues.

## PSYCHOLOGICAL ISSUES

Ms. Romero stated that she has felt overwhelmed with her new job. She has been prescribed anti-depression medication, Zoloft, by Dr. Sachdeva. She was referred to Dr. Patricia Baumann, a psychiatrist. She stated that Dr. Baumann related that she had scored high on a depression test. Dr. Baumann recommended she see a therapist, which will be scheduled in the future.

Ms. Romero stated, "I do not know if this job will continue. By the end of the day, my concentration is affected from the pain. I try to do tasks that require heavy concentration in the morning. I am not very productive at the end of the day." She stated that she can become irritable when she must attend a lot of meetings. She has felt overwhelmed with new projects and feels "stretched at times." She often feels that she should cancel an appointment, which results in increased stress. She is worried about her first performance review at the end of January of next year. She feels discouraged about her future because "I had so many dreams and expectations for myself."

## FUTURE ADVANCEMENT

Ms. Romero stated that she felt over-qualified for her current CDC position, as a Bachelors Degree is the minimum educational requirement. Most of the Health Scientists in the department do not have a Ph.D. In fact, five of the eight Health Scientists only possess a Masters' Degree in Public Health.

The next promotion available for Ms. Romero would be to a Bureau Chief position. However, she reported that this job involves a lot more stress, with extensive overtime expected. The Bureau Chief manages up to 20 people and is expected to travel extensively. Ms. Romero believes the Bureau Chief position receives a GS-15 salary, ranging from $102,056 to $132,678 per year, depending on experience. The next level of promotion would be the Division Director, which is even more demanding and stressful. This position is responsible for supervising four branches of the department, which involves more than 120 employees.

Ms. Romero felt that she did not think she could ever handle either of these positions due to her physical and mental condition. She is having a difficult time maintaining her schedule in her current job. If she cannot work half-time at home, she does not know if she will be able to continue her current job. She also stated supervisors are not able to work half-time at home because they are expected to manage 20+ people.

0052

Ms. Romero stated she feels she is "at risk to make it through the year." She stated, "I am clearly not doing a 40-hour a week job. I feel I am not really doing what is expected of someone in a new job. I am tired everyday. I have headaches typically at the end of the work day resulting from the pain in my shoulders and upper back. I do not have any social life. I just come home and rest."

## JOB SEARCH ACTIVITIES

Ms. Romero stated that she started looking for work in April 2005. She spent approximately 8-10 hours a week in job search activities while finalizing her dissertation. Her job search activities included networking, conducting internet research, reviewing listings at the graduate placement office, and interfacing with the placement office counselor.

She automatically excluded any jobs that required international travel or extensive domestic travel. She also looked for jobs that did not require overtime and would provide a flexible work station.

Ms. Romero had three job interviews during her job search. One of them occurred with the Center for Disease Control, and she accepted this position in July 2005, to start on 9/06/05, in Atlanta, Georgia. For the CDC job, there were 25 qualified applicants. She was the only one of two who interviewed to be selected. She also had an interview with Kaiser for a job titled Leadership Consultant. This job concerned issues surrounding women's health, but it was more demanding and required more hours managing a team. It also involved extensive travel without a lot of flexibility in terms of the work schedule. It paid $137,000 per year. Ms. Romero did not feel that she would be able to physically perform this job. She also interviewed for a Post-Doctoral position at a foundation. It was an honor to be selected for the interview process, as only 50 people were asked to participate in the process. She interviewed two times, but she was not selected. Ultimately, she felt it was better that she did not accept this position because she would have been asked to work in a state with cold weather conditions, which would be problematic for her physically.

She also applied for numerous other positions, including the following:

1) She applied to the Gates' Foundation in Seattle for a position in public health, specifically regarding women and reproductive health. However, she discovered that this position involved extensive international travel, as much as 20-30% of the time. There was also an excessive amount of overtime expected. She did not feel that this position would be feasible.
2) She also applied to UCSF, at the Center for Reproductive Health Policy. It was a Health Scientist position, with lower wages than the position she accepted with the CDC. She ultimately withdrew her name as her faculty advisor indicated that the experience at CDC would be a better choice.
3) She also applied to several other jobs within CDC, but she was not selected for the interviews.

0053

She did not inform any of these employers regarding her physical limitations, except CDC after her acceptance of the job.

Ms. Romero stated that she did not apply for any faculty level positions. She stated these positions involved an extensive amount of overtime. The positions are very demanding, specifically for a tenure tract. There is a lot of stress - working on papers, obtaining funding for grants, performing research, and teaching. She did not feel that she could physically perform these jobs.

She also reviewed executive director positions, but she felt that she could not perform the extensive travel and/or time demands required.

## PRE-INCIDENT VOCATIONAL ANALYSIS

It is opined that Ms. Romero would have been able to obtain tenured professor or executive level director positions in the public health field had she not been injured on 12/31/02. The vocational analysis outlined in the 1/05/05 Vocational Consultation Report remains the same. The recent job search activities for Ms. Romero further confirmed that higher paying jobs were available that she was qualified to perform. Additionally, advancement opportunities and higher paying management level positions would have been available to her at her current employer, the Center for Disease Control. Finally, it is also opined that Ms. Romero would have received a similar benefit package that she was provided at her current employer, had she not been injured.

## POST-INCIDENT VOCATIONAL ANALYSIS

It is opined that Ms. Romero will no longer be able to maintain an executive level position or tenured faculty appointment in the public health field, following her injury of 12/31/02.

Ms. Romero put forth a full effort to obtain employment following her graduation from the Doctoral Program at UC Berkeley. She was able to obtain a job offer which she accepted less than two months following her graduation. Her job search activities also revealed that there were higher paying jobs that she was qualified to perform and available to her. However, she could not physically perform these jobs, due to her physical limitations as outlined by her treating physician, Dr. Sachdeva. She was forced to accept a position that she is over-qualified to perform. The Health Scientist job requires a minimum of a Bachelors Degree and typically is filled by applicants with masters' degrees, not doctorates.

It is also opined that Ms. Romero is restricted from advancing beyond her current job at the Center for Disease Control due to the physical demands of higher level management positions. These types of positions involve more stress, extensive travel, excessive overtime, and demanding supervisory responsibilities. Therefore, one Post-Incident Vocational Plan, as outlined in the subsequent section, projects that Ms.

0054

Romero will be able to maintain her position as a Health Scientist, but she will not be able to advance to the next level of typical promotion.

However, Ms. Romero's ability to maintain her current position at CDC is at risk due to her physical limitations. She needed to obtain an ergonomic evaluation in order to receive job accommodations which were determined to be reasonable and thereby provided by the employer. These accommodations include work station adjustments, ergonomic equipment, scheduled rest and exercise breaks, and adjustments to her work schedule.

However, Ms. Romero has continued to experience increased discomfort and fatigue since she started her new job. She has needed to increase her medication use and schedule ongoing treatment in pain management, neuromuscular therapy, and physical therapy in order to maintain her employment. In addition, she will be scheduled in the near future to see a therapist to treat her reported symptoms of depression. She has experienced increased stress and headaches and difficulty maintaining her concentration, particularly at the end of each work day.

All of these appointments have interfered with Ms. Romero's performance on the job. She is working less than full-time and has needed to take vacation time to cover her medical appointments. Ms. Romero feels that her extended time off during her first year of a new job will affect her performance review. She also feels that the fact she cannot travel a lot, needs a flexible work station, and is requesting to work at home will be problematic in her evaluation.

Therefore, a second Post-Incident Vocational Plan is outlined in the following section which anticipates that Ms. Romero will not be able to maintain employment as a Health Scientist beyond one year. If she does not successfully pass her probationary period or is not granted the flexibility to work at home on a regular set schedule, Ms. Romero will need to search for alternate employment. The types of jobs that will be available to her were fully described in the previous report of 1/05/05. The Consultant position would need to be arranged so that she could work from her home on a half-time basis. The Health Education Officer is the type of position that is available on a half-time basis to compliment the Consultant position. Benefits would not be available in these two half-time positions.

0055

## PRE-INCIDENT VOCATIONAL PLANS

I.  **Tenured Professor/Executive Director**

|  | **Time** |
|---|---|
| A. Complete Doctoral Program in Public Health | 5/04 |
| B. Job Search Activities | 6/04-8/04 |
| C. Obtain Employment | 9/01/04 |

       1. Starting Salary: $96,000/yr.
       2. After 3 years: $111,110/yr.
       3. Benefits: Medical, Dental, Retirement
       4. Wages per CCE Labor Market Survey (2005 Data)

## POST-INCIDENT VOCATIONAL PLANS

I. **Health Scientist**

                                                    **Time**

    A. Obtain Employment                9/06/05-remainder of worklife
   1. Starting Salary: $73,421/yr
   2. After 3 Years: $80,762/yr
   3. Benefits: Medical, Dental, Retirement
   4. Wages per actual employment records (2005 data)

II. **Consultant/Health Education Officer (2 Half-time Positions)**

                                                    **Time**

    A. Obtain Employment as Health Scientist  9/06/05-8/06
   1. Salary: $73,421/yr
   2. Benefits: Medical, Dental, Retirement
   3. Wages per actual employment records (2005 data)

    B. Job Search Activities                    9/06-12/06

    C. Obtain Employment as Consultant/ Health Education Officer    1/01/07 – remainder of worklife
   1. Starting Salary: $66,250/yr
   2. After 3 Years: $76,250/yr
   3. Benefits: None
   4. Wages per CCE Labor Market Survey (2005 data)

0057

Department of Health and Human Services
Centers for Disease Control and Prevention
National Center for Chronic Disease Prevention
and Health Promotion
Division of Adolescent and School Health

Date: 12/6/05
To: Tom Yankowski
Fax#: (510) 465-9163
#Pages (including cover page): 9
From: Lisa Romero
Message:

Hi Tom,
Here is information regarding my job and salary. I spoke with Human Resources and was told my benefits equal about 33%. I also get a step increase per year, cost of living adjustment per year, and every 6 months potential cash bonus. I am on a 1 year probationary period (I began work on Sept. 6, 2005). Let me know if you need anything else. Thanks,
Lisa Rom

Division of Adolescent and School Health
4770 Buford Highway, N.E., MS: K-33
Atlanta, Georgia 30341-3724
Phone: 770-488-6170
Fax#: 770-488-6156
E-Mail: http://www.cdc.gov/nccdphp/dash/ser

Home # 404-733-1483
Work # 770-488-8393
mail → Lnromero@cdc.gov

0058

Dec-06-05    08:55    From-DASH RAB                    +770 488 5771        T-261  P.002/009  F-710



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

July 11, 2005

Lisa M. Romero
1682 Scenic Avenue
Apartment 3
Berkeley, CA 94709

Dear Ms. Lisa M. Romero:

Congratulations! This letter confirms your acceptance of a Career-Conditional, full-time appointment to the position of Health Scientist, GS-0601-13 Step 1 at an annual salary of $73,421.00, including Atlanta's locality, effective September 6, 2005. This position is located in the National Center for Chronic Disease Prevention and Health Promotion, Division of Adolescent and School Health, Research Application Branch, Atlanta, Georgia. Please be advised that you will receive your first pay check approximately 3 weeks after the effective date of your appointment.

With this type of appointment, you are eligible for coverage under the group health benefits plan and the life insurance plan. There are several group plans available to you for health insurance coverage. Newly hired Federal employees are covered by the Federal Employees Retirement System (FERS), which is a three-tiered retirement plan. CDC employees accrue leave and are paid on a bi-weekly basis. You are entitled to 13 days of annual and 13 days of sick leave per year. On this appointment, you will be subject to completion of one-year initial probationary period beginning September 6, 2005.

A background investigation is conducted on all federal employees in order to establish that applicants employed by the U.S. Government are suitable for the position. Enclosed is a Standard Form 85, Questionnaire for Non-Sensitive Positions that you must complete as a condition of employment and bring with you along with the other documentation in the packet when reporting to work. Also, you will need to bring a valid picture ID (i.e. drivers license, school ID) and original Social Security Card or Birth Certificate.

You should report to the Stanford Building, 2960 Brandywine Road, Atlanta, Georgia, for in-processing and entry on duty at 7:45 a.m., Tuesday September 6 2005. Please ask the guard to direct you to the new employee orientation. Enclosed is a map with directions to the Stanford Building and a copy of the employee orientation agenda. At the completion of orientation, you will report to your duty station located at the Koger Center, Columbia building room 4015. Your contact person is Judy Brooks and her phone number is 770-488-4907.

0059

Dec-06-05    09:55    From-DASH RAB                    +770 488 6771         T-261   P.003/009   F-710

If you should have questions concerning your appointment, please feel free to call Linda Bell at (770) 488-1929.

Again, congratulations on your selection, we look forward to meeting you.

Linda M. Bell
Human Resources Specialist
Atlanta Human Resources Center

Enclosures

*2 qual (yes)*
*out of 25*
*submitted 4/27*



# Vacancy Announcement

| | | | |
|---|---|---|---|
| POSITION: | Health Scientist   GS-0601 -12/13 | OPENING DATE: | 4/18/2005 |
| | | CLOSING DATE: | 4/29/2005 |

If filled at the GS-12 level, position has promotion potential to GS-13. Please indicate the grade(s) for which you wish to be considered. You will only be considered for the grade(s) for which you indicate an interest.

*$80,000?*
*moving?*

SALARY: GS-12, $61,741 - 80,260 per annum
        GS-13, $73,421 - 95,445 per annum

TYPE OF APPOINTMENT: Permanent / Full-time

LOCATION: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion (NCCDPHP), Division of Adolescent and School Health (DASH), Research Application Branch (RAB), Atlanta, GA

*Also DE1-05-3069*

**WHO MAY APPLY:***

U.S. Citizens; no previous Federal experience or tenure required.

Apply for: DE1-05-3070

Current or former competitive service Federal employees with permanent tenure. Current Commissioned Corps; candidates for employment programs such as 30% disabled veterans, Persons with Disabilities, and ICTAP eligibles. Preference eligibles or veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply.

Apply for: MP1-05-3070

SPECIAL NOTES:
MOVING EXPENSES ARE NOT AUTHORIZED.
THIS IS NOT A BARGAINING UNIT POSITION.

PLEASE NOTE: Since this position has a specific education requirement, all applicants must verify completion of this basic education requirement by submitting a copy of college transcripts or list of college courses no later than 72 hours from the closing date of the announcement. Please see the How to Apply section in this announcement.

If selected for this position, a financial disclosure form MAY be required. However, it is NOT required as part of your application. Click here for information regarding conflict of interests/standards of conduct for prospective employees.

DUTIES:
Incumbent serves as content expert and advisor in the design, conduct, and analysis of intervention and surveillance studies and projects related to reducing sexual risk behaviors among school-age populations. Incumbent translates and communicates research syntheses findings related to reducing sexual risk behaviors among school-age populations to public health officials, the scientific community and the general public. Writes

and submits manuscripts, reports and training materials for presentation and for publication in scientific journals. Serves as the content expert and liaison with other Divisions within CDC, Federal agencies, state and local health and education agencies. Evaluates proposals related to Federal cooperative agreements, grants and contracts. Serves as advisor to Branch Chief in the development of Branch policy, goals, priorities, program objectives, etc.

QUALIFICATION REQUIREMENTS:
Applicants must meet the basic qualification requirements outlined in OPM Qualification Standards Handbook. Applicants must have successfully completed a full 4-year course of study in an accredited college or university leading to a bachelor's or higher degree with major study in an academic field relating to the health sciences or allied sciences appropriate to the work of the position. Since this position has a specific education requirement, all applicants (including current CDC employees) must verify completion of this basic education requirement by submitting a copy of an official college transcript with the application. In addition, applicant must have one year of specialized experience at a level equivalent to the next lower grade in the Federal service.

Specialized experience is that which is directly related to the position and which has equipped the applicant with the particular knowledge, skills, and abilities (KSAs) to successfully perform the duties of the position. The GS-12 level requires 1 year of specialized experience equivalent to the GS-11 level to which illustrates applicant working to reduce behavior that increases the risk for adverse sex-related outcomes such as pregnancy and sexually transmitted diseases including HIV, through the conduct of interventions, projects and surveillance studies. Experience described must illustrate the applicant synthesizing research from the field and providing expert advice and technical assistance in the design and analysis of interventions, surveillance studies and projects in the aforementioned behavior. The GS-13 level requires 1 year of specialized experience equivalent to the GS-12 level as described above.

KNOWLEDGE, SKILLS AND ABILITIES (KSAs): KSAs are the specific characteristics that applicants should possess in order to perform the major duties of the position. Applications should address the specific KSAs as part of your application. KSAs identified as (M) are considered critical to the position and are considered to be mandatory for qualifications. KSAs identified as (D) are considered to be desirable.
FAILURE TO ADDRESS KSAs MAY RESULT IN A LOWER RATING.

1. Please explain how you meet the qualification requirements and specialized experience for this position as defined in the vacancy announcement.   (D)
2. Knowledge of state-of-the-art health promotion intervention design, applied research and research synthesis concepts, strategies, and analysis techniques.   (M)
3. Ability providing scientific guidance and technical assistance to researchers and public health and education professionals related to the promotion of health behaviors among young people.   (M)
4. Ability to communicate technical/scientific information and concepts in a written format.   (D)
5. Ability to communicate orally.   (D)

For each of the above, give examples of how you gained the knowledge, skill, or ability and the dates of such experience and education.   Click here for instruction on how to respond to KSA's.
Applicants who apply for DE announcements must address (M) Mandatory and (D) Desirable KSAs.

BASIS OF RATING:   Applicants will be rated on the basis of education, experience and KSA responses appropriate to this position.   Applications for MP1-05-3070 will be evaluated and ranked as indicated in the CDC\ATSDR Merit Promotion Plan and must meet appropriate time-in-grade requirements for promotion. Unpaid or voluntary experience related to the position will be considered in determining qualifications.

HOW TO APPLY:   Applicants must .   Here's the information you must provide:

APPLICATION INFORMATION: - ** Correct announcement number(s), title and grade(s) of the job you are applying for.
PERSONAL INFORMATION: - Full name, mailing address (with zip code) and day and evening phone number (with area code) - Social Security Number ** By law, any person applying for employment with the

Dec-06-05   09:56   From-DASH RAB                    +770 489 5771        T-261  P.006/009  F-710

1. Please explain how you meet the qualification requirements and specialized experience for this position as defined in the vacancy announcement.    (D)

I meet the qualification requirements by having obtained multiple education degrees, including a Bachelor of Science, a Masters in Public Health, and am currently a Doctor of Public Health Candidate (expected graduation date May 2005). In both my Masters and Doctoral work, I have focused on adolescent and women's reproductive health, as it pertains to unintended pregnancy, STIs/HIV; exploring the underlying issues of sexual risk taking; and developing interventions, programs, and evaluations around these issues. My doctoral work specifically is looking at the relationship of body image to sexual risk taking behavior among female adolescents, 14-18 years of age. Over the past two years, I have designed, implemented, and evaluated a quantitative study of sexual risk behavior among Hispanic and White high school female students in New Mexico. I have the ability to synthesize the latest research from the field in order to ask the appropriate questions, understand the gaps in the literature, provide advice and technical assistance for hypothesis building, research design, evaluation design, and explore the implications and limitations of a research question, research study, study results, and policy. In terms of my professional experience, I have specialized and practical work experience in the field as Vice President of Education and Community Outreach for Planned Parenthood of New Mexico, where I managed the statewide Education Department, supervised 17 individuals, developed theory based education programs and curricula focused on HIV/AIDS/STI prevention, adolescent pregnancy prevention, and empowerment of adolescent females and women. In addition, I developed and implemented the evaluation components of the educational programs. I also held the position of Adolescent Pregnancy Prevention Coordinator for the New Mexico Department of Health, where I managed the State of New Mexico Office of Adolescent Pregnancy Prevention. In this position I evaluated the Request for Proposals to fund comprehensive adolescent pregnancy prevention programs throughout the state of New Mexico. I also co-developed and supervised the evaluation of these programs. In this position I served as a content expert in adolescent reproductive health issues and a liaison with the Department of Health and Human Services, other State agencies, state and local health departments, communities, schools, health care providers, community groups, and non-profit organizations. All of my academic and professional work has been focused on reducing behavior that increases the risk for adverse sex-related outcomes such as pregnancy and sexually transmitted infection through the development and implementation of interventions, projects, and surveillance studies.

2. Knowledge of state-of-the-art health promotion intervention design, applied research, and research synthesis concepts, strategies, and analysis techniques.   (M)

I am current on the latest literature regarding research, interventions, program development, and evaluation using theory based approaches for adolescent and women's reproductive health. I have extensive experience in behavioral and social science theory. I believe in using a socio-ecological framework, addressing individual, community, organizational, and societal levels for behavior change. In my work experience using theory to develop programs at multiple levels, I specifically have found the need to address the underlying cultural, social, economic, and interpersonal factors that act as barriers to sexual risk taking for most individuals. I am skilled in both qualitative and quantitative methods. I have taken numerous research methods courses throughout my advanced graduate training and have experience developing tools (interview guides, focus group guides, comprehensive survey's, etc.), implementing research in the field, and evaluating comprehensive programs/projects.

Dec-06-05   08:56   From-DASH RAB         +770 488 5771        T-261  P.007/009  F-710

One example of a state-of-the-art health promotion intervention that I developed and evaluated is the *Woman to Woman: Coming Together for Positive Change: Using Empowerment and Popular Education to Prevent HIV in Women*. In my past work in border communities of New Mexico with women in HIV prevention, I began to critically evaluate the effectiveness of public health programs. There were very few prevention programs specifically designed for women. There were however, those designed for men who have sex with men and intravenous drug users, adapted for women, providing information not to have multiple partners and to use condoms. Women knew how to protect themselves, but the cultural, social, economic, and interpersonal issues they faced in their lives acted as barriers to prevention. Gender and power relations played a key role. With training in behavior change theory, I explored the underlying issues women face that prevent them from protecting themselves for a variety of health outcomes. I developed skills in empowerment and popular education theory, a participatory approach to move individuals to find their inner voices, develop their own strategies for change strengthen their capabilities, and evaluate their own risks so that they could become creatively engaged in solving the problems in their own lives. I also began to use the ecological model as the foundation for looking at things at individual, community, and social levels as each level relates to culture, economic, and social constructs.

Subsequent work in Nigeria, Africa further explored the underlying issues women face that acts as barriers to HIV prevention. The outcome was the development of *Woman to Woman: Coming Together for Positive Change: Using Empowerment and Popular Education to Prevent HIV in Women*, a HIV/AIDS intervention for women to enhance the capacities of individual and social groups to bring redefinition of gender inequalities and wider social change. It was this broad approach to understanding women's barriers to prevention that underscored the significance of utilizing an ecological model and the importance in making the connections among the biological, behavioral, environmental, economic, and social determinants of health. When I returned to the United States, I acquired funding to implement this intervention in 6 communities in New Mexico (both rural and urban). I developed the evaluation tools and was part of the evaluation team. In collaboration with the University of New Mexico, we have currently concluded a three year evaluation and are in the process of submitting an article for a peer review journal in AIDS Education and Prevention. This intervention has also been modified for adolescent populations.

3. Ability providing scientific guidance and technical assistance to researchers and public health and education professionals related to the promotion of health behaviors among young people.   (M)

I have experience leading, managing, and guiding interdisciplinary teams in regards to scientific guidance and technical assistance through my work with Planned Parenthood of New Mexico, the New Mexico Department of Health, and the University of California at Berkeley. I am experienced in research design and providing technical assistance to other researchers, whether it is technical assistance in, for example, survey design, data analysis, disseminating research results at appropriate levels (i.e., peer review journals, school boards, community groups, media, etc.), working with schools or communities, and overcoming unforeseen barriers along the way. I also have experience collaborating with other public health and education professionals, of all levels, in relation to the promotion of health behaviors among young people. This work has been

in various opportunities such as working with community/local stakeholders, needs assessment, program/intervention development, implementation of programs, evaluation, and knowledge transfer, i.e., getting the information or results out to the appropriate people.

4. Ability to communicate technical/scientific information and concepts in a written format.   (D)

I have excellent written communication skills. I have experience writing in an academic setting, technical writing for peer review journals, as well as writing for various skill levels, such as curricula, briefs, reports, summary of results for community groups, and grants.

5. Ability to communicate orally.   (D)

I have excellent oral communication skills. I have experience communicating with and the ability to provide information at various skill levels, such as with lay health workers, community stakeholders, legislators, media, and other public health professionals. I have experience presenting at conferences, facilitating meetings, testifying at legislative hearings, and working closely with community partners in the field.

0065

Dec-06-05  08:57  From-DASH RAB  +770 486 6771  T-261  P.009/009  F-710

SALARY TABLE 2005-ATL
INCORPORATING THE 2.50% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 13.87%
FOR THE LOCALITY PAY AREA OF ATLANTA-SANDY SPRINGS-GAINESVILLE, GA-AL
(See http://www.opm.gov/oca/05tables/locdef.asp for definitions of locality pay areas.)
(TOTAL INCREASE: 3.65%)

EFFECTIVE JANUARY 2005

*Annual Rates by Grade and Step*

| GRADE | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6 | STEP 7 | STEP 8 | STEP 9 | STEP 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $18,237 | $18,845 | $19,452 | $20,056 | $20,663 | $21,019 | $21,617 | $22,222 | $22,247 | $22,815 |
| 2 | 20,505 | 20,992 | 21,671 | 22,247 | 22,495 | 23,157 | 23,818 | 24,480 | 25,141 | 25,803 |
| 3 | 22,372 | 23,118 | 23,864 | 24,610 | 25,355 | 26,101 | 26,847 | 27,593 | 28,339 | 29,085 |
| 4 | 25,115 | 25,952 | 26,789 | 27,626 | 28,463 | 29,300 | 30,137 | 30,974 | 31,811 | 32,648 |
| 5 | 28,100 | 29,037 | 29,974 | 30,911 | 31,848 | 32,785 | 33,723 | 34,660 | 35,597 | 36,534 |
| 6 | 31,322 | 32,366 | 33,411 | 34,455 | 35,499 | 36,543 | 37,587 | 38,632 | 39,676 | 40,720 |
| 7 | 34,807 | 35,967 | 37,127 | 38,288 | 39,448 | 40,608 | 41,769 | 42,929 | 44,089 | 45,250 |
| 8 | 38,547 | 39,832 | 41,116 | 42,401 | 43,685 | 44,970 | 46,254 | 47,538 | 48,823 | 50,107 |
| 9 | 42,576 | 43,995 | 45,414 | 46,832 | 48,251 | 49,670 | 51,089 | 52,508 | 53,927 | 55,345 |
| 10 | 46,886 | 48,449 | 50,013 | 51,576 | 53,140 | 54,703 | 56,267 | 57,830 | 59,393 | 60,957 |
| 11 | 51,514 | 53,231 | 54,948 | 56,665 | 58,382 | 60,099 | 61,817 | 63,534 | 65,251 | 66,968 |
| 12 | 61,741 | 63,799 | 65,857 | 67,914 | 69,972 | 72,030 | 74,087 | 76,145 | 78,202 | 80,260 |
| 13 | 73,421 | 75,868 | 78,315 | 80,762 | 83,209 | 85,656 | 88,103 | 90,551 | 92,998 | 95,445 |
| 14 | 86,761 | 89,653 | 92,546 | 95,438 | 98,330 | 101,222 | 104,115 | 107,007 | 109,899 | 112,792 |
| 15 | 102,056 | 105,458 | 108,861 | 112,263 | 115,666 | 119,068 | 122,471 | 125,873 | 129,275 | 132,678 |

NOTE: Locality rates of pay are basic pay only for certain purposes—see "Salary Tables for 2005" cover sheet.

0066