```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3                            - - -

 4   _____
                                )
 5   LISA ROMERO,               )
                                )
 6                              )
     Plaintiff,                 )
 7                              )  CASE NO. CV04-00285 DAE KSC
              vs.               )
 8                              )
     JEFFREY LOWE; LINDA LOWE;  )
 9   MATTHEW RAY SEVERSON;      )
     BRETT SCHELAND; BENJAMIN   )
10   ALLEN WILDER; MINDY        )
     WILDER; GEORGE KLAUS, III; )
11   JOHN DOES 1-10; JANE DOES  )
     1-10;                      )
12   DOE CORPORATION 1-10; DOE  )
     PARTNERSHIPS 1-10; and DOE )
13   GOVERNMENTAL ENTITIES,     )
                                )
14               Defendants.
     _____

15

16
                          DEPOSITION OF
17
                       THOMAS P. YANKOWSKI
18
                       BERKELEY, CALIFORNIA
19
                        JANUARY 12, 2006
20

21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24   FILE NO. 9F0A804

25   REPORTED BY:  JUDIE NICHOLAS, CSR# 12229
```



1

```
 1   until December 9th, 2004, approximately a week or so
 2   after that?
 3        A.  Yes.
 4        Q.  Did you also send Dr. Sachdeva a preliminary
 5   draft of your functional capacity evaluation for her
 6   review?
 7        A.  Yes, I did.
 8        Q.  And when did you do that?
 9        A.  Let's see.  It appears to be 9-20 -- yeah,
10   9-21-04, I believe.
11        Q.  At or about the same time you sent the
12   questionnaire to Dr. Sachdeva for response, correct?
13        A.  Yes.
14        Q.  By that time, was your functional capacity
15   evaluation report already completed?
16        A.  Yes.  I faxed it to her -- yeah, it was right
17   after I completed it.
18        Q.  Was it in final form?
19        A.  Yes.  Well, I considered it preliminary because
20   there might be additional records to add to it, but it
21   ended up being the final report.
22        Q.  Does your file contain a copy of the draft
23   report as sent to Dr. Sachdeva in September of 2004?
24        A.  I believe it's the same one I have currently.
25   It has not been changed.
```

1    Q.  So did the December 9th, 2004, conference call
2    cause you to amend your functional capacity valuation in
3    any way?
4    A.  No.
5    Q.  You had already arrived at your opinions in the
6    functional capacity evaluation before the December 9th,
7    2004, conference call, correct?
8    A.  Yes.  As I said earlier, that's a stand-alone
9    report, but I was mainly sending it to Dr. Sachdeva to
10   assist her in any way, if she thought it would be
11   helpful to her in determining her opinions, but I also
12   called it a preliminary report initially when I faxed it
13   to her because I thought there might be additional
14   records that might be forthcoming that I would want to
15   add to that Medical Record Review section.
16   Q.  Going back to your Deposition Exhibit No. 1,
17   Mr. Yankowski, and -- you transmitted at least your
18   initial functional capacity evaluation to Mr. Livingston
19   on January 5th, 2005, correct?
20   A.  Yes.  That's my vocational evaluation or
21   consultation report.
22   Q.  As well as your functional capacity evaluation?
23   A.  I don't know when I first sent it to Mr.
24   Livingston.  I thought that he probably got the
25   preliminary one faxed to him as well.  Let me see if --

```
 1   I thought he might have seen that beforehand as well,
 2   but, like I said, a final copy as far as -- the report
 3   had been done.  I believe I faxed it to Mr. Livingston
 4   as well as to Dr. Sachdeva.
 5           Let me see if I have a copy of the fax sheet --
 6   cover sheet that I sent out here.  Yes, I had sent it to
 7   him already.  Mr. Livingston had already reviewed it by
 8   the time I sent it to Dr. Sachdeva.
 9       Q.  And so, therefore, your functional capacity
10   evaluation was already completed before you received any
11   response to your questionnaire sent to Dr. Sachdeva as
12   well?
13       A.  Yes.
14       Q.  In the course of rendering your opinions in the
15   vocational consultation report and/or the functional
16   capacity evaluation, did you ever speak to a doctor by
17   the name of Robert Fink?
18       A.  No.
19       Q.  Did you ever speak to a doctor by the name of
20   John Zovickian?
21       A.  No.
22       Q.  Did you ever speak to Dr. Todd Thompson at
23   Straub Clinic in Honolulu?
24       A.  No.
25       Q.  Did you ever speak to Dr. Jeffrey Randall, a
```