```
 1            IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3                          ---oOo---

 4   LISA ROMERO,

 5        Plaintiff,

 6   vs.                                No. CV04-00285

 7   JEFFREY LOWE; LINDA LOWE;
     MATTHEW RAY SEVERSON; BRETT
 8   SCHELAND; BENJAMIN ALLEN WILDER;
     MINDY WILDER; GEORGE KLAUS, III;
 9   JOHN DOE 1-10; JANE DOES 1-10;
     DOE CORPORATION 1-10; DOE
10   PARTNERSHIPS 1-10; and DOE
     GOVERNMENTAL ENTITIES 1-10,
11        Defendants.
     _____/
12   JEFFREY LOWE and LINDA LOWE,

13                Third-Party
                  Plaintiffs,
14
     vs.
15
     STEVEN J. KOTT and KOTT, INC.
16
                  Third-Party
17                Defendants.
     _____/
18
                       DEPOSITION OF
19                   JOANNA MOSS, Ph.D.

20                  BERKELEY, CALIFORNIA
                     JANUARY 9, 2006
21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24
     REPORTED BY:  KIMBERLEY RICHARDSON, CSR NO. 5915
25   FILE NO:  A000096
```

                                                    1

EXHIBIT E

```
 1   prior page on page 4 of your report?
 2       A.  Okay.  Well, what I've done was take the amount
 3   that she's earning now including benefits which is
 4   about 90,308, and it's going to jump to -- after three
 5   years in addition to any cost of living adjustments or
 6   general wage increases overall for all employees in
 7   that organization.  In addition to that, there will be
 8   a bump up to $80,762 after three years.
 9           So I've taken that into account, and in the
10   column post-injury earning capacity, it is the amounts
11   that she will earn assuming that she does bump up to
12   the higher level and continue at that in future dollars
13   so they don't have to be adjusted upwards into future
14   dollars.  It's what she will earn in that position in
15   the future years.  That's the post-injury earning
16   capacity scenario 2.
17       Q.  Did your calculations take into account any tax
18   consequences or income net of taxes by any chance?
19       A.  No.
20       Q.  Why not?
21       A.  In general, in these types of calculations, we
22   don't take taxes into account.
23           MR. FUJIMOTO:  Now is a good time to take a
24   break.
25                (Brief recess taken.)
```