IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 11 TO PRECLUDE REFERENCE TO LOST EARNINGS DAMAGES; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 11 TO PRECLUDE REFERENCE TO LOST EARNINGS DAMAGES; AFFIDAVIT OF WARD F.N. FUJIMOTO; EXHIBITS "A" - "E";

was duly served on the following attorneys by email on February 13, 2006 and hand delivery on February 14, 2006.

       MICHAEL K. LIVINGSTON, ESQ.
       MARK S. DAVIS, ESQ.
       Davis Levin Livingston Grande
       851 Fort Street, Suite 400
       Honolulu, Hawaii  96813

       Attorneys for Plaintiff
       LISA ROMERO

DATED: HONOLULU, HAWAII,   February 13, 2006

                         _/s/_____
                         RANDALL Y.S. CHUNG
                         WARD F.N. FUJIMOTO
                         Attorneys for Defendants
                         and Third-Party Plaintiffs
                         JEFFREY LOWE and LINDA LOWE