

**EMORY HEALTHCARE**

THE EMORY CLINIC, INC.
EMORY CRAWFORD LONG CAMPUS

January 19, 2006

Ward F. N. Fujimoto
Matsui Chung Sumida & Tsuchiyama
Suite 1400 Mauka Tower, Pacific
Guardian Center 737 Bishop St.
Honolulu, HI 96813

RE: Lisa Romero

Dear Mr. Fujimoto:

I am writing regarding Ms Lisa Romero, a patient who I have been treating since December 20, 2005. I have treated the patient for thoracic spondylosis, which is degenerative change of the thoracic spine.

It has come to my attention that you were inquiring regarding the relationship between her current condition and an accident 3 years ago. It would not be possible for me to establish a causal relationship between her accident and her current condition. Thoracic spondylosis also occurs due to degenerative changes without preceding trauma.

If I can be of further assistance please contact my office.

Cordially;

*Patricia Baumann, MD*
Patricia Baumann MD

The Emory Center
for Pain Medicine
Medical Office Tower
550 Peachtree Street
Suite 7085 7th Floor
Atlanta, GA 30308
Phone 404-686-2410
Fax 404-686-4475

**EXHIBIT A**

*Making People Healthy*
The Robert W. Woodruff Health Sciences Center