```
 1              UNITED STATES DISTRICT COURT

 2            IN AND FOR THE STATE OF HAWAII

 3                       - - -

 4

 5   LISA ROMERO,

 6

 7        Plaintiff,

 8   vs.                  No. CV04-00285-DAE KSC

 9

10   JEFFREY LOWE, LINDA LOWE,

11   MATTHEW RAY SEVERSON, et al.

12

13        Defendants.              CERTIFIED COPY

14

15

16                   DEPOSITION OF

17               KULVEEN SACHDEVA, M.D.

18                San Ramon, California

19                  January 11, 2006

20

21   FILE NO. A000098

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   500 North Brand Boulevard
     Third Floor
24   Glendale, California  91203
     (818) 551-7300
25   REPORTED BY: SUSAN N. WILLIAMS, CSR NO. 4784
```

EXHIBIT B

1

1  will require additional surgery in the future?
2      A.  I would say the probability is high, yes.
3      Q.  And upon what do you base that opinion?
4      A.  Based on medical knowledge, how the spine
5  works, knowledge of the neurological system.
6      Q.  During the course of your work with Lisa
7  Romero, did you perform any independent diagnostic
8  tests in terms of MRIs or x-rays with regard to the
9  hardware?
10     A.  No.
11     Q.  So, therefore, your opinions were limited to
12 what you reviewed in terms of the prior films,
13 correct?
14     A.  My contact with Lisa was over a period of one
15 year.  We're talking the rest of her life.  Her
16 symptoms were stable over the course of the year that
17 I saw her, so no further MRIs were indicated, but as
18 time goes by, that may not be holding true.
19     Q.  Would it be fair to say, Doctor, you really
20 don't know that at this point in time and again, it
21 will take the passage of time to determine whether or
22 not within a reasonable degree of medical probability
23 Lisa Romero will, in fact, require future surgery?
24     A.  You are right, but statistically, being that
25 she is 34 and has her whole life ahead of her,

```
 1  statistically the odds are against her.
 2      Q.  But we really do not know at this point in
 3  time, correct?
 4      A.  That's fair.
 5          MR. FUJIMOTO:  Thank you.  I don't have
 6  anything further.
 7                       EXAMINATION
 8  BY MR. CARTER:
 9  Q.  Doctor, a couple very brief questions.  One, in
10  your opinion, were the medical services that you
11  provided to Lisa Romero reasonable?
12      A.  Yes.
13      Q.  And were the charges for the services that
14  you provided to Lisa Romero reasonable as well?
15      A.  Yes.
16      Q.  And to the best of your knowledge, have those
17  charges been paid?
18      A.  I am not aware of any problems.
19      Q.  You are not aware of any problems.  To the
20  best of your knowledge, her bills have been paid?
21      A.  Yes.
22      Q.  When you prepared these medical reports that
23  have been referred to in the examination by Mr.
24  Fujimoto, these reports were prepared shortly after
25  the patient's visit; is that correct?
```