IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>  vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party Plaintiffs<br>  vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
-

        I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MOTION IN LIMINE NO. 12 TO PRECLUDE REFERENCE TO MEDICAL SPECIAL DAMAGES; DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE NO. 12 TO PRECLUDE REFERENCE TO MEDICAL SPECIAL DAMAGES; AFFIDAVIT OF WARD F.N. FUJIMOTO; EXHIBITS "A" - "B"; was duly served on the following attorneys

by email on February 13, 2006 and hand delivery on February 14, 2006.

>MICHAEL K. LIVINGSTON, ESQ.
>MARK S. DAVIS, ESQ.
>Davis Levin Livingston Grande
>851 Fort Street, Suite 400
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiff
>LISA ROMERO

DATED: HONOLULU, HAWAII,    February 13, 2006

>RANDALL Y.S. CHUNG
>WARD F.N. FUJIMOTO
>Attorneys for Defendants
>and Third-Party Plaintiffs
>JEFFREY LOWE and LINDA LOWE

2