# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00285DAE-BMK |
| CASE NAME: | Lisa Romero vs. Jeffrey Lowe, et al. |
| ATTYS FOR PLA: | Michael K. Livingston |
| ATTYS FOR DEFT: | Ward F.N. Fujimoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | In Chambers-No Record; Steve Platt |
| DATE: | 2/16/2006 | TIME: | 10:00-12:00; **SP (12:05-12:10)** |

COURT ACTION:  EP: Settlement Conference held.  Settlement Reached.

Settlement on the Record held.  Terms stated. Trial date and all deadlines are Vacated. Simultaneous exchange of release and check to be done within one week.

Court Orders that the Transcript for the Settlement on the Record **Sealed.**

Submitted by: Warren N. Nakamura, Courtroom Manager