ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG     2929-0
WARD F.N. FUJIMOTO     4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. 536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING MINDY HEBERT; CERTIFICATE OF SERVICE |
| JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party Plaintiffs<br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party Defendants. | Date: February 28, 2006<br>Time: 9:00 A.M.<br>Judge: The Honorable David A. Ezra<br><br>**Trial: February 28, 2006** |

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA
LOWE'S DEPOSITION DESIGNATION REGARDING MINDY HEBERT

Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby submit their designation of deposition testimony from the Deposition of MINDY HEBERT, taken on April 19, 2005, pursuant to Rules 16, 26 and 32 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii. LOWE Defendants respectfully reserve the right to amend or supplement said designations during further proceedings in this case.

PAGE/LINE        REMARKS

5:11 -- 5:14

16:18 -- 17:1

18:5 -- 18:9

18:12 -- 18:23

19:5

19:16 -- 20:5

20:10

25:4 -- 25:25

26:11 -- 26:14

26:18 -- 27:2

```
29:3  -- 29:10

39:16 -- 40:17

43:24 -- 44:6

44:15 -- 44:25

46:15 -- 46:20

46:23 -- 47:8

48:5  -- 48:16

49:13 -- 50:14

51:21 -- 52:8

54:12 -- 54:13

54:21 -- 54:23

55:4  -- 55:8

55:11 -- 55:20

55:22 -- 55:23

56:1  -- 56:4

56:9  -- 56:14

56:22 -- 56:25

57:2  -- 57:21

58:6  -- 58:8

58:12 -- 59:23

61:2  -- 61:14

62:19 -- 63:10

63:19 -- 63:20

63:22 -- 64:14
```

```
64:17 -- 64:20

66:1 -- 66:7
```

       DATED: HONOLULU, HAWAII,   February 14, 2006

                                            */s/ Ward F.N. Fujimoto*
                                       RANDALL Y.S. CHUNG
                                       WARD F.N. FUJIMOTO
                                       Attorneys for Defendants
                                       and Third-Party Plaintiffs
                                       JEFFREY LOWE and LINDA LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK </br>) </br>) CERTIFICATE OF SERVICE |
| Plaintiff, | |
| vs. | |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | |
| Defendants | |
| JEFFREY LOWE and LINDA LOWE, | |
| Third-Party Plaintiffs | |
| vs. | |
| STEVEN J. KOTT and KOTT, INC. | |
| Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING MINDY HEBERT was duly served on the following attorneys by hand delivery on February 14, 2006.

```
         MICHAEL K. LIVINGSTON, ESQ.
         MARK S. DAVIS, ESQ.
         Davis Levin Livingston Grande
         851 Fort Street, Suite 400
         Honolulu, Hawaii  96813

         Attorneys for Plaintiff
         LISA ROMERO


DATED: HONOLULU, HAWAII,   February 14, 2006
```

_/s/ Ward F.N. Fujimoto_
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2