ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.  536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>  vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party<br>        Plaintiffs<br>  vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party<br>        Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY<br>PLAINTIFFS JEFFREY LOWE AND<br>LINDA LOWE'S DEPOSITION<br>DESIGNATION REGARDING MEREDITH<br>A. MINKLER; CERTIFICATE OF<br>SERVICE<br><br><br><br><br><br><br><br><br><br>Date:  February 28, 2006<br>Time:  9:00 A.M.<br>Judge:  The Honorable David<br>       A. Ezra<br><br>**Trial: February 28, 2006** |

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING MEREDITH A. MINKLER

Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby submit their designation of deposition testimony from the Deposition of MEREDITH A. MINKLER, taken on January 10, 2006, pursuant to Rules 16, 26 and 32 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii.  LOWE Defendants respectfully reserve the right to amend or supplement said designations during further proceedings in this case.

| PAGE/LINE | REMARKS |
|---|---|
| 5:5 -- 5:7 | |
| 6:6 -- 6:15 | |
| 10:14 -- 11:1 | |
| 13:7 -- 13:11 | |
| 17:25 -- 18:10 | |
| 18:25 -- 20:19 | |
| 21:10 -- 22:8 | |
| 26:6 -- 26:12 | |
| 27:3 -- 29:1 | |

29:6 -- 30:7

32:7 -- 32:18

33:5 -- 33:15

34:7 -- 34:25

38:10 -- 38:13

43:14 -- 44:7

    DATED: HONOLULU, HAWAII,   February 14, 2006

                                      RANDALL Y.S. CHUNG
                                      WARD F.N. FUJIMOTO
                                      Attorneys for Defendants
                                      and Third-Party Plaintiffs
                                      JEFFREY LOWE and LINDA LOWE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br><br>  vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party Plaintiffs<br><br>  vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
---

    I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING MEREDITH A. MINKLER was duly served on the following attorneys by hand delivery on February 14, 2006.

```
MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawaii  96813

Attorneys for Plaintiff
LISA ROMERO
```

DATED: HONOLULU, HAWAII,    February 14, 2006

*/s/*

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2