

ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON    4161-0
MARK S. DAVIS    1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 4 o'clock and 38 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>        Defendants.<br>_____<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S DESIGNATION OF DEPOSITIONS; CERTIFICATE OF SERVICE**<br><br><br><br>**Trial: February 28, 2006**<br>**Judge: David A. Ezra** |

Third-Party Plaintiffs,

vs.

**STEVEN J. KOTT AND KOTT,
INC**.

Third-Party Defendants.

## PLAINTIFF'S DESIGNATION OF DEPOSITIONS

COME NOW Plaintiffs, above-named, by and through their counsel, DAVIS

LEVIN LIVINGSTON GRANDE and hereby designate depositions as follows:

**Deposition of Matthew Severson, taken on April 12, 2005**

DESIGNATION: Page 5, Line 9-12;
Page 6, Line 8-16;
Page 21, Line 7 through Page 24, Line 1;
Page 24, Line 4;
Page 26, Line 3 through Page 29, Line 18;
Page 29, Line 23 through Page 30, Line 7;
Page 30, Line 10;
Page 31 Line 5 through Page 32, Line 9;
Page 33, Line 1-17;
Page 36, Line 8-17;
Page 36, Line 20 through Page 38, Line 5;
Page 38, Lines 13-18 and Lines 24-25;
Page 39, Lines 14-18 and Lines 24-25;
Page 41 Line 22 through Page 42, Line 4;
Page 46, Line 6 through Page 47, Line 2;
Page 48, Line 7-10;
Page 48, Line 23 through Page 49, Line 5;
Page 51, Line 12-16;
Page 62, Line 11 through Page 63, Line 19;
Page 64 Line 3-5;
Page 66, Line 17-19 and Line 24-25;

Page 68, Line 17 through Page 69, Line 7;
Page 70, Line 14-16;
Page 72, Line 2-4 and 14-17;
Page 73, Line 1;
Page 73, Line 18 through Page 74, Line 2;
Page 90, Line 23 through Page 91, Line 19;
Page 93, Line 16-18;
Page 94, Line 20-22;
Page 95, Line 1-4 and 8-18;
Page 95, Line 25 through Page 96, Line 6;
Page 112, Line 2-24;
Page 113, Line 4 through Page 114, Line 3;
Page 115, Line 24 through Page 116, Line 12;
Page 117, Line 6 through Page 118, Line 15;
Page 119, Line 4-9;
Page 119, Line 15 through Page 21, Line 2
Page 121, Line 6;
Page 123, Line 2-22;
Page 132, Line 7-9;
Page 132, Line 15 through Page 133, Line 22;
Page 134, Line 1-12;
Page 136, Line 6-9 and Line 14-15;
Page 137, Line 6-9;
Page 139, Line 20-24;
Page 140, Line 2-8;
Page 141, Line 6-9;
Page 141, Line 15 through Page 142, Page 21;
Page 143, Line 7-18;
Page 143, Line 21 through Page 144, Line 15;
Page 144, Line 19-23;
Page 145, Line 4-9;
Page 145, Line 15-Page 146, Line 23;
Page 148, Line 7 through Page 149, Line 11;
Page 151, Line 10 through Page 152, Line 22;
Page 153, Line 4-24;
Page 155, Line 14 through Page 156, Line 8;
Page 156, Line 14 through Page 158, Line 6;
Page 158, Line 14-21;
Page 159, Line 7 through Page 160, Line 3;

Page 160, Line 9 and Line 14-17;
Page 161, Line 1-9 and 13;
Page 161, Line 18 through Page 162, Line 1;
Page 162, Line 5-8;
Page 169, Line 1-17 and Line 20;
Page 196, Line 23 through Page 170, Partial Line 2,
ending with "Yes, I thought that.";
Page 171, Line 24 through Page 172, Line 2;
Page 172, Line 9-10 and Line 16-18;
Page 173, Line 14-17;
Page 173, Line 20 through Page 174, Line 3;
Page 174, Line 19 through Page 175, Line 2;
Page 175, Line 24 through Page 176 Line 3;
Page 176, Line 25 through Page 177, Line 12;
Page 177, Line 25 through Page 178, Line 6;
Page 178, Line 11-13;
Page 179, 8-20; and
Page 181, Line 8-24.

**Deposition of George Klaus, III, taken on April 14, 2005**

DESIGNATION:    Page 4, Line 12 through Page 5, Line 4;
Page 7, Line 24 through Page 8, Line 11;
Page 22, Line 5-7;
Page 23, Line 4-25;
Page 24, Line 8-10 and Line 15-18;
Page 25, Line 21 through Page 26, Line 13;
Page 26, Line 17-21;
Page 26, Line 25 through Page 27, Line 5;
Page 27 Line 11-13 and Line 16;
Page 28, Line 19-22;
Page 29, Line 4-5, Line 8-13 and Line 18;
Page 30, Line 10-14 and Line 18-25;
Page 31, Line 4;
Page 32, Line 20 through Page 33, Line 3;
Page 41, Line 17-20;
Page 41, Line 25 through Page 42, Line 7;
Page 68, Line 25 through Page 69, Line 7;
Page 69, Line 11 through Page 70, Line 4;
Page 74, Line 22 through Page 75, Line 12;

Page 77, Line 21 through Page 78, Line 8;
Page 86, Line 8 -15;
Page 86, Line 18 through Page 87, Line 5;
Page 87, Line 9-23;
Page 88, Line 5 through Page 89, Line 8;
Page 89, Line 14-21;
Page 89, Line 25 through Page 90, Line 3;
Page 90, Line 7-10;
Page 97, Line 13-19;
Page 98, Line 5-10;
Page 103, Partial Line 20 starting at "Is there and possibility" through Page 104, Line 6;
Page 104, Line 15-24;
Page 105, Line 2;
Page 124, Line 19 through Page 125, Line 7;
Page 125, Line 11-12;
Page 130, Line 23-25; and
Page 131, Line 5.

**Deposition of Linda Lowe, taken on April 18, 2005**

DESIGNATION:   Page 3, Line 25;
Page 5, Line 7-24;
Page 10, Line 9 through Page14, Line 8;
Page 15, Line 18 through Page 18, Line 20;
Page 18, Line 23 through Page 19, Line 16;
Page 20, Line 25 through Page 21, Line 21;
Page 22, Line 12 through Page 24, Line 10;
Page 24, Line 14-18 and Line 21;
Page 25, Line 7 through Page 26, Line 22;
Page 27, Line 1 through Page 28, Line 4;
Page 28, Line 9 through Page 29, Line 18;
Page 29, Line 21 through Page 30, Line 14;
Page 30, Line 17-24;
Page 31, Line 1 through Page 32, Line 10;
Page 32, Line 17 through Page 35, Line 4;
Page 35, Line 8-21;
Page 35, Line 24;
Page 39, Line 19 through Page 40, Line 15;
Page 40, Line 18 through Page 41, Line 6;

Page 42, Line 3-8;
Page 42, Line 16 through Page 43, Line 4;
Page 43, Line 11 through Page 45, Line 5;
Page 48, Line 2 through Page 49, Line 18;
Page 49, Line 22 through Page 50, Line 16;
Page 51, Line 3-7;
Page 51, Line 9;
Page 53, Line 6 through Page 55, Line 8;
Page 55, Line 12 through Page 56, Line 5;
Page 56, Line 8-20;
Page 56, Line 23 through Page 58, Line 6;
Page 66, Line 7-24;
Page 68, Line 10-14;
Page 70, Line 8-11;
Page 70, Line 15-23;
Page 71, Line 2-5;
Page 71, Line 11-14;
Page 77, Line 18 through Page 78, Line 11;
Page 78, Line 14-19;
Page 78, Line 21 through Page 80, Line 25;
Page 81, Line 3-7;
Page 81, Line 12;
Page 90, Line 21-24;
Page 91, Line 5-19;
Page 95, Line 2-4;
Page 95, Line 7;
Page 96, Line 18-21;
Page 97, Line 2-3;
Page 99, Line 3-6;
Page 99, Line 11;
Page 99, Line 19 through Page 100, Line 13.

**Deposition of Brett Scheland, taken on April 18, 2005**

DESIGNATION:  Page 5, Line 7-25;
Page 20, Line 10-15;
Page 22, Line 11 through Page 24, Line 17;
Page 27, Line 23 through Page 29, Line 3;
Page 32, Line 10-24;
Page 33, Line 5-11;

Page 33, Line 16-23;
Page 35, Line 16-23;
Page 40, Line 9-11;
Page 40, Line 14-19;
Page 42, Line 9-13;
Page 42, Line 18 through Page 43, Line 4;
Page 43, Line 16 through Page 44, Line 9;
Page 44, Line 12;
Page 47, Line 20-21;
Page 47, Line 25 through Page 48, Line 4;
Page 50, Line 5-8;
Page 50, Line 25 through Page 51, Line 15;
Page 74, Line 2 through Page 75, Line 25;
Page 81, Line 7-12;
Page 81, Line 16 through partial line 17 ending at "up there.";
Page 82, partial line 5 starting at "I don't know" through Page 82, Line 6;
Page 86, Line 14-16;
Page 86, Line 20-25;
Page 87, Line 9-13;
Page 108, partial line 23 starting at "Do you have" through Page 109, Line 6.

**Deposition of Mindy Herbert taken on April 19, 2005**

DESIGNATION:  Page 5, Lines 11-14;
Page 8, Lines 20-25;
Page 11, Line 22 through Page 12, Line 12;
Page 13, Line 8 through Page 14, Line 4;
Page 14, Line 18 through Page 15, Line 7;
Page 18, Line 5 through Page 19, Line 5;
Page 19, Line 16 through Page 20, Line 10
Page 22, Line 15 through Page 26, Line 22;
Page 27, Line 9 through Page 28, Line 13;
Page 28, Lines 20 through Page 29, Line 10;
Page 33, Lines 8-11;
Page 33, Lines 17-18;
Page 34, Line 13 through Page 35, Line 5;
Page 35, Line 16 through Page 36, Line 11;

Page 47, Line 16 through Page 48, Line 16; and
Page 49, Line 13 through Page 51, Line 20.

**Deposition of Benjamin Wilder taken on April 19, 2005**

DESIGNATION:  Page 5, Lines 11-14;
Page 5, Line 19 through Page 6, Line 1;
Page 8, Line 17-25;
Page 10, Line 24 through Page 16, Line 16; and
Page 17, Line 14 through Page 18, Line 23.

**Deposition of Jeffrey Lowe, taken on April 21, 2005**

DESIGNATION:  Page 3, Line 25;
Page 7, Line 10-21;
Page 10, Line 5 through Page 13, Line 13;
Page 15, Line 1 through Page 17, Line 18;
Page 20, Line 11 through Page 24, Line 21;
Page 24, Line 24;
Page 23, Line 13 through Page 25, Line 25;
Page 27, Line 8 through Page 29, Line 2;
Page 31, Line 5-13;
Page 33, Line 1-4;
Page 33, Line 6 through Page 34, Line 18;
Page 35, Line 2-11;
Page 36, Line 25 through Page 37, 6;
Page 38, Line 16-21;
Page 40, Line 1-10;
Page 40, Line 13 through Page 41, Line 20;
Page 44, Line 23 through Page 46, Line 10;
Page 53, Line 17 through Page 54, Line 11;
Page 55, Line 14 through Lage 56, Line 16;
Page 57, Line 205;
Page 57, Line 14 through Page 59, Line 12;
Page 59, Line 16;
Page 60, Line 24 through Page 61, Line 17;
Page 62, Line 5-10 and Line 16;
Page 64, Line 19 through Page 66, Line 8;
Page 66, Line 11 through Page 68, Line 6;
Page 68, Line 9-13;

Page 68, Line 16 through Page 69, Line 9;
Page 69, Line 22 through Page71, Line 19;
Page 71, Line 22 through Page 72, Line 6;
Page 74, Line 4-10;
Page 74, Line 19 through Page 76, Line 10;
Page 77, Line 14 through Page 83, Line 6;
Page 84, Line 10 through Page 22, Line 22;
Page 85, Line 25 through Page 88, Line 1;
Page 90, Line 19 through Page 91, Line 17;
Page 91, Line 20 through Page 92, Line 21;
Page 96, Line 23;
Page 97, Line 2-15 and Line 19;
Page 98, Line 11 through Page 100, Line 15;
Page 100 Line 20 through Page 101, Line 18;
Page 102, Line 6 through Page 103, Line 13;
Page 104, Line 1-8;
Page 110, Line 9 starting at "Did the . . ." through 16;
Page 110, Line 20;
Page 113, Line 17-21;
Page 119, Line 12-14 and Line 17-21;
Page 119, Line 23 through Page 120, Line 5;
Page 120 Line 9;
Page 120, Line 19 through Page 121, Line 13;
Page 121, Line 18 through Page 122, Line 3;
Page 131, Line 1-2, Line 5-8 and Line 11;
Page 137, Line 22 through Page 138, Line 6;
Page 140, Line 4 through Page 142, Line 13;
Page 142, Line 16;
Page 144, Line 22 through Page 147, Line 4;
Page 147 Line 8-21;
Page 148 Line 11-14 and Line 19-23;
Page 151, Line 1-4, Line 6-12 and Line 16-21;
Page 152, Line 2-13;
Page 166, Line 7-13 and Line 17;
Page 167, Line 21-24;
Page 168, Line 3-11, Line 13-19, and Line 22;
Page 169, Line 6-10 and Line 15;
Page 170, Line 2-6 and Line 8-14;
Page 171, Line 11-15 and Line 21;
Page 173, Line 4-7, Line 13, and Line 20-23;

Page 174, Line 1-8;
Page 176, Line 4-18;
Page 176, Line 22 through Page, 177, Line 9;
Page 177, Line 13-18;
Page 177, Line 22 through Page, 178, Line 5; and
Page 178, Line 24 through Page, 179, Line 17.

**Deposition of Mindy Hebert taken on May 4, 2005**

DESIGNATION:  Page 5, Line 8-22;
Page 6, Line 10-25;
Page 6, Line 13-19;
Page 9, Line 12 through Page 15, Line 6;
Page 16, Line 9 through Page 17, Line 3;
Page 17, Line 11 through Page 18, Line 6; and
Page 21, Line 2-17.

**Deposition of Joanna Moss, Ph. D. taken on January 9, 2006**

DESIGNATION:  Page 5, Line 5 – 23;
Page 6, Line 24 through Page 7, Line 18;
Page 9, Line 15-24;
Page 10, Line 12-16;
Page 13, Line 2-25;
Page 15, Line 2 through Page 20, Line 1;
Page 21, Line 8 through Page 25, Line 18;
Page 27, Line 12 through Page 28, Line 3;
Page 38, Line 24 through Page 42, Line 23;
Page 43, Line 9 through Page 48, Line 16;
Page 49, Line 10-20;
Page 54, Line 2-24;
Page 64, Line 14-17; and
Page 65, Line 10-20.

**Deposition of Robert Fink, M.D. taken on January 9, 2006**

DESIGNATION:  Page 5, Line 5-19;
Page 7, Line 21 through Page 11, Line 10;
Page 11, Line 14 through Page 12, Line 10;
Page 13, Line 24 through Page 14, Line 6;

Page 14, Line 22-23;
Page 16, Line 6-13;
Page 17, Line 19 through Page 18, Line 21;
Page 33, Line 3-21;
Page 41, Line 5 through Page 42, Line 9;
Page 42, Line 22 through Page 44, Line 1; and
Page 48, Line 17 through Page 50, Line 2.

**Preservation of Trial Testimony of Victoria Breckwich Vasquez taken on Janaury 10, 2006**

DESIGNATION:  Page 1 through Page 72, Line 22

**Deposition of Meredith A. Minkler taken on January 10, 2006**

DESIGNATION:  Page 5, Line 5-21;
Page 6, Line 6-15;
Page 8, Line 13 through Page 9, Lines 8;
Page 10, Line 6 through Page 12, Lines 7;
Page 12, Line 14 through Page 13, Lines 18;
Page 14, Line 9 through Page 18, Line 14;
Page 18, Line 25 through Page 19, Line 3;
Page 19, Line 11 through Page 21, Line 9;
Page 24, Line 16 through Page 25, Line 14;
Page 28, Line 12 through Page 29, Line 24;
Page 41, Line 16 through Page 43, Line 13; and
Page 44, Line 12 through Page 45, Line 20.

**Deposition of Glenda Evans-Shaw taken on January 11, 2006**

DESIGNATION:  Page 5, Line 5-19;
Page 11, Line 8 through Page 12, Line 15;
Page 12, Line 22 through Page 13, Line 20;
Page 14, Line 21 through Page 15, Line 22;
Page 17, Line 4 through Page 18, Line 14;
Page 20, Line 15 through Page 21, Line 11;
Page 24, Line 14 through Page 25, Line 20;
Page 27, Line 13 through Page 28, Line 18;
Page 30, Line 5 through Page 31, Line 19;
Page 34, Line 14 through Page 36, Line 3;

Page 36, Line 11-19;
Page 41, Line 6-20;
Page 42, Line 23 through Page 43, Line 9;
Page 44, Line 2 through Page 47, Line 22;
Page 48, Line 3 through Page 49, Line 5;
Page 49, Line 18 through Page 52, Line 24;
Page 53, Line 4 through Page 55, Line 25;
Page 57, Line 12-21;
Page 57, Line 23 through Page 59, Line 17;
Page 60, Line 9 through Page 61, Line 9;
Page 61, Line 17-19;
Page 65, Line 6-15;
Page 67, Line 25 through Page 70, Line 22;
Page 72, Line 2 through Page 74, Line 24;
Page 76, Line 2 through Page 77, Line 1;
Page 78, Line 1-10 and Line 19-23;
Page 79, Line 11 through Page 80, Line 11;
Page 81, Line 19-25; and
Page 82, Line 22 through Page 84, Line 5.

**Deposition of Ilene L. Dillon taken on January 12, 2006**

DESIGNATION:    Page 5, Line 5-18;
Page 7, Line 14-19;
Page 9, Line 5-21;
Line 10, Page 6-12;
Page 11, Line 4-13;
Page 11, Line 22 through Page 13, Line 17;
Page 15, Line 3-8, Line 17-20;
Page 18, Line 12-14;
Page 21, Line 21 through Page 22, Line 6;
Page 24, Line 22 throug Page 25, Line 4;
Page 25, Line 24 through Page 28, Line 4;
Page 28, Line 10-13;
Page 61, Line 25 through Page 63, Line 22; and
Page 67, Line 6-8.

**Deposition of Sharie Laurie Sierra taken on January 25, 2006**

DESIGNATION:    Page 4, Line 5-11;
Page 5, Line 4-13;
Page 5, Partial Line 21 beginning with "You" through
Page 6, Line 1;
Page 9, Line 13 through Page 10, Line 10;
Page 11, Line 3-101
Page 20, Partial Line 7 beginning with "I do" through
Page 21, Line 7;
Page 24, Line 13-25;
Page 26, Line 14 through Page 27, Line 22;
Page 28 Line 10-21;
Page 33, Line 16 through Page 34, Line 20;
Page 38, Line 9-24;
Page 39, Line 18-20;
Page 39, Line 24 through Page 40, Line 11;
Page 48, Partial Line 8 beginning with "Since" through
Page 49, Line 2;
Page 49, Line 19-23; and
Page 50, Line 7-19.

The deposition designations set forth above represent Plaintiff's best

judgment. At this time, of the deposition testimony she intends to offer at trial.

However, Plaintiff reserves the right to designate additional deposition testimony

not listed above and/or delete deposition testimony designated above based on,

*inter alia*, the Court's rulings on the parties' motions in limine, the Lowe

Defendants' counter-designations, the availability of non-party witnesses, the

evidence as it is adduced at trial, and any time constraints that may arise.  Plaintiff

also reserves the right to offer deposition testimony in her rebuttal case.

13

DATED: Honolulu, Hawaii, February 14, 2006.

                                                                             _____

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| **LISA ROMERO,** | **CV04-00285 DAE-BMK** |
| Plaintiffs, | (Other Non-Vehicle Tort) |
| vs. | **CERTIFICATE OF SERVICE** |
| **JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND;  BENJAMIN ALLEN WILDER; MINDY WILDER;  GEORGE KLAUS, III; JOHN DOES 1-10; JANE  DOES 1-10; DOE CORPORATION 1-10; DOE  PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;** | |
| Defendants. | |
| JEFFREY LOWE AND LINDA LOWE, | |
| Third-Party Plaintiffs, | |
| vs. | |
| **STEVEN J. KOTT AND KOTT, INC**. | |
| Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following

parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
Jeffrey Lowe and Linda Lowe

DATED:    Honolulu, Hawaii, February 14, 2006.


MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff

2