

ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON    4161-0
MARK S. DAVIS             1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 4 o'clock and 39 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>                    Defendants.<br><br>JEFFREY LOWE AND LINDA LOWE, | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S WITNESS LIST; CERTIFICATE OF SERVICE**<br><br><br>Trial: February 28, 2006<br>Judge: David A. Ezra |

|  |  |
|---|---|
| Third-Party Plaintiffs, | |
| vs. | |
| **STEVEN J. KOTT AND KOTT, INC.** | |
| Third-Party Defendants. | |

## PLAINTIFF'S WITNESS LIST

COMES NOW Plaintiff, above named, by and through her counsel, DAVIS LEVIN LIVINGSTON GRANDE and hereby submits her witness list as follows:

**I.   BY LIVE TESTIMONY IN PERSON:**

Tammy Dumlao
Director of Hospital Billing
c/o Karen Uyeda, Risk Management
Straub Clinic & Hospital
888 S. King Street
Honolulu, Hawaii 96813

Dr. Richard Gill
2104 West Riverside
Spokane, WA 99201

Robert S. Griswold
Griswold Real Estate Management
5703 Oberlin Drive, Suite 300
San Diego, CA 92121-1743

David A. Knox
Knox Hoversland Architects
850 Mililani Street
Honolulu, Hawaii  96813

Lisa Romero
c/o Davis Levin Livingston Grande
400 Davis Levin Livingston Grande Pl.
851 Fort Street
Honolulu, Hawaii  96813

Dr. Kulveen Sachdeva
5401 Norris Canyon Road, Suite 110
Sam Ramon, CA  94583

Dr. Todd P. Thompson
Physicians Office Building II
1329 Lusitana Street
Honolulu, Hawaii  96813

Thomas P. Yankowski
Center for Career Evaluations, Inc.
1330 Broadway, Suite 936
Oakland, CA  94612

Custodians of Records, as necessary

II.  **BY LIVE VIDEOCONFERENCE:**

Angela Costanzo
1896 Gershwin Drive
Virginia Beach, VA  23454

Alice Romero (or by live testimony in person)
2088 Paseo Primero
Santa Fe, NM  87501

### III. BY VIDEOTAPED DEPOSITION

Glenda Evans-Shaw
Strategic Health Alliances
P.O. Box 506
Amador City, CA 95601
(Motion pending with Court to do a videotaped preservation deposition for use at trial)

Dr. Meredith Minkler
Professor, Head of DrPH Program
University of California, Berkeley
School of Public Heath
316 Warren Hall, #7360
Berkeley, CA 94720
(Motion pending with Court to do a videotaped preservation deposition for use at trial)

Dr. Joanna Moss
Consulting Economist
5 Montrose Road
Berkeley, CA 94707-2021
(Motion pending with Court to do a videotaped preservation deposition for use at trial)

Victoria Vasquez
5325 Miles Avenue
Oakland, CA 94618

### IV. BY WRITTEN DEPOSITION:

Ilene Dillon
905 Sir Francis Drake Boulevard
Kentfield, CA 94904

Dr. Robert Fink
2500 Milvia Street, Suite 222
Berkeley, CA 94704

Mindy Herbert (fka Wilder)
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

George Klaus, III
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

Jeffrey Lowe
c/o Randall Y.S. Chung, Esq.
Ward F.N. Fujimoto, Esq.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Linda Lowe
c/o Randall Y.S. Chung, Esq.
Ward F.N. Fujimoto, Esq.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Brett Scheland
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

Matthew Severson
c/o Terrance M. Revere, Esq.
Jacqueline E. Thurston, Esq.
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Sharie Sierra
3431 Pinnacle View Drive
Las Cruces, NM 88011

Benjamin Wilder
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

Plaintiff reserves the right, subject to the Court's approval, to offer the testimony of the above-named witnesses through a manner of presentation other than the mode indicated above. Plaintiff also reserves the right to add or delete witnesses, subject to the Court's approval, based on the Court's rulings and the Parties' Motions in Limine. Finally, Plaintiff reserves the right to offer rebuttal witnesses as appropriate.

DATED: Honolulu, Hawaii, February 14, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| **LISA ROMERO,**<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;**<br><br>　　　　　Defendants. | **CV04-00285 DAE-BMK**<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |
| JEFFREY LOWE AND LINDA LOWE,<br><br>　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>**STEVEN J. KOTT AND KOTT, INC.**<br><br>　　　　　Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendants
Jeffrey Lowe and Linda Lowe

DATED:   Honolulu, Hawaii, February 14, 2006.

 _____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff

2