ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. 536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 7 o'clock and 48 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>        Plaintiff,<br>   vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY<br>PLAINTIFFS JEFFREY LOWE AND<br>LINDA LOWE'S DEPOSITION<br>DESIGNATION REGARDING MATTHEW<br>SEVERSON; CERTIFICATE OF<br>SERVICE |
| JEFFREY LOWE and LINDA LOWE,<br><br>        Third-Party<br>        Plaintiffs<br>   vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>        Third-Party<br>        Defendants. | Date:  February 28, 2006<br>Time:  9:00 A.M.<br>Judge: The Honorable David<br>       A. Ezra<br><br>**Trial: February 28, 2006** |

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA
LOWE'S DEPOSITION DESIGNATION REGARDING MATTHEW SEVERSON

Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby submit their designation of deposition testimony from the Deposition of MATTHEW SEVERSON, taken on April 12, 2005, pursuant to Rules 16, 26 and 32 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii. LOWE Defendants respectfully reserve the right to amend or supplement said designations during further proceedings in this case.

| PAGE/LINE | REMARKS |
|---|---|
| 5:9 -- 5:12 | |
| 51:20 -- 51:23 | |
| 53:7 -- 53:10 | |
| 53:14 -- 53:17 | |
| 53:21 -- 54:2 | |
| 55:23 -- 56:21 | |
| 57:1 -- 57:5 | |
| 58:11 | |
| 58:17 | |

58:21 -- 58:22

58:24 -- 59:6

65:13 -- 65:18

65:22 -- 66:1

66:9

66:12 -- 66:16 (redact before "Who are")

68:10 -- 68:13 (Exhibit "3" to be changed to Trial Exhibit no.)

68:17 -- 68:23

69:1 -- 69:10

78:24 -- 79:1

79:6 -- 79:19

79:23 - 80:2

80:14 -- 80:17

81:12 -- 81:13

81:15 -- 81:17

81:19 -- 82:1

83:7 -- 83:12

83:15 -- 83:16

83:18 -- 83:25

86:10 -- 86:16

86:21 -- 87:1

90:19 -- 91:4

91:12 -- 91:16

94:20 -- 94:22

```
95:1 -- 95:4
95:8 -- 95:21
95:25 -- 96:2
107:8 -- 107:16
108:13 -- 108:16
110:21 -- 110:22
110:25 -- 111:1
119:4 -- 119:8
119:24 -- 120:15
121:17 -- 121:19
123:2 -- 123:19
123:23 -- 124:5
124:21 -- 125:5
125:8 -- 125:19
128:10 -- 128:12
128:15 -- 128:22
130:17 -- 130:22
132:7 -- 132:10
132:15 -- 132:19
141:6 -- 141:9
141:15 -- 141:16
141:18 -- 142:5
143:13 -- 143:18
143:21 -- 143:22
```

```
143:24 -- 144:12

145:15 -- 146:25

147:3 -- 147:5

147:7 -- 147:11

148:2 -- 148:4

148:7 -- 148:18

148:21 -- 149:1

149:6 -- 149:8

149:12 -- 150:1

150:5 -- 150:10

150:14 -- 150:15

150:20 -- 150:21

150:23 -- 150:25

151:5 -- 151:8

151:10 -- 152:22

152:24 -- 153:12

153:25 -- 154:25

155:14 -- 156:8

156:14 -- 156:20

156:25 -- 157:24

158:1 -- 158:6

158:14 -- 159:3

159:7 -- 159:9

159:13 -- 160:3
```

```
160:9

160:11 -- 160:13

197:7 -- 197:18

197:25 -- 198:3

198:9 -- 198:12

199:25 -- 200:9

205:14 -- 206:10

208:17 -- 209:2

209:7 -- 209:14

209:20 -- 209:24

215:1 -- 215:3

215:6

215:8 -- 215:15

215:20 -- 215:25

216:15 -- 217:13

220:20 -- 220:23

221:9 -- 222:11
```

DATED: HONOLULU, HAWAII, February 14, 2006

/s/ Ward Fujimoto

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING MATTHEW SEVERSON was duly served on the following attorneys by facsimile on February 14, 2006 and by hand delivery on February 15, 2006.

MICHAEL K. LIVINGSTON, ESQ.
MARK S. DAVIS, ESQ.
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawaii  96813

Attorneys for Plaintiff
LISA ROMERO


DATED: HONOLULU, HAWAII,   February 14, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE