Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG     2929-0
WARD F.N. FUJIMOTO     4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 2 o'clock and 49 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　Defendants | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING GEORGE KLAUS III; CERTIFICATE OF SERVICE |
| JEFFREY LOWE and LINDA LOWE,<br><br>　　　　　Third-Party<br>　　　　　Plaintiffs<br>　vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>　　　　　Third-Party<br>　　　　　Defendants. | Date:  February 28, 2006<br>Time:  9:00 A.M.<br>Judge: The Honorable David<br>　　　　A. Ezra<br><br>**Trial: February 28, 2006** |

ORIGINAL

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING GEORGE KLAUS III

      Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby submit their designation of deposition testimony from the Deposition of GEORGE KLAUS III, taken on April 14, 2005, pursuant to Rules 16, 26 and 32 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii.  LOWE Defendants respectfully reserve the right to amend or supplement said designations during further proceedings in this case.

| PAGE/LINE | REMARKS |
|---|---|
| 4:12 -- 4:17 | |
| 8:1 -- 8:9 | |
| 23:4 -- 23:7 | |
| 33:13 -- 33:15 | |
| 33:17 -- 34:16 | |
| 39:1 -- 39:10 | |
| 39:18 -- 40:5 | |

| PAGE/LINE | REMARKS |
|---|---|
| 40:24 -- 41:7 | |
| 62:11 -- 62:14 | |
| 63:7 -- 63:10 | |
| 63:13 -- 64:18 | |
| 64:23 -- 65:4 | |
| 66:5 -- 66:8 | |
| 66:12 -- 66:19 | |
| 66:24 -- 66:25 | |
| 67:21 -- 67:24 | |
| 68:2 -- 68:11 | |
| 68:14 -- 68:15 | |
| 68:25 -- 69:7 | |
| 69:11 -- 70:5 | |
| 105:21 -- 105:23 | |
| 107:11 -- 107:13 | |
| 109:7 -- 109:18 | |
| 115:17 -- 115:20 | |
| 116:6 -- 116:18 | |

DATED: HONOLULU, HAWAII, February 14, 2006

_____
RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>    Third-Party Plaintiffs<br><br>    vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>    Third-Party Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING GEORGE KLAUS III was

duly served on the following attorneys by facsimile on February 14, 2006 and by hand delivery on February 15, 2006.

      MICHAEL K. LIVINGSTON, ESQ.
      MARK S. DAVIS, ESQ.
      Davis Levin Livingston Grande
      851 Fort Street, Suite 400
      Honolulu, Hawaii  96813

      Attorneys for Plaintiff
      LISA ROMERO

DATED: HONOLULU, HAWAII,   February 14, 2006

                    RANDALL Y.S. CHUNG
                    WARD F.N. FUJIMOTO
                    Attorneys for Defendants
                    and Third-Party Plaintiffs
                    JEFFREY LOWE and LINDA LOWE