ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG      2929-0
WARD F.N. FUJIMOTO      4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 1 o'clock and ___ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>   Plaintiff,<br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>   Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>   Third-Party<br>   Plaintiffs<br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>   Third-Party<br>   Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING GILBERT J. ROMERO; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br>Date:   February 28, 2006<br>Time:   9:00 A.M.<br>Judge:  The Honorable David<br>    A. Ezra<br><br>**Trial: February 28, 2006** |

DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING GILBERT J. ROMERO

Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby submit their designation of deposition testimony from the Deposition of GILBERT J. ROMERO, taken on January 26, 2006, pursuant to Rules 16, 26 and 32 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii. LOWE Defendants respectfully reserve the right to amend or supplement said designations during further proceedings in this case.

| PAGE/LINE | REMARKS |
| --- | --- |
| 5:7 -- 5:14 | |
| 21:5 -- 21:6 | |
| 21:10 -- 21:13 | |
| 24:19 -- 24:25 | |
| 25:1 -- 25:25 | |
| 26:1 -- 26:1 | |
| 41:12 -- 41:18 | |

PAGE/LINE        REMARKS

45:9 -- 45:21

46:1 -- 46:9

        DATED: HONOLULU, HAWAII, February 14, 2006

                                      RANDALL Y.S. CHUNG
                                      WARD F.N. FUJIMOTO
                                      Attorneys for Defendants
                                      and Third-Party Plaintiffs
                                      JEFFREY LOWE and LINDA LOWE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO, | ) CIVIL NO. CV04-00285 DAE BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) |
| Defendants | ) |
| JEFFREY LOWE and LINDA LOWE, | ) |
| Third-Party Plaintiffs | ) |
| vs. | ) |
| STEVEN J. KOTT and KOTT, INC. | ) |
| Third-Party Defendants. | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S DEPOSITION DESIGNATION REGARDING GILBERT J. ROMERO was

duly served on the following attorneys by facsimile on February 14, 2006 and by hand delivery on February 15, 2006.

       MICHAEL K. LIVINGSTON, ESQ.
       MARK S. DAVIS, ESQ.
       Davis Levin Livingston Grande
       851 Fort Street, Suite 400
       Honolulu, Hawaii  96813

       Attorneys for Plaintiff
       LISA ROMERO

DATED: HONOLULU, HAWAII,   February 14, 2006

                */s/ Ward F.N. Fujimoto*
                RANDALL Y.S. CHUNG
                WARD F.N. FUJIMOTO
                Attorneys for Defendants
                and Third-Party Plaintiffs
                JEFFREY LOWE and LINDA LOWE