Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG       2929-0
WARD F.N. FUJIMOTO       4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No.   536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 1 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>　　　　Third-Party<br>　　　　Plaintiffs<br>　vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>　　　　Third-Party<br>　　　　Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S TRIAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br>Date:　February 28, 2006<br>Time:　9:00 A.M.<br>Judge:　The Honorable David<br>　　　　A. Ezra<br><br>**Trial:　February 28, 2006** |

ORIGINAL

DEFENDANTS AND THIRD-PARTY PLAINTIFFS
JEFFREY LOWE AND LINDA LOWE'S TRIAL WITNESS LIST

Come now Defendants and Third-Party Plaintiffs JEFFREY LOWE and LINDA LOWE (hereinafter "LOWE Defendants"), by and through their attorneys, and subject to and without waiver of any defense, dispute, or objection to which they are entitled, hereby submit their trial witness list, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii. Defendant respectfully reserves the right to amend or supplement this witness list during further proceedings in this case.

LOWE Defendants respectfully reserve the right to call witnesses including, but not limited to, the following, by live testimony, telephonic testimony, video-conferenced testimony, deposition testimony, declaration, affidavit and/or by report:

1. Plaintiff LISA ROMERO. Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam: 3 hours.

2. Defendant MATTHEW RAY SEVERSON. Expected to testify as to facts and circumstances surrounding Plaintiff's

January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

      Anticipated direct exam:  2 hours.

      3.   <u>Defendant GEORGE KLAUS III</u>.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

      Anticipated direct exam:  1 hour.

      4.   <u>Defendant BRETT SCHELAND</u>.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

      Anticipated direct exam:  1 hour.

      5.   <u>Defendant BENJAMIN WILDER</u>.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

      Anticipated direct exam:  30 minutes.

      6.   <u>Defendant MINDY WILDER HEBERT</u>.  Expected to testify as to facts and circumstances surrounding Plaintiff's

January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

    Anticipated direct exam:  30 minutes.

    7.    <u>Defendant JEFFREY LOWE</u>.  Expected to testify as to facts and circumstances surrounding liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

    Anticipated direct exam:  1 hour.

    8.    <u>Defendant LINDA LOWE</u>.  Expected to testify as to facts and circumstances surrounding liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

    Anticipated direct exam:  1 hour.

    9.    <u>Third-Party Defendant STEVEN J. KOTT</u>.  Expected to testify as to facts and circumstances liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

    Anticipated direct exam:  30 minutes.

    10.    <u>Sybil Russell Klaus, M.D.</u>  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam: 30 minutes.

11.  Meredith Minkler, Ph.D.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam: 30 minutes.

12.  Gilbert Romero.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam: 30 minutes.

13.  Alice Romero.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam: 30 minutes.

14.  Angela Costanzo.  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam:  30 minutes.

15.  <u>Ilene Dillon, M.S.</u>  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam:  30 minutes.

16.  <u>Wayne M. Slagle, P.E.</u>  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam:  30 minutes.

17.  <u>Jack Suyderhoud, Ph.D.</u>  Expected to testify as to facts and circumstances surrounding Plaintiff's January 1, 2003 fall, liability issues, causation issues, damages issues, apportionment issues, authentication of documents, and/or other relevant matters.

Anticipated direct exam:  30 minutes.

LOWE Defendants respectfully reserve the right to call and/or cross-examine any and all lay and expert witnesses listed by any other party in their disclosures, discovery responses, pretrial statements and/or impeachment witnesses, rebuttal witnesses and/or witnesses learned of in continuing discovery.

LOWE Defendants further reserve the right to withdraw one or more of the foregoing witnesses and/or object to any witness listed by any party and reserves the right to name any and all alternate, substitute, impeachment and/or rebuttal lay and/or expert witnesses.

DATED: HONOLULU, HAWAII, February 14, 2006

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>             Plaintiff,<br><br>     vs.<br><br>JEFFREY LOWE; LINDA LOWE;<br>MATTHEW RAY SEVERSON; BRETT<br>SCHELAND; BENJAMIN ALLEN WILDER;<br>MINDY WILDER; GEORGE KLAUS, III;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATION 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>GOVERNMENTAL ENTITIES 1-10,<br><br>             Defendants<br><br>JEFFREY LOWE and LINDA LOWE,<br><br>             Third-Party<br>             Plaintiffs<br><br>     vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>             Third-Party<br>             Defendants. | CIVIL NO. CV04-00285 DAE BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS AND THIRD-PARTY PLAINTIFFS JEFFREY LOWE AND LINDA LOWE'S TRIAL WITNESS LIST was duly served on the following

attorneys by facsimile on February 14, 2006 and by hand delivery on February 15, 2006.

    MICHAEL K. LIVINGSTON, ESQ.
    MARK S. DAVIS, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street, Suite 400
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
    LISA ROMERO

DATED: HONOLULU, HAWAII,   February 14, 2006

    _____
    RANDALL Y.S. CHUNG
    WARD F.N. FUJIMOTO
    Attorneys for Defendants
    and Third-Party Plaintiffs
    JEFFREY LOWE and LINDA LOWE