ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MICHAEL K. LIVINGSTON    4161-0
MARK S. DAVIS            1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mlivingston@davislevin.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>           Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>           Defendants. | CIVIL NO. 04-00285 DAE-BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFF'S FIRST AMENDED WITNESS LIST; CERTIFICATE OF SERVICE**<br><br><br>Trial: February 28, 2006<br>Judge: David A. Ezra |
| **JEFFREY LOWE AND LINDA LOWE,** | |

|  |  |
|---|---|
| Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>Third-Party Defendants. |  |

## PLAINTIFF'S FIRST AMENDED WITNESS LIST

COMES NOW Plaintiff, above named, by and through her counsel, DAVIS LEVIN LIVINGSTON GRANDE and hereby submits her first amended witness list as follows:

**I.   BY LIVE TESTIMONY IN PERSON:**

Tammy Dumlao
Director of Hospital Billing
c/o Karen Uyeda, Risk Management
Straub Clinic & Hospital
888 S. King Street
Honolulu, Hawaii  96813

**Proposed Testimony:** Ms. Dumlao is Straub Clinic's Director of Hospital Billing and is Straub's designated Custodian of Billings.  She will provide testimony regarding the reasonableness within the community of the billed charges, unless the Lowe Defendants stipulate to the reasonableness of those charges.

**Estimated Length of Direct Examination:** .25 hours

Dr. Richard Gill
2104 West Riverside
Spokane, WA 99201

**Proposed Testimony:** Dr. Gill is Plaintiff's expert in human factors, including human perception, accident reconstruction, photogrametric analysis, safety engineering, and safety and risk management. He will provide testimony regarding liability issues in accordance with his written reports and his deposition testimony.

**Estimated Length of Direct Examination:** 1 hour


Robert S. Griswold
Griswold Real Estate Management
5703 Oberlin Drive, Suite 300
San Diego, CA 92121-1743

**Proposed Testimony:** Mr. Griswold is Plaintiff's Property Management Expert. He will provide testimony regarding issues of liability in accordance with his written report and his deposition testimony.

**Estimated Length of Direct Examination:** 1 hour


David A. Knox
Knox Hoversland Architects
850 Mililani Street
Honolulu, Hawaii 96813

**Proposed Testimony:** Mr. Knox is Plaintiff's Architectural Expert. He will provide testimony regarding liability in accordance with his written report.

**Estimated Length of Direct Examination:** .25 hours

Lisa Romero
c/o Davis Levin Livingston Grande
400 Davis Levin Livingston Grande Pl.
851 Fort Street
Honolulu, Hawaii 96813

**Proposed Testimony**: Plaintiff will testify as to all issues of liability and damages.

**Estimated Length of Direct Examination:** 3 hours


Dr. Kulveen Sachdeva
5401 Norris Canyon Road, Suite 110
Sam Ramon, CA 94583

**Proposed Testimony:** Dr. Sachdeva is a treating physician of Plaintiff. She will provide testimony regarding damages, including testimony as provided in deposition.

**Estimated Length of Direct Examination:** 1 hour


Dr. Todd P. Thompson
Physicians Office Building II
1329 Lusitana Street
Honolulu, Hawaii 96813

**Proposed Testimony:** Dr. Thompson is the initial neurosurgeon seen by Plaintiff at Castle Medical Center and Straub Clinic and Hospital. He will provide testimony regarding damages.

**Estimated Length of Direct Examination:** .75 hours

Thomas P. Yankowski
Center for Career Evaluations, Inc.
1330 Broadway, Suite 936
Oakland, CA 94612

**Proposed Testimony:** Mr. Yankowski is Plaintiff's Vocational Rehabilitation Expert. He will provide testimony regarding damages in accordance with his written reports and his deposition testimony.

**Estimated Length of Direct Examination:** 1 hour

Custodians of Records, as necessary

**Proposed Testimony:** The authorized Custodians of Records of Plaintiff's care providers will testify, if necessary, regarding the authenticity of records and/or the reasonableness of billings.

**Estimated Length of Direct Examination:** .25 hours, each witness

II. **BY LIVE VIDEOCONFERENCE:**

Angela Costanzo
1896 Gershwin Drive
Virginia Beach, VA 23454

**Proposed Testimony:** Ms. Costanzo is a close friend of Plaintiff both before and after the accident. She will provide testimony regarding issues of liability and damages, including testimony as provided in deposition.

**Estimated Length of Direct Examination:** .75 hours

Alice Romero (or by live testimony in person)
2088 Paseo Primero
Santa Fe, NM  87501

**Proposed Testimony:** Mrs. Romero is Plaintiff's mother. She will provide testimony regarding issues of liability and damages, including testimony as provided in her deposition and declaration.

**Estimated Length of Direct Examination:** .75 hours

III.  **BY VIDEOTAPED DEPOSITION**

Glenda Evans-Shaw
Strategic Health Alliances
P.O. Box 506
Amador City, CA  95601
(Motion pending with Court to do a videotaped preservation deposition for use at trial)
**Proposed Testimony:** Ms. Glenda Evans-Shaw is Plaintiff's Life Care Planning Expert. She will provide testimony regarding damages in accordance with her written report and his deposition testimony.

**Estimated Length of Direct Examination:**  1 hour

Dr. Meredith Minkler
Professor, Head of DrPH Program
University of California, Berkeley
School of Public Heath
316 Warren Hall, #7360
Berkeley, CA 94720
(Motion pending with Court to do a videotaped preservation deposition for use at trial)

**Proposed Testimony:** Dr. Minkler was Plaintiff's Professor and Graduate Advisor. She knew Plaintiff both pre and post accident, and will provide testimony regarding issues of liability and damages, including testimony as provided in her deposition.

**Estimated Length of Direct Examination:**  .75 hours

6

Dr. Joanna Moss
Consulting Economist
5 Montrose Road
Berkeley, CA 94707-2021
(Motion pending with Court to do a videotaped preservation deposition for use at trial)

**Proposed Testimony:** Dr. Moss is Plaintiff's Economic Expert. She will provide testimony regarding damages in accordance with her written report and her deposition testimony.

**Estimated Length of Direct Examination:** .75 hours

Victoria Vasquez
5325 Miles Avenue
Oakland, CA 94618

**Proposed Testimony:** Ms. Vasquez was a fellow Dr.Ph. Candidate and friend of Plaintiff before and after the accident. The videotape of her Preservation Deposition will be offered.

**Estimated Length of Direct Examination:** 1.5 hours

IV. **BY WRITTEN DEPOSITION:**

The following witnesses' examination time required for their testimony may be calculated based upon the time required for the reading of the excerpts listed in Plaintiff's Deposition Designations filed with this Court on February 14, 2006:

Ilene Dillon
905 Sir Francis Drake Boulevard
Kentfield, CA 94904

**Proposed Testimony:** Ms. Dillon was Plaintiff's psychotherapist, post accident. She will provide testimony as designated.

**Estimated Length of Direct Examination:** .25 hours

7

Dr. Robert Fink
2500 Milvia Street, Suite 222
Berkeley, CA 94704

**Proposed Testimony:** Dr. Fink is a treating physician of Plaintiff. He will provide testimony as designated.

**Estimated Length of Direct Examination:** .25 hours


Mindy Herbert (fka Wilder)
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

**Proposed Testimony:** Ms. Hebert, fka Wilder, is a Tenant Defendant (settled) in this case. She will testify as designated.

**Estimated Length of Direct Examination:** .25 hours


George Klaus, III
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

**Proposed Testimony:** George Klaus, III is a Tenant Defendant (settled) in this case. He will testify as designated.

**Estimated Length of Direct Examination:** .25 hours

Jeffrey Lowe
c/o Randall Y.S. Chung, Esq.
Ward F.N. Fujimoto, Esq.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

**Proposed Testimony:** Defendant Jeffrey Lowe will testify as designated.

**Estimated Length of Direct Examination:** .75 hours


Linda Lowe
c/o Randall Y.S. Chung, Esq.
Ward F.N. Fujimoto, Esq.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

**Proposed Testimony:** Defendant Linda Lowe will testify as designated.

**Estimated Length of Direct Examination:** .75 hours


Brett Scheland
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

**Proposed Testimony:** Brett Scheland is a Tenant Defendant (settled) in this case. He will testify as designated.

**Estimated Length of Direct Examination:** .25 hours

9

Matthew Severson
c/o Terrance M. Revere, Esq.
Jacqueline E. Thurston, Esq.
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

**Proposed Testimony:** Matthew Severson is a Tenant Defendant (settled) in this case. He will testify as designated.

**Estimated Length of Direct Examination:** .75 hours


Sharie Sierra
3431 Pinnacle View Drive
Las Cruces, NM 88011

**Proposed Testimony:** Ms. Sierra is Plaintiff's sister. She will testify as designated.

**Estimated Length of Direct Examination:** .5 hours


Benjamin Wilder
c/o Katharine M. Nohr, Esq.
Miyagi, Nohr & Myhre
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii 96813

**Proposed Testimony:** Benjamin Wilder is a Tenant Defendant (settled) in this case. He will testify as designated.

**Estimated Length of Direct Examination:** .25 hours

Plaintiff reserves the right, subject to the Court's approval, to offer the testimony of the above-named witnesses through a manner of presentation other than the mode indicated above. Plaintiff also reserves the right to add or delete witnesses, subject to the Court's approval, based on the Court's rulings and the

Parties' Motions in Limine. Finally, Plaintiff reserves the right to offer rebuttal witnesses as appropriate.

DATED: Honolulu, Hawaii, February 15, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>                Plaintiffs,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>                Defendants. | **CV04-00285 DAE-BMK**<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |
| JEFFREY LOWE AND LINDA LOWE,<br><br>                Third-Party Plaintiffs,<br><br>vs.<br><br>STEVEN J. KOTT AND KOTT, INC.<br><br>                Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was duly served on the following parties by hand delivery on the date indicated below:

RANDALL Y.S. CHUNG, ESQ.
WARD F.N. FUJIMOTO, ESQ.
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

 Attorneys for Defendants
 Jeffrey Lowe and Linda Lowe

DATED:   Honolulu, Hawaii, February 15, 2006.

_____
MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff