ORIGINAL

Of Counsel:
MIYAGI, NOHR & MYHRE

KATHARINE M. NOHR     #4828
1001 Bishop Street
Pauahi Tower, Suite 1200
Honolulu, Hawaii  96813
Telephone (808) 524-2466

Attorney for Defendants
GEORGE KLAUS, III and BRETT SCHELAND

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at ___8_o'clock and __15 A M
SUE BEITIA, CLERK

LODGED

FEB 1 4 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LISA ROMERO,

          Plaintiff,

    vs.

JEFFREY LOWE; LINDA LOWE;
MATTHEW RAY SEVERSON;
BRETT SCHELAND; BENJAMIN
ALLEN WILDER; MINDY
WILDER; GEORGE KLAUS,
III; JOHN DOES 1-10; JANE
DOES 1-10; JANE DOE 1-10;
DOE CORPORATION 1-10; DOE
PARTNERSHIPS 1-10; and
DOE GOVERNMENTAL ENTITIES
1-10,

          Defendants.

) CIVIL NO. CV04-00285 DAE
) BMK
)
) ORDER GRANTING DEFENDANTS
) GEORGE KLAUS, III, and
) BRETT SCHELAND'S PETITION
) FOR DETERMINATION OF GOOD
) FAITH SETTLEMENT FILED
) JANUARY 5, 2006
)
)
)
)
)
)
)
) HEARING:
)
) DATE:     January 18, 2006
) TIME:     3:00 p.m.
)
) Magistrate Barry M.
) Kurren
)
)
)
)
)
)
)
)
)
)

GRANTING DEFENDANTS GEORGE KLAUS, III, and BRETT
SCHELAND'S PETITION FOR DETERMINATION OF GOOD FAITH

Defendants GEORGE KLAUS, III and BRETT SCHELAND (hereinafter collectively "Klaus and Scheland") having filed on or about January 5, 2006, Defendants Klaus and Scheland's Petition for Determination of Good Faith Settlement; said petition having regularly come on for hearing before the Honorable Magistrate Barry M. Kurren in his courtroom on January 18, 2006, at 3:00 p.m.; Plaintiff Lisa Romero being represented by Michael Livingston, Esq., Defendants George Klaus, III and Brett Scheland being represented by Katharine M. Nohr, Esq., Defendants Jeffrey Lowe and Linda Lowe being represented by Ward F.N. Fujimoto, Esq., Defendant Matthew Severson being represented by Jacqueline Thurston, Esq.; the court having reviewed the petition and memorandum submitted by the parties, and after having heard and considered the argument of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the settlement between Plaintiff Lisa Romero and

2

Defendants Klaus and Scheland has been entered into in good faith.

IT IS FURTHER ORDERED that as a result of the finding of good faith and pursuant to Section 663-15.5, *Hawaii Revised Statues*, Defendants Klaus and Scheland are discharged from all liability for any contribution to any other joint tortfeasor or co-obligator.

This order may be approved as to form in counterparts.

DATED: Honolulu, Hawaii, _2·16·2006_ .

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
MICHAEL LIVINGSTON
Attorney for Plaintiff
LISA ROMERO

_____

*Romero v. Lowe, et.al.*, Civil No. CV04-00285 DAE BMK; ORDER GRANTING DEFENDANTS GEORGE KLAUS, III, and BRETT SCHELAND'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED JANUARY 5, 2006

WARD F.N. FUJIMOTO
Attorney for Defendants
JEFFREY LOWE AND LINDA LOWE


TERRANCE M. REVERE
JACQUELINE THURSTON
Attorney for Defendant
MATTHEW SEVERSON


KATHARINE M. NOHR
Attorney for Defendants
GEORGE KLAUS, III and BRETT SCHELAND


_Romero v. Lowe, et.al.,_ Civil No. CV04-00285 DAE BMK; ORDER
GRANTING DEFENDANTS GEORGE KLAUS, III, and BRETT
SCHELAND'S PETITION FOR DETERMINATION OF GOOD FAITH
SETTLEMENT FILED JANUARY 5, 2006