

ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG 2929-0
WARD F.N. FUJIMOTO 4517-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Email: info@triallawhawaii.com

Attorneys for Defendants
And Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2006

at 3 o'clock and 49 min P M
SUE BEITIA, CLERK

LODGED

APR 18 2006
3:45pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LISA ROMERO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY LOWE; LINDA LOWE; MATTHEW RAY SEVERSON; BRETT SCHELAND; BENJAMIN ALLEN WILDER; MINDY WILDER; GEORGE KLAUS, III; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants | CIVIL NO. CV04-00285 DAE BMK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND PARTIES<br><br>**Trial: February 28, 2006** |
| JEFFREY LOWE and LINDA LOWE,<br><br>Third-Party Plaintiffs<br><br>vs.<br><br>STEVEN J. KOTT and KOTT, INC.<br><br>Third-Party Defendants. | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, by and through their respective undersigned counsel, that any and all remaining claims and parties herein be, and hereby are, DISMISSED WITH PREJUDICE pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

DATED: HONOLULU, HAWAII, APR 18 2006

MICHAEL K. LIVINGSTON
MARK S. DAVIS
Attorneys for Plaintiff
LISA ROMERO

DATED: HONOLULU, HAWAII, APR 18 2006

TERRANCE M. REVERE
JACQUELINE THURSTON
Attorneys for Defendant
MATTHEW RAY SEVERSON

DATED: HONOLULU, HAWAII, APR 18 2006

Katharine M. Nohr

KATHARINE M. NOHR
Attorney for Defendants
BRETT SCHELAND, BENJAMIN ALLEN WILDER, MINDY WILDER and GEORGE KLAUS, III

DATED: HONOLULU, HAWAII, APR 18 2006

RANDALL Y.S. CHUNG
WARD F.N. FUJIMOTO
Attorneys for Defendants
and Third-Party Plaintiffs
JEFFREY LOWE and LINDA LOWE

DATED: HONOLULU, HAWAII, APR 18 2006

JOELLE SEGAWA KANE
Attorney for Third-Party
Defendants STEVEN J. KOTT
and KOTT, INC.

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT